UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

```
* * * * * * * * * * * * * *
UNITED STATES OF AMERICA,   *CRIMINAL ACTION NO. 3:00-CR-00026
                            *    MAY 14, 2001  9:05 A.M.
              Plaintiff,    *     EXCERPT OF JURY TRIAL
                            *       OPENING STATEMENTS
vs.                         *
                            *
COLEMAN LEAKE JOHNSON, JR., * Before:
                            * HONORABLE NORMAN K. MOON
           Defendant.    * UNITED STATES DISTRICT JUDGE,
* * * * * * * * * * * * * * * WESTERN DISTRICT OF VIRGINIA
```

APPEARANCES:

For the Plaintiff:          THOMAS J. BONDURANT, ESQUIRE
                            ANTHONY P. GIORNO, ESQUIRE
                            Assistant U.S. Attorney
                            P.O. Box 1709
                            Roanoke, VA 24008


For the Defendant:          FREDERICK T. HEBLICH, JR., ESQUIRE
                            801 E. Jefferson Street
                            Charlottesville, VA 22902

                            SCOTT L. REICHLE, ESQUIRE
                            Reichle & Reichle
                            P.O. Box 787
                            Suite A
                            5629 George Washington Memorial Hwy.
                            Yorktown, VA 23693

                            GERALD ZERKIN, ESQUIRE
                            530 E. Main Street, Suite 800
                            Richmond, VA 23219


Court Reporter:             Judy K. Webb, RPR
                            210 Franklin Road, S.W., Room 540
                            Roanoke, Virginia 24011
                            (540)857-5100 ext. 5333


        Proceedings recorded by mechanical stenography,
transcript produced by computer.

U.S.A. v. Coleman Johnson, Jr. - 5/14/01

1                    I N D E X

2  OPENING STATEMENTS:                          PAGE NO.

3  By Mr. Bondurant                                3

4  By Mr. Heblich                                 11

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Opening Statement by Mr. Bondurant

1    (Court convened at 9:04 a.m.)

2    (Proceedings were held and previously transcribed under

3    separate cover.)

4        MR. BONDURANT:  Good morning.  Ladies and gentlemen,

5    this is a case of incomprehensible horror and inhumanity.

6    It's a case where a man plots and plans and with great thought

7    and great detail sets about to kill the mother of his unborn

8    child, who had just passed her seventh month of pregnancy.

9    And with the same detachment and coldness, the same man kills

10   his unborn daughter who is being nurtured to life in the

11   mother's womb.

12       And why did he want not to let this fetus to have a

13   life?  Why did he want to end the life of this young mother?

14   He wanted to do it simply because he chose, he chose, not to

15   spend any money to help support and raise his child.  The man

16   is the defendant, Coleman Leake Johnson, in the striped shirt

17   at the end of the table, a man whose love of money was more

18   than an unborn daughter and the mother of his child.  That is

19   the man on trial.

20       On December 3rd, 1997, sometime before 4:30 a.m. in

21   Louisa County, Tammy Baker rose to begin a very busy day.  She

22   had just finished her seventh month of pregnancy and was

23   entering her eight month.  She spent the month before

24   decorating the spare bedroom, to clean it up for the baby's

25   nursery.  And since the money was tight, she was working two

Opening Statement by Mr. Bondurant

1  jobs.  She had an office job with R. E. Lee construction
2  company and she worked as a cashier at a store.

3      And between getting ready for the new baby and
4  starting the new jobs, her day always started very early.
5  She's obviously at the crime scene that you will hear about.
6  She got up that morning, she showered, she turned on the TV,
7  she put coffee in the coffeemaker, she put her handbag by the
8  door, as if to leave for work, and since it was December, she
9  went out early, like most people, to start her car to warm it
10 up.

11     The place between where she walked down the steps and
12 as she had to get to her car were two bombs.  The bombs were
13 hidden inside a metal cash box and was probably covered with a
14 plastic garbage can lid.

15     Tammy Baker went, started her car, and on the way
16 back, she reached down, and as she moved that cash box and
17 garbage can lid, a tremendous explosion erupted, an explosion
18 so strong it sent a chunk of metal, you will see in evidence,
19 629 feet; over houses, over trees, to a golf course 629 feet
20 away.  The bomb also shredded part of Tammy Baker's body and a
21 piece of shrapnel embedded itself in her womb, killing the
22 baby.

23     In the months following the horrific murder, rumors
24 abounded in Louisa County about who could do such a thing.  A
25 particular group of high school students seemed to be very

Opening Statement by Mr. Bondurant

1  creative in making up things of why this bomb may or may not

2  have happened.

3       An investigative team consisting of the Bureau of

4  Alcohol, Tobacco and Firearms and the Virginia State Police

5  and the Louisa County Sheriff's Department put together scores

6  of agents, and they went out and conducted hundreds ever

7  interviews.  One of the agents is Special Agent Doug Riley,

8  who is sitting at counsel table, a dedicated veteran who

9  worked hours and days and months on this case.  And from his

10  effort and his investigation the indictment is before you

11  today.

12       The indictment is very simple.  It's a one-count

13  indictment that the defendant placed a bomb which damaged an

14  apartment building and killed Tammy Baker.  And although it

15  might sound odd, the Judge will explain to you later, it's in

16  federal court and it's federal jurisdiction because the bomb

17  damaged an apartment building which is considered a building

18  used in interstate commerce.  So part of the charge is that it

19  damaged an apartment building.

20       Now, the defendant in this case is from Newport News,

21  Virginia.  The evidence will show that he lived with his

22  mother, he went from job to job, and he was extraordinarily

23  tight with his money.  One form of job he had on occasion was

24  to work at nuclear power plants in something called an outage.

25  Basically what an outage is is when they shut down the plant

Opening Statement by Mr. Bondurant

```
 1  to do repair work, they bring in people from the outside that
 2  actually go inside the power plant and repair what needs to be
 3  repaired.  The defendant was one of these people who did that.
 4          In April of 1997, he came to the North Anna power
 5  plant in Louisa County.  And while he was in the area, he met
 6  Tammy Baker.  They had a short-lived relationship between
 7  April and May of 1997.
 8          After Tammy decided -- or found out, rather, she was
 9  pregnant and the doctor established an actual date of
10  conception, Tammy knew that the defendant was the father of
11  her unborn child.  And, indeed, you will hear evidence that a
12  DNA test conducted after the murder proved conclusively that
13  he was.
14          Tammy contacted the defendant, saying, "You're the
15  father of my child; I need some help."  He first denied it was
16  his.  But as the conversations and the pregnancy got further
17  along, as the months passed when she was becoming more and
18  more near giving childbirth, his conversations became more and
19  more angry and violent.
20          The defendant told Tammy he wanted her to get an
21  abortion.  Tammy refused.  The defendant said he refused to
22  pay child support.  The defendant refused to give Tammy his
23  social security number, and told her that Tammy did not know
24  his real name and she would never be able to find him in order
25  to get child support.
```

Opening Statement by Mr. Bondurant

1          And in November of 1997, when Tammy told the

2    defendant she was going to take him to court over this child

3    support issue, the defendant angrily denounced Tammy as being

4    "bitch" and a "whore."

5          I apologize for my language, ladies and gentlemen,

6    but this case is going to be filled with language that's

7    considered off-color or derisive.  But you've got to

8    understand how the defendant's thoughts came out and how he

9    spoke about Tammy.

10          Meanwhile, back in Newport News, the defendant was

11   working into a fury and rage about this unborn child about

12   November of 1997.  One conversation you'll hear testimony

13   about is the defendant was talking about this unborn baby and

14   said, "There is no way that baby is mine."  And in the same

15   conversation, the same breath, and excuse my language again,

16   he exploded, he said, no bitch is going to take him for any

17   fucking money, that he would take her fucking head off first.

18   The defendant said he would kill her, take her fucking head

19   off, she wouldn't see a dime of his money.

20          In November of 1997, the defendant went to a close

21   friend of his, an associate of his, Eric Tarwater, offered

22   Tarwater $5,000 to kill somebody who was going to cost him a

23   lot of money.  The defendant told Tarwater this person lived a

24   long ways away from Newport News.

25          The night of the murder, the defendant tried to find

Opening Statement by Mr. Bondurant

1  Tarwater, tried to find him, went to people looking for him.

2  Tarwater was in jail, however.  But later, the defendant told

3  Tarwater the night of the bomb that the defendant went out of

4  town and took care of that matter consisting of what he was

5  trying to hire Tarwater for, for $5,000 to kill someone who

6  lived a long ways from Newport News.

7        The defendant told another person who was in Louisa

8  County around the time of the bomb.  And although the

9  defendant made plans to spend the night with another girl in

10 Newport News, he canceled on that girl, saying he had to go

11 out of town.

12        The evidence will also show that the defendant was

13 extremely well versed in the making of bombs and he made

14 various kinds of bombs over the years.  A childhood friend of

15 the defendant will tell you how the defendant had a unique way

16 of constructing pipe bombs where he would actually put an

17 entire rocket motor inside the pipe.

18        Now, you'll hear a lot about rocket motors in the

19 course of this case.  They basically come in two parts.  You

20 have the motor part itself; it looks like a large firecracker,

21 basically, an extremely large firecracker.  And then you've

22 got two prongs that stick out called the igniters.

23        Now, you will hear testimony that several people made

24 pipe bombs using the igniters and don't use the motor at all

25 itself.  But this defendant had a history of using the entire

Opening Statement by Mr. Bondurant

1  rocket motor and putting it inside the pipe bomb.  Two bomb

2  experts will testify before you this way of constructing pipe

3  bombs is so unique and odd that they've never personally seen

4  one made this way in a combined 23 years of experience, after

5  studying hundreds and hundreds of cases.

6       The tremendously unique construction of this pipe

7  bomb and the fact that the defendant made pipe bombs like this

8  in the past is what we consider in layman terms to be his

9  signature of making bombs, something so unique to him that no

10  one else does it.

11       Now, all of you know from filling out the jury

12  questionnaire and listening to some of the questions the

13  defense counsel asked you there were two other bombings in

14  Louisa County five months after Tammy Baker was killed.

15       The evidence will show that the bomb that killed

16  Tammy Baker was an extremely unique and well-constructed and

17  powerful device, which sent out, as I said earlier, a chunk of

18  metal 629 feet in the air.  On the other hand, the evidence

19  will show these other two bombs that exploded in April of 1998

20  were run-of-the-mill pipe bombs, perhaps copycats.

21       Neither of the April '98 bombs had rocket motors in

22  them.  One bomb was a complete dud; it just fizzed a little

23  bit and burnt the hand of the fella that picked it up.  The

24  other April bomb was so ineffective that when it did explode,

25  it had such a low amount of power it only caused non-fatal

1  injuries to the woman who picked it up.  It didn't kill her,

2  it didn't rip her hands off, it didn't send chunks of metal

3  629 feet.  A different person made those bombs.

4       Now, your job, ladies and gentlemen, is to decide the

5  facts surrounding the December 3rd, 1997, bomb.  If and when

6  someone is charged with the April bombs, that will be a case

7  for a different jury at a different time.

8       The government will also present evidence about how

9  the defendant reacted to Tammy Baker was part of his common

10 plan, his modus operandi, his intent, evidence of motive of

11 how he deals with situations like this.

12      The defendant offered another childhood friend of his

13 $5,000 to kill his ex-wife because he didn't want to pay child

14 support.  In December of 1997, there was another young girl

15 who thought she was impregnated by the defendant.  She came to

16 him with the problem too.  The defendant yet again denied the

17 child was his.  As the young lady pursued the matter with him,

18 saying she's pregnant, the child is yours and I want child

19 support, the defendant got angry.  He said he would only pay

20 for an abortion, he wouldn't pay for child support.  The

21 defendant said she could never find him to make him pay child

22 support.  The defendant said his name was really not Mike

23 Johnson, and then he derisively dismissed her as being bitch

24 and a whore.  Fortunately, this girl had only missed a

25 menstrual cycle and was not actually pregnant.

Opening Statement by Mr. Heblich

1          Ladies and gentlemen, in the case there will be

2     evidence beyond proof of a reasonable doubt that the

3     defendant, Coleman Leake Johnson, Jr., planted that bomb that

4     killed Tammy Baker and her unborn child.  And the government

5     will come back to you and ask you to affirm that proof with a

6     verdict of guilty.  Thank you.

7          MR. HEBLICH:  May it please the Court.  Please excuse

8     me if I drink a little water during this; there's a lot of

9     stuff in the air these days.

10         My client is Coleman Leake Johnson, Jr. and he's been

11    called all his life by the nickname Mike, and you'll probably

12    hear him referred to as Mike throughout this trial, and I will

13    refer to him as Mike.

14         He's 29 years old.  He was born and raised in

15    Tidewater, Virginia.  His parents divorced when he was young.

16    He's lived with his mother, Dianne Johnson, in Newport News,

17    in the same house, since 1982.

18         His father, Coleman Leake Johnson, Sr., lives in

19    Suffolk, Virginia, which is not too far from where Mike and

20    his mother lives, and until recently, he operated an auto

21    parts store called Greg's Auto Supply.  Mike has an older

22    sister named Cathy, who lives in Suffolk; and he has an older

23    brother, Albert Miller, who is called Bo, and Bo lives in

24    Ahoskie, North Carolina.  You'll probably hear all these

25    people testify at some point in this case.

Opening Statement by Mr. Heblich

1          Mike went to the local schools where he grew up.  He
2    did okay in school, but he was better on working on cars and
3    particularly liked Corvettes.  You'll hear a lot about
4    Corvettes in this case.

5          It was his hobby to rebuild Corvettes.  He would get
6    Corvettes that had been in accidents or had some kinds of
7    problems and he would scavenge them and assemble different
8    parts, a frame from one and a motor from another, and he did
9    this as a hobby.  He'd rebuild them and he'd drive them
10   around, and he sold them as a part-time business.  He also
11   worked part time for his father at the auto supply store.

12         He later became interested in airplanes.  He went to
13   the Rice Aviation School, which is in Suffolk, and he got a
14   pilot's license.  He later bought his own airplane.  That was
15   his hobby.

16         Between 1994 and 1998, he worked for a company called
17   Fluor Daniel.  They are a construction company and they do
18   maintenance work on nuclear power plants.  And the way this
19   would work is there would be -- you heard Mr. Bondurant talk
20   about outages.  There would be an outage at a nuclear plant
21   and there would have to be maintenance work done.  Fluor
22   Daniel would be contracted to do this work at different
23   nuclear power plants, one being North Anna, one Surrey, one of
24   the plants that Mike worked on was in Arizona.  And Mike would
25   be hired to work on a particular outage.  These would usually

Opening Statement by Mr. Heblich

1  last several months, and he would go off and stay in an area

2  where the plant was located to do the work.

3          In this case, he came to Louisa in April of 1997 and

4  he stayed until the middle of June of 1997.

5          His job there was what's called -- he was titled a

6  carpenter, but that wasn't what he did, actually, what I would

7  think of and maybe what you would think of as a carpenter.

8  What he did was he assembled scaffolds, and he would -- I'm

9  not sure exactly how it's done, but it would be assembling

10  like a big erector set, Lincoln Logs or something.  He would

11  put together metal tubes and it would be constructed so that

12  the maintenance workers could do the job.

13          Well, he came to Louisa County in April of 1997, and

14  he was living in a hotel in Louisa, and he was there a short

15  while and he met Tammy Baker.  Tammy was living in an

16  apartment with a roommate named Chasity Coleman, and I'm sure

17  you'll hear about Chasity Coleman at some point.

18          He moved in with Tammy and Chasity and he lived there

19  for a couple of weeks.  They didn't get along, which is not

20  unexpected.  If you meet someone and move in immediately

21  without knowing them, that often happens.  So he moved out.

22  He continued to live in Louisa to finish his work assignment,

23  and he continued to have contact with people that he knew

24  there, including Tammy Baker.

25          On June the 13th, the Fluor Daniel job is completed

Opening Statement by Mr. Heblich

1  and he moved back to Newport News.  He was out of work until

2  September, when Fluor Daniel worked an outage at Surrey, and

3  he went to work at the Surrey outage.  The Surrey plant is

4  located close enough to his home in Newport News that he

5  didn't move anywhere, he lived at home.

6         In 1999, two years after this event, Mike enrolled at

7  Hampton University to study aviation technology.  And while he

8  was in school, he supported himself through a number of other

9  jobs.  The most recent job he had was working at the

10 Williamsburg airport as an aircraft refueler.

11        On the evening of December the 2nd, 1997, Mike left

12 his home in Newport News and he drove about 45 minutes to

13 Suffolk, Virginia, where he was taking a welding class at a

14 place called the Pruden Center for Industry and Technology.

15 And you'll see the attendance records.  He went to class that

16 night.  The class started at 6:30 and usually got out at 9:30.

17 He was there.

18        After the class, he went home.  And you may hear

19 different testimony as to what time he got home.  10:30,

20 11:00, people aren't sure.  But in any event, he came home, he

21 got something to eat, he talked with his mother, and he went

22 to bed.

23        To help you understand what happened that evening,

24 let me tell you a little bit about the house where Mike and

25 his mother live.  This is a single family home in a modest,

Opening Statement by Mr. Heblich

1   quiet, residential neighborhood in Newport News.  Mike and his

2   mother lived there for almost 20 years.

3           The way the house is laid out, when you come through

4   the front door, you come into the living room, but right in

5   front of you is a stairway, and there's a door to the stairway

6   that those stairs go up to the second floor.  Mike's bedroom

7   is on the second floor.  His mother's bedroom is on the first

8   floor.  The only entrance and exit from the upstairs bedroom

9   is through that door, into the living room, and out the front

10  door.  In other words, you had to go through the living room

11  to get out of the house or to enter into the bedroom.

12          Now, you might think this is odd, but it's a fact

13  that Mike's mother often slept on the couch that was in the

14  living a room, not the bed in her bedroom, but the couch in

15  the living room.  And the reason for that is that she has a

16  back problem, and the couch in the living room provides more

17  firmness than the bed in her bedroom.  And you'll hear that

18  not just from her but from people who know her quite well,

19  that this is something that's gone on for a number of years.

20          When Mike came home that evening, his mother was on

21  the couch, sitting on the couch, watching television, and she

22  slept on the couch that night.  Mike went to bed, his mother

23  slept on the couch.  And the phone rang at 5:30 in the

24  morning, and the reason the phone rang is that Mike's mother,

25  Dianne, had asked for a wake-up call from a friend of hers, a

Opening Statement by Mr. Heblich

1  gentleman named Hylan Brooks.

2        Mr. Brooks is also employed by the Fluor Daniel

3  company, the same company that Mike worked for.  And he had

4  lived in that house at the Johnson residence for a period of

5  time, but he had moved out.  And he and Mike's mother were

6  still friendly and he did favors for her, and one of them was

7  to give her wake-up calls when she asked for it.  She was

8  going to work that day and she wanted to get up early.

9        Mr. Brooks was living at a Howard Johnson's hotel not

10 far away.  He called at 5:30 in the morning.  There are two

11 telephones in the Johnson house, one downstairs and one

12 upstairs.  When Hylan Brooks called at 5:30 in the morning,

13 the phone was answered by Mike Johnson.  He picked up the

14 phone, Mr. Brooks said, "I'm calling to wake up Dianne."  Mike

15 yelled downstairs, "Mom, it's for you; pick up," and she

16 picked up the phone.  Mike went back to bed.

17       When his mother left for work at 8:30 in the morning,

18 she called and woke him up to make sure he got up.  In other

19 words, he wasn't in Louisa County that night.  He came home

20 and went to bed and he was there the next morning.

21       I'm sure you all remember answering these jury

22 questionnaires.  I believe that every one of you answered the

23 question about people being wrongfully convicted.  I believe

24 that every one of you said that you believe that sometimes

25 innocent people are wrongfully convicted.

Opening Statement by Mr. Heblich

 1              Why are they wrongfully convicted?  Often it's

 2    because of an unreliable police investigation.  I'm not

 3    talking about planting evidence or fabricating evidence and

 4    that sort of thing.  I'm talking about things such as poorly

 5    conducted and suggestive witness interviews, the failure to

 6    look for corroborating or supporting evidence.  I'm talking

 7    about influencing witnesses with promises of rewards or some

 8    other benefits, and I'm talking about ignoring other suspects

 9    or possible theories.  Those are the things that you'll learn

10    happened in this case.  At the very beginning, first the

11    police decided who they thought did it, and then they went out

12    looking for evidence, not the other way around.

13              This investigation didn't get off to a good start.

14    There was an initial failure to even respond to the crime

15    scene.  You heard that the bomb that killed Tammy Baker went

16    off at 4:30 in the morning, and that it was so powerful that

17    it sent a piece of metal 600 feet.

18              She lived in a -- you'll see the video of her

19    neighborhood.  She lived on a very small street that was

20    highly populated, in residential neighborhood.  She lived in

21    an apartment that was one of eight apartments side-by-side.

22    There were houses next to her, houses across the street.  This

23    explosion of this bomb was so loud that people as far away as

24    Mineral, ten miles away, heard it and called the sheriff's

25    department.

Opening Statement by Mr. Heblich

1           People thought that something had happened to the

2    nuclear plant.  It took an hour, it was an hour later before

3    the police came on the scene.  And it wasn't because they

4    responded to the initial calls; it was because Tammy Baker's

5    next-door neighbor, who had heard the bomb go off, he got up

6    to go to work at 5:30 in the morning and went out and got in

7    his car and found her body on the sidewalk.  And his wife

8    called the sheriff's department, and it was only then that the

9    police responded.

10          And you'll hear witnesses who live in that

11   neighborhood talk about people that they saw, voices that they

12   heard in that area at that time around the bomb.  And that

13   crucial hour immediately after the bomb came and went.  It

14   gave -- if whoever planted the bomb had been in the area, they

15   were long gone.  If someone had seen something, had any

16   information, it was not recovered.  The crime scene itself, it

17   was left open and unsecure for an hour.  Now, later the place,

18   of course, is crawling with police officers investigating the

19   scene.  But in the meantime, there was no one there.

20          You will hear that the voices that were heard, the

21   people who were seen in the area, that none of the information

22   that the neighbors described in any way, shape, or form is

23   connected to Mike Johnson.  There's no resemblance, there's no

24   connection whatsoever.

25          Nobody knows when that bomb was left there.  Nobody

Opening Statement by Mr. Heblich

1  knows if it was placed there earlier that evening, before

2  Tammy Baker even came home.  Nobody knows if it was put there

3  sometime during the middle of the night.  Nobody knows if it

4  was placed there just moments before she came outside.

5        You probably won't hear the police admit this, but

6  you'll see from the evidence, you'll see -- you will have an

7  opportunity to judge how this investigation was conducted, and

8  you'll see it rests upon a fallacy, and that fallacy is the

9  assumption that because Tammy Baker was the victim of the

10  bomb, that it was intended for her.

11        Now, that's a possibility, but there are other

12  possibilities.  It's possible that that bomb was intended for

13  someone else, and it's also possible that that bomb was put

14  there at random.  Those are the possibilities, all the

15  possibilities that you should keep open to you as you hear the

16  evidence in this case.

17        But the police didn't; they assumed the bomb was

18  intended for Tammy Baker.  And once that was assumed, the next

19  step in their investigation was to see who had a motive, who

20  had a motive to kill Tammy Baker, and that led them to Mike

21  Johnson.  And after they heard evidence that Mike was

22  supposedly the father of the child -- and it turned out that

23  he was; much later on, DNA testing showed that it turned out

24  he was.  But because he was purportedly the father of her

25  child, and her mother had overheard phone conversations and

Opening Statement by Mr. Heblich

1  that sort of thing, they decided he had a motive and they went

2  out to build a case against him.

3          The day after, on December 4th, the day after the

4  bomb, the police went to Mike Johnson's house.  Mike came

5  home, the police were there waiting for him.  His mother was

6  there.  The police told Mike that Tammy Baker had been killed

7  by a bomb, and they showed him photographs.  They asked him

8  about her, whether he knew her, where he had been the day

9  before, what he had been doing, and so on, and he told them.

10         He told them that he briefly dated Tammy Baker, told

11 them that he knew she was pregnant, and that, first, initially

12 she had told him that he wasn't the father, that the father

13 was a person named David Shifflett.  And then a few months

14 later she said, no, that was wrong.  David Shifflett is not

15 the father; you're the father.

16         He also told them he didn't have anything to do with

17 her death.  He told them that he had gone that night, he had

18 gone to welding school, came home, talked to his mother, got

19 something to eat and went to bed.  His mother was there, the

20 police interviewed her, and she told the police the same

21 thing.

22         The thing about -- you'll hear evidence about Tammy

23 Baker's pregnancy.  When she initially became pregnant, the

24 doctor judged the date of conception.  She went to an OB/GYN

25 in Louisa that thought that she had become pregnant in early

Opening Statement by Mr. Heblich

1  or mid-April, which was a period of time before Mike Johnson

2  had even come to Louisa County.

3         In August, at the end of August, because she was

4  considered to have a risky pregnancy, the doctor in Louisa

5  sent her to the University of Virginia, and the University of

6  Virginia, they did more tests.  They did sonograms and blood

7  tests and so on, and as a result of that testing, they

8  determined that the date of conception was probably the first

9  week in May of 1997, and that was when she realized that that

10 was when she had became pregnant, that Mike Johnson was the

11 father and not David Shifflett.

12        That evening, on December 4th, when the police

13 interviewed Mike and his mother, they asked for permission to

14 search the house, and they were given permission to search the

15 house without a search warrant, and they searched the house.

16 They went all through the house, they were there for hours,

17 and they didn't find anything.  They recovered no evidence

18 from that.

19        Mike told them about a work area, work shed that he

20 had where he worked on cars, and they asked to see that.  Mike

21 and his mother got in the car and drove across town, and the

22 police followed him, to take them to the work area.

23        You're going to hear evidence about this.  There was

24 a building there that had been -- it was a warehouse used by

25 Mike's father in his auto parts business, but it was usually

Opening Statement by Mr. Heblich

1  empty.  It was the warehouse building, and then behind it

2  there was a shed.  The shed is where Mike kept his car parts.

3  He had access to the warehouse to work on cars if he wanted,

4  but he didn't have a key to it.  The key was at his father's

5  auto parts store, and in order to get into the other building,

6  he had to go to his father's store to get the key, and then he

7  could go into the building.

8          On the way over to the building and to the shed, he

9  stopped and he told the police, he said, I don't have the key

10  to the other building.  Do you want me to go to the store and

11  get the key so you can look in there if you want?  They said,

12  no, there's no need to do that.

13          So they went on and they went to the shed, and they

14  looked at the car parts and they searched them and examined

15  them and they vacuumed them, and they didn't find anything

16  that was evidence to connect Mike Johnson to this offense.

17          The police investigation went into high gear.  Mike

18  Johnson was put under surveillance.  The police were camped

19  out, literally camped out in the street.  They followed him

20  around.  They put what's called a pen register on his

21  telephone.  It's a device that you put on a telephone, and it

22  records all incoming calls and outgoing calls.  So they could

23  get a number from the pen register and anybody who called him,

24  they could get the number, get the name, and they could go

25  interview people.  Why did you call Mike Johnson?  How do you

Opening Statement by Mr. Heblich

1  know him?

2        They got his bank records, employment records, his

3  school records.  Everything that related to him was subpoenaed

4  and examined.  Dozens of his friends and his relatives and

5  employers were questioned by the police.  Almost everybody he

6  had ever met in his life was questioned by the police.  And

7  this went on for two and a half years before he was finally

8  charged in this case.

9        Now, you might think what's wrong with that?  The

10 police are entitled to do an investigation.  And that's true,

11 there's nothing wrong with that if they do it the right way.

12 They didn't do it the right way in this case.

13       Good investigators follow rules when they interview

14 witnesses.  For example, before they interview a witness, good

15 a investigator doesn't tell the witness about the case,

16 doesn't volunteer information about either the offense or the

17 suspect, and doesn't offer any opinions about it.  A good

18 investigator doesn't encourage a witness to volunteer

19 information by prompting them.  A good investigator doesn't

20 ask leading questions.  A good investigator doesn't ask the

21 witness to guess about something.  Good investigators don't

22 tell witnesses what other witnesses have said.  And good

23 investigators encourage witnesses not to talk with other

24 potential witnesses.  And the reason for these -- there's a

25 reason to follow those sort of rules, and the reason is that

Opening Statement by Mr. Heblich

1  the person who conducts the interview can manipulate the

2  answers by the way in which they conduct the interview.

3       The rules that I just recited to you are not rules

4  that I made up.  They're rules that come from the Department

5  of Justice, and they exist so that people get accurate,

6  reliable information from witnesses.  They exist to make sure

7  that innocent people don't get convicted.

8       The investigation in this case ignored the rules.

9  From the very beginning of this case, you'll hear from

10 different witnesses the way they were compromised by the

11 manner in which they were interviewed.  A couple of weeks

12 after Tammy Baker's death, the police interviewed a guy named

13 Scott Butts, who was somebody who Mike Johnson went to school

14 with, he knew.  And when he was interviewed, he was told, in

15 his words, everything about the case.  The officer who

16 interviewed him told him that Mike had had a girlfriend named

17 Tammy Baker, that she had been pregnant, that a pipe bomb went

18 off, a pipe bomb blew off her hands and her face, and told him

19 that Mike Johnson had done it, and asked for his help.  Well,

20 he didn't know anything about it.

21      They said, "Do you know a guy named Eric Tarwater?"

22 And he said, "Yeah."  They said, "Well, we don't know where he

23 is and we want to talk to him.  So if you see him, you tell

24 him we want to talk to him."  They even gave that guy named

25 Scott Butts their card and said, "You have Tarwater get in

Opening Statement by Mr. Heblich

1  touch with us."

2          And he did run into Tarwater a few weeks later, he

3  said, "The police are investigating Mike.  They think he

4  killed his girlfriend with a bomb and this and that."  And he

5  gave Tarwater the cards, "They want to talk to you," and

6  Tarwater didn't contact them.

7          But this is the pattern that the investigation

8  followed throughout its entire life, and it wasn't long before

9  everybody in the area knew about this.  All of his friends,

10 all of his family knew that Mike Johnson was the chief suspect

11 in this terrible case, in this terrible crime.  But he wasn't

12 just the chief suspect; he was the only suspect.  And this is

13 shortly after the crime.

14         Mr. Riley, who is sitting here, told witnesses,

15 "We've got our man.  I'm never wrong." So the police didn't

16 need to look any further.  This was a statement that he

17 told -- he told this to Mr. Johnson's mother, his sister.

18 "We've got our man.  We don't need to look any further."

19         But you're the jury, you're not the police, and I'm

20 going to ask you to look further.

21         You've already heard about the other two bombs that

22 went off in Louisa County.  That was the morning of April the

23 18th of 1998.  There were two booby trap type bombs.  One was

24 disguised as a flashlight and it was left in the parking lot

25 of the Pizza Hut in the town of Louisa.  The other bomb was a

Opening Statement by Mr. Heblich

1  pipe bomb that was inside a fishing tackle box, and it was

2  left at the end of a person's driveway out near Mineral.  The

3  woman who picked up the flashlight turned it on, it exploded,

4  and it almost killed her.  She was in the hospital for almost

5  a month.  It tore her insides out.  The other bomb apparently

6  misfunctioned to some degree, but it went off and it injured

7  two people.

8        Now, you may hear some evidence about those bombs and

9  they're different than the other bomb and so on, but nobody

10 knows for certain.  And you'll hear that there's no reason

11 that a person who made the bomb that killed Tammy Baker

12 couldn't have made the other two bombs.  They don't know.  The

13 only thing we do know is that Mike Johnson had nothing

14 whatsoever to do with those two bombs that went off later.

15 Nobody even suggests that.

16       You're likely to hear about a woman named Chasity

17 Coleman; I've talked about her.  She is Tammy Baker's

18 roommate.  They were living together when Mike Johnson came to

19 Louisa County in April of 1997.  But they weren't living in

20 the apartment building where Tammy was living when she was

21 killed; they were living in a different apartment.  They moved

22 to that apartment on Locke Lane -- that was the street -- in

23 August of 1998, which was two months after Mike Johnson moved

24 back to Newport News.

25       And Chasity Coleman was married to a man named

Opening Statement by Mr. Heblich

1  Alverness Coleman.  In March of 1997, he was sent to jail, and

2  he didn't get out of jail until July of 1998.  So he was in

3  jail when this happened; there's no question about that.  He

4  was in jail for drug charges.  He pled guilty to a number

5  of -- conspiracy, a drug conspiracy to distribute crack

6  cocaine.

7          Chasity Coleman moved out of the apartment that she

8  shared with Tammy in the middle of October of 1997, and she

9  moved out because Tammy was tired of the way Chasity lived.

10  Chasity never came in before 2:00 or 3:00 in the morning, and

11  often she would have a guest with her, and this was

12  disruptive.

13          Tammy worked two jobs.  Tammy worked at a

14  construction company during the day and she worked part-time

15  at a convenience store, and she was pregnant.  This was very

16  disruptive to her, so she had Chasity move out.  And Chasity

17  moved out; she went to live with her friend who didn't live

18  very far away.

19          But the interesting thing about this is that, even

20  though she moved out, she still got her mail at Locke Lane.

21  And you'll see the importance of this when you see the

22  letters, exchange of letters between Chasity Coleman and her

23  husband, who was in jail.

24          Her husband, Alverness, wrote her a letter, and it's

25  postmarked November 20, 1997, addressed to Chasity at the

Opening Statement by Mr. Heblich

1   Locke Lane address.  And in the letter he tells her how much

2   he misses her, and he promises that when he gets out he is,

3   quote, giving the rest of his life to making her happy.

4          He sent her a second letter postmarked November 25th

5   of 1997, and that was addressed to Chasity at Locke Lane.

6          In the meantime, Chasity wrote him a letter.  That

7   letter was dated November 26th, 1997, and she had bad news for

8   her husband.  In the letter she wrote, "I'm sorry to hear that

9   it will be another 12 months before you get out, but it will

10  give you time to digest what I'm about to tell you."  And she

11  goes on to tell him that she's three months pregnant.  And she

12  says, "I'm really not sure if I should say at this point who

13  the father is.  I want you to have time to calm down before I

14  tell you that, because when I do tell you, you'll probably go

15  through the roof or kill us both."

16         And she drops a hint.  She says, "I think what will

17  hurt you the most is it's someone who is very close to you but

18  isn't a friend."  Well, it turns out that the father of her

19  baby was her husband's brother.

20         The other thing you'll learn that's interesting about

21  Alverness is that he had experience in making bombs.  He was

22  questioned and he talked about how he used to make bombs to

23  pull up tree stumps.

24         Another thing that you'll learn that's interesting is

25  that when Mike Johnson knew Tammy Baker, she drove a Chevy

Opening Statement by Mr. Heblich

1  Blazer.  But that car got repossessed and she got another car

2  from her brother, and it was a Plymouth Sundance.  And the

3  significant thing about it is that it's almost exactly the

4  same car, type of car that Chasity Coleman used to drive.

5       So by December of 1997, she had moved to a different

6  apartment and she had a different car from when Mike Johnson

7  knew her in the spring of 1997.

8       Now, I'm not going to ask you to ignore the evidence

9  that the government does put before you.  You're going to hear

10  from Tammy Baker's mother, Barbara, and from Tammy Baker's

11  friend, Tracy Smith, that they overheard parts of telephone

12  conversations between Tammy Baker and Mike Johnson.  And they

13  weren't positive conversations; they were difficult.

14       But when you hear that evidence, I want you to not

15  ignore the context in which they occurred.  And understanding

16  the context in which they occurred and hearing the language of

17  the conversation, you'll see that there's more than one

18  interpretation to what was going on in those conversations.

19       You'll also hear evidence from a man named Wilton

20  Jordan.  Wilton Jordan is a retired detective who lives in

21  Newport News.  He has a daughter named Cindy, and Cindy and

22  Mike Johnson were friends.  And Mike Johnson and his mother

23  knew the Jordans.

24       And you'll learn that in the spring of 1998, several

25  months after Tammy Baker was killed, and the investigation was

Opening Statement by Mr. Heblich

1  in full force and the police had Mike under surveillance and

2  he was upset, and he went to talk to Mr. Jordan because

3  Mr. Jordan had a background in law enforcement.  He went to

4  talk to him to try to get some advice.  And when he talked to

5  Mr. Jordan, he told Mr. Jordan what the accusations were

6  against him.

7       And you'll hear Mr. Jordan say -- Mr. Jordan will say

8  he talked with Mike, and Mike told him that, quote, "Around

9  the time, around that time I was in -- I went back to Louisa

10 for some errands," that he had gone back to the power plant to

11 pick up something that he had left.  It's up to you; you're

12 going to have to determine what that meant and what kind of

13 weight to give it.  That's all.

14       The government is going to rely on the testimony of a

15 person named Leonard Mayle, who Mike went to school with, he

16 knew as a teenager, and who he, again, saw in maybe 1992, some

17 period in 1992, 1993.  Mr. Mayle is an interesting character.

18 He got in -- has been in trouble all his life.  And he is the

19 source of -- when the government talked about Mr. Johnson was

20 an experienced bomb maker and learned to make these unique

21 bombs and so on, that's from Lenny Mayle.

22       He's going to say -- we don't know exactly what he's

23 going to say, because every time he's questioned, he gives a

24 different story.  But what we think he's going to say is that

25 in 1992 or 1993, that he saw Mike Johnson in possession of

Opening Statement by Mr. Heblich

1  what he thought were pipe bombs.

2        You're going to have to sort through the different

3  versions of events to see what weight to give this.  He's also

4  going to say that in that 1992 or 1993, that Mike Johnson

5  offered him $5,000 to kill or injure his wife, who was then

6  pregnant.  And you'll meet -- you'll probably meet his former

7  wife.  Her name is Angel, and she was a sad chapter in his

8  life.

9        They were married in October of 1992.  A month later,

10  she left him and got divorced.  A few months after that she

11  came back and lived with him and his brother in North Carolina

12  for a little while.  She moved away again, and she had a baby,

13  and except for a couple of visits, she's had no contact with

14  him or with her daughter's grandmother or grandparents.  She

15  will make a cameo appearance.

16        For you to believe the testimony of Leonard Mayle --

17  let me say this:  For the testimony of Leonard Mayle to have

18  an impact on you, you'd have to believe it, and that's going

19  to be hard.  Mr. Mayle has several felony convictions, and the

20  most recent of which was for statutory rape of a 14-year-old

21  girl for which he was sent to prison.

22        He got out of prison in 1996 and moved to Florida.

23  In August of 1998, the police contacted him, told him about

24  the reward that was offered in the case.  It's a reward of

25  $36,000 that was offered.  And they asked him to come up to

Opening Statement by Mr. Heblich

 1  Newport News to try to talk to Mike Johnson and try to get him

 2  to say something that might be incriminating.

 3          He showed up, talked to Mike, had a case of beer with

 4  him.  The meeting, there was a video camera, audio, and, of

 5  course, nothing happened.

 6          As far as Mr. Mayle is concerned, you will hear a

 7  number of people, people that know him best, and you'll hear

 8  them describe him as a thief and a liar.  You'll also learn

 9  that the police, as part of their investigation, did not

10  bother to try to corroborate crucial parts of his statements,

11  his story.

12          Then there is Eric Tarwater that the government has

13  talked about.  He's a convicted felon, thief, liar, drug user.

14  Even though Scott Butts said, "Hey, man the police want to

15  talk to you about this," he laid low, he didn't go talk to the

16  police.

17          But it was his bad luck, his bad luck that he got

18  arrested in August of 1998.  He got arrested on drug charges

19  and he was sitting in the Hampton City jail.  The police found

20  out he had been arrested and they came to interview him and

21  they told him about the report.  He was a guy pretty much down

22  on his luck.

23          Now, I hesitate to tell you what we expect he's going

24  to testify to, because, again, you get a different story every

25  time he was asked a question.  But we expect that he's going

Opening Statement by Mr. Heblich

1  to say that in the middle of November of 1997, that he talked

2  to Mike Johnson and that Mike said, "Do you know somebody who

3  would kill somebody for money?"  And they had a couple of --

4  according to him, they had a couple of conversations along

5  those lines.

6         Well, there were a few missing details.  For example:

7  Who do you want me to kill?  When?  Where?  Why?  Well, you're

8  not going to hear any of that information, and you can make of

9  that what you want to.

10        It's an investigation -- you will hear that this is a

11 case that relies on circumstantial evidence, and it doesn't.

12 It relies on speculation, rumor, innuendo, half truths, and

13 mostly fear.

14        You're going to be shown photographs of somebody who

15 was brutally injured, and you'll see -- you'll say why -- how

16 many times do I have to see these photographs?  I know she's

17 dead.  It's to try to instill fear.

18        And at the end of the case I'm going to ask you not

19 to base your decision on fear.  I'm going to ask you to base

20 your decision on fact.  And as you hear this evidence come in,

21 it's going to be up to you to try to sort through the fact

22 from the fiction, the rumor from the truth.  I ask you to do

23 that job faithfully.  Thank you.

24        (Further proceedings were held and previously transcribed

25 under separate cover.)

Opening Statement by Mr. Heblich

1      (Court recessed at 5:00 p.m.)

2

3                        CERTIFICATE

4   I, Judy K. Webb, certify that the foregoing is a

5   correct transcript from the record of proceedings in

6   the above-entitled matter.

7

8   /s/  Judy K. Webb              Date: 3/19/2019

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25