# REQUEST FOR COMPASSIONATE RELEASE

TO: WARDEN D. LEU, PETERSBURG - MEDIUM

FROM: INMATE COLEMAN LEAKE JOHNSON, JR. 51933-083

JANUARY 23, 2024

DEAR WARDEN LEU,

THIS IS MY SECOND REQUEST FOR A NON-MEDICAL COMPASSIONATE RELEASE AS MY 09-12-23 REQUEST WAS RETURNED ON 9-25-23 BY RIS COORDINATOR, H. MCWILLIAMS DUE TO LACK OF DOCUMENTATION OF "INCAPACITATION OF A CHILD'S CARETAKER" AND NOT BEING COMPLIANT WITH BOP PROGRAM STATEMENT P.S. 5050.50.

ATTACHED TO THIS SECOND REQUEST, PLEASE FIND MY SISTER'S NOTORIZED LETTER DATED 10-28-22 EXPLAINING OUR FAMILY MEMBERS' INCOMPACITATIONS AS WELL AS A 7-11-23 LETTER FROM OUR MOTHER'S DOCTOR CONFIRMING SUCH. WITH REGARD TO P.S. 5050.50, IT WAS APRIL OF 2023 WHEN THE U.S. SENTENCING COMMISSION (ADDRESSING COMPASSIONATE RELEASE CRITERIA IN THE FIRST STEP ACT OF 2018) AMMENDED 1.B1.13 TO PERMIT AN INMATE TO REQUEST A COMPASSIONATE RELEASE FROM THE COURT AFTER FIRST EXHAUSTING THE REQUEST AT THE INSTITUTIONAL LEVEL. AS SUCH, THIS IS MY SECOND FORMAL REQUEST FOR COMPASSIONATE RELEASE PURSUANT TO TITLE 18 U.S.C. SECTION 3582(c)(1)(A), AS AMENDED BY THE FIRST STEP ACT ("FSA"), SEE P.L. 115-391, 132 STAT. 5194, AT SECTION 603 (DEC. 21, 2018). SPECIFICALLY, I SEEK A SENTENCE REDUCTION TO TIME SERVED BASED ON THE FOLLOWING EXTRAORDINARY AND COMPELLING REASONS, AMONGST OTHERS: 1) THE REALITY THAT I AM SERVING AN UNUSUALLY LONG SENTENCE AND WOULD RECEIVE A LESSOR SENTENCE TODAY; 2) MY YOUTH AT THE TIME OF THE OFFENSE AND SOCIETY'S EVOLVING UNDERSTANDING OF THE SIGNIFICANCE OF AN OFFENDER'S YOUTH VIS-VIS HIS OR HER POTENTIAL AMENABILITY TO REHABILITATION; AND 3) THAT I AM THE ONLY AVAILABLE CAREGIVER FOR MY MOTHER, MY WIDOWED SISTER, AND MY HANDICAPPED NIECE. ADDITIONALLY, THE ONLY RELEVANT FACTORS, INCLUDING, BUT NOT LIMITED TO, MY POST-SENTENCE REHABILITATION, MY TIME IN CUSTODY, MY EDUCATION LEVEL, AND MY LACK OF CRIMINAL HISTORY, SUPPORT SUCH A REDUCTION IN MY SENTENCE.

RESPECTFULLY SUBMITTED,

*[signature]*

COLEMAN LEAKE JOHNSON, JR.
51933-083
CELL 59, B-NORTH