Anlander Medical Practice
114 Hollowell Road
P.O. Box 309
Anlander, NC. 27805
PHONE: (252) 345-3791
FAX: (252) 345-0480

July 11, 2023

RE: Dianne Johnson
DOB: 01/06/1944

I am the attending provider for Ms. Dianne Johnson. Ms. Johnson suffers from multiple medical problems that make her in need of medical attention and personal care. The patient suffers from acute exacerbation of chronic obstructive airways disease, paresis of lower extremity, ataxic gait, arthritis of spine, chronic kidney disease stage 3, dementia, joint pain, recurrent major depressive episodes, and others. The patient doesn't want to go to a rest home nor move in with her daughter who has a special needs child and can't get her the right care. She has only her son left to care for her who is currently in jail for killing someone. It is greatly appreciated if you can look into this matter and provide help for Ms. Dianne Johnson.

If you have any further questions, please contact our office.

Sincerely,

Delina Cooley, PA-C, MPAS, PhD
he