DECLARATION OF SUSAN RICHARDSON REGARDING
COLEMAN JOHNSON RELEASE PLAN
PURSUANT TO 28 U.S.C. § 1746

I, Susan Richardson, do make oath and swear:

1. I am currently employed as an Investigator with the Federal Public Defender's Office for the Western District of Virginia. I have been employed with the Federal Defender's Office since 2005 when the office first opened in the Western District of Virginia.

2. I have been assigned to work on the case of United States v. Coleman Johnson, Jr. (3:00cr24 W.D. Va.). The Federal Public Defender's Office was appointed to represent Coleman Johnson on December 18, 2023.

3. One of my assignments was to interview Mr. Johnson's sister, Catherine Diane Earls. Ms. Earls previously submitted a letter in support of Mr. Johnson's compassionate release. *See* Exhibit 1.

4. Ms. Earls confirmed that she needs Coleman Johnson's assistance to care for their disabled mother, Diane Johnson. Ms. Johnson has suffered multiple strokes and has dementia. Her condition continues to decline.

5. Ms. Earls is also responsible for providing sole care for her disabled daughter. Her daughter has cerebral palsy from neurological injuries at birth and requires around the clock care. Ms. Earls is currently the only care provider for her daughter and her mother.

6. Ms. Earls also confirmed that she is still willing to provide housing for Mr. Johnson. She resides at 243 Center Grove Road, Ahoskie, North Carolina and hopes the court will release Mr. Johnson to live with her and provide care for their mother.

7. Ms. Earls is overwhelmed and exhausted being the only care provider for her mother and daughter. She desperately needs her brother home to assist with care and help with transporting their mother to doctor appointments.

8. Ms. Earls has limited computer skills and requested that I assist her in providing this information to the Court.

I declare under penalty for perjury that the foregoing is true and correct.

July 30, 2024
Date

Susan Richardson

To whom it may concern,

My name is Catherine Diane Earls and I am the sister of Coleman Leake Johnson, Jr. (Mike) a prisoner whom is into his third decade of a (LIFE) sentence. I am also the widow of a corrections officer and Air Force Veteran, Eddie Dale Earls (Dale). This statement is written to express my family's desperation and critical need for my brother's sentence adjustment.

It was ▮▮08 when I gave birth to my fourth child Avery. We eventually discovered that she suffered neurological injuries at birth and was diagnosed with cerebral palsy. Medical bills mounted while Avery has (and always will) need 24 hour care. She is mute and can't walk. She has to be fed, bathed, and clothed. Special equipment is used to mobilize her. Needless to say, my days of employment ended in 2008. Dale was forced to take on as many double shifts as the prison could offer until the evening that an inmate found him slumped over a vomit-covered log book. Thankfully the heart failure wasn't fatal. Despite his otherwise healthy lifestyle, Dale was warned that his workload had deteriorated his health. Yet, the man had no choice. On 4-6-17 Dale was diagnosed with advanced stages of cancer. What devastated him most was the welfare of myself and our daughter in his absence. He and Mike had their last conversation between prison and hospital phones. Dale asked Mike to work hard to earn a prison release to support us. Sadly, the man I married 31 years prior died on 9-6-17. Only months passed before our mother Dianne Johnson and our half-brother, Albert Miller had to provide assistance. Unfortunately, their help was short-lived after Albert himself was diagnosed brain cancer and our mother (divorced since 1975) had to thereafter care for him around the clock for one year. In the meantime, our father, Coleman, Sr., finally revealed that he long since been plagued with kidney failure and needed a transplant. I had complications precluding my donation but I knew that Mike had unsuccessfully fought to organize an inmate "living organ" donor program years prior. Mike and the VCU Transplant Team immediately filed everything necessary through the Bureau of Prisons for Mike to donate a healthy kidney. Prison medical staff initially took action but eventually dragged their feet with our father's situation while our brother passed on 9-3-19. The family loss was tragic and our mother had several strokes. I myself had to seek a psychologist. Prison officials abruptly ceased cooperation with the VCU transplant Coordinator until Covid-19 cursed the planet. All transplants halted and our father's preventable death came on the morning of 7-7-20. At the same time we learned that our mother suffered dementia and kidney disease requiring her to reside with me and Avery (furthering the need of around-the-clock assistance for both). All the while, Mike had been in prison for two decades, hopeless, and still had an eternal sentence. We had all given up on the countless rumors of sentencing reform. Then Mike developed pneumonia a second time in prison and eventually contracted Covid-19. He later disclosed that he also had a complete breakdown requiring weekly therapy by prison psychologists for over a year. I've been told that his recovery was successful while he's now helping other inmates in some kind of suicide prevention program. Meanwhile, my doctor, Penny Brown, just advised me that my mental and physical health hinges greatly on my ability to get help. Nonetheless, Mike is all that his sister, mother, and niece have and we desperately need his support. Mike's sentence adjustment will remedy numberless hardships and ultimately amend *my* life sentence as well.

Our planned living arrangements:

It is our wishes that Mike will be released to this area and reside in my home with myself, my daughter, and our elderly mother. I am the property owner of the dwelling addressed: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The property is a two story, four bedroom, 2,000 square foot home insured through North Carolina Farm Bureau, Policy# (HP5845629). My telephone number is

███████. All persons living in my home are covered under various forms of medical plans. We will assure that Mike is adequately covered as well. All firearms have been removed and sold immediately after the 2017 death of my husband and will remain free of weapons of any kind. My home will always be open to any inspections or monitoring devices if the courts deem necessary. There has never been any illegal activity in my home and never will be. At the time that Mike will live here, the only occupants in my home will be: 1. Coleman Johnson, Jr. D.O.B. ██71, 2. Dianne Johnson D.O.B. ██44, S.S.N. ██████9183, 3. Catherine Earls D.O.B. 11-4-66, S.S.N. 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, and 4. Avery Earls D.O.B. 3-14-08. We have secured guaranteed and verifiable employment for Mike from two different businesses the moment that he moves in. Donald Meeks of *Kings Automotive* (*Glen's Auto Repair*) 125 North Catherine St., Ahoskie, NC 27910 (252) 209-8089 is offering immediate employment due to Mike's ASE certifications and the tools he already has. Michael & Alex Terry of *Terry's Automotive* 1491 E. Marshall Dr., Ahoskie, NC 27910 (252) 332-6082 is also offering Mike immediate employment for these same reasons. Mike will have full access to my fully insured and reliable transportation bundled under the same Farm Bureau policy mentioned. My Pastor, Greg Hurdle, and the Congregation (made up of many members of our family) at *Oak Grove Baptist Church* immediately welcomes Mike's membership.

In short, Mike's support system rock solid and the likelihood of him reoffending are non-existent. Please consider that decades of prison has been served and many innocent lives will benefit greatly when he is released. He is much older and poses no threat to the community. Please also consider that if Mike were sentenced for the same offense today, he would face a larger variety of sentencing options than his 2001 jury was allowed to consider. Please grant us a release date for Coleman Leake Johnson, Jr. (Mike).

With much respect,

*Catherine D. Earls*  10/28/2022

Catherine Diane Earls
243 Center Grove Road
Ahoskie, NC 27910
(252) 287-2793

Sworn unto me this 28th October 2022.

*Tanya Murray Jones*
Comm. 7; 10; 2025
Hertford Co. NC

[Notary seal: TANYA MURRAY JONES NOTARY PUBLIC PITT COUNTY, NC]

Page 2 of 2