# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, COLEMAN LEAKE JR | Reg #: | 51933-083 |
| Date of Birth: | 09/01/1971    Sex: M    Race: WHITE | Facility: | PEM |
| Encounter Date: | 11/03/2022 10:29    Provider: Hall, Ignatius PA-C | Unit: | B04 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider:   Hall, Ignatius PA-C
   Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY
   Subjective:    51 y/o inmate f/u on left wrist pain - CTS, numbness and tingling of the fingers.
   **Pain:**    Yes
   **Pain Assessment**
      Date:    11/03/2022 10:39
      Location:    Wrist-Left
      Quality of Pain:    Throbbing
      Pain Scale:    9
      Intervention:    OTC pain meds
      Trauma Date/Year:
      Injury:
      Mechanism:
      Onset:    5+ Years
      Duration:    5+ Years
      Exacerbating Factors:    movement
      Relieving Factors:    pain meds
      Reason Not Done:
      Comments:

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/03/2022 | 10:28 PEX | 74 | Via Machine | Regular | Hall, Ignatius PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/03/2022 | 10:28 PEX | 116/68 | Left Arm | Sitting | Adult-regular | Hall, Ignatius PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/03/2022 | 10:28 PEX | 180.0 | 81.6 | | Hall, Ignatius PA-C |

**Exam:**
   **General**
      **Appearance**
         Yes: Alert and Oriented x 3
         No: Appears Distressed

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, COLEMAN LEAKE JR | | Reg #: | 51933-083 |
| Date of Birth: | 09/01/1971 | Sex: M  Race: WHITE | Facility: | PEM |
| Encounter Date: | 06/29/2022 15:06 | Provider: Enyinnaya, Uchenna | Unit: | B04 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider:  Enyinnaya, Uchenna APRN, FNP-C
  Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY
  Subjective:  50 Y.O inmate with a Hx of MDD and borderline Personality D/O seen today for medication renewal. He reported left wrist radiating pain and started that the duloxetine is not working for him. he had a carpal tunnel release on right wrist but region denied carpel tunnel release on left wrist. He reported that the Prozac is working well foe his depression. He denied any thought to hurt and other.

  Exam
  Alert and oriented X3 and does not appear in any acute distress
  HEENT: AT, NC, PERRLA, EOMI
  Lungs: CTAB
  Cardio: RRR, No MGR
  Abdomen: No distention, normo-active BS, no tenderness, no palpable organomegaly/masses
  Ext: no clubbing/cyanosis/or edema, Cap refill <3 sec
  Neuro: CN 2-12 grossly intact

  Plan

  Tapper Duloxetine and discontinue in 30 days.
  Start Oxcarbazepine 300mg PO Bid and f/u as needed

**Pain:**  Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 06/29/2022 14:52 |
| Location: | Wrist-Left |
| Quality of Pain: | Radiating |
| Pain Scale: | 10 |
| Intervention: | medication |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 12-24 Hours |
| Exacerbating Factors: | Nothing |
| Relieving Factors: | Nothing |
| Reason Not Done: | |
| Comments: | |

COMPLAINT 2    Provider:  Enyinnaya, Uchenna APRN, FNP-C
  Chief Complaint:  Skin Problem
  Subjective:  he also reported a Hx of psoriasis that has gotten worst lately

  Exam