# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, COLEMAN LEAKE JR | | Reg #: | 51933-083 |
| Date of Birth: | 09/01/1971 | Sex:    M     Race: WHITE | Facility: | PEM |
| Note Date: | 02/15/2024 13:15 | Provider:    Hassad, Aaron (MOUD) | Unit: | B04 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**          Provider:   Hassad, Aaron (MOUD) MD
Report Review

Patient still having significant problems with urination with no improvement with increasing flomax. Recent start on Doxazosin by PA. Patient with history of frequent infections, strictures, and hx of dilation last 2017. Will send for urology evaluation 2/2 gross blood, weak stream, and problems urinating for cytoscopy.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Urology | 06/14/2024 | 06/14/2024 | Routine | No | |

Subtype:
Cystoscopy/CT IVP

Reason for Request:

This is a 52 YO M with PMHx of Psoriasis, Borderline, and CTS who has a history of frequent urinary infections, urethral strictures s/p dilations, and problems with urination. patient with history of recent infections and hematuria. Patient with continued complaint of problems starting, urinary stream, and hematuria despite max flomax and recent start on doxazosin. Patient with continued complaints suspicious for reformation of stricture. Please evaluate for need for repeat cytoscopy and dilation

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Hassad, Aaron (MOUD) MD on 02/15/2024 13:22