## UNICOR — WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr. **Unit:** D-North **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium **Industry Code:** 1001 **Work Assignment:** Business Office & QA

| Evaluation Begin Date | Evaluation End Date |
|---|---|
| 10/1/2021 | 3/31/2022 |

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
This evaluation period finds no complaints in the work performance of this inmate. Johnson's file contains numerous monitary bonuses for both work performance and retreival of hard contraband. The factory manager announced the upcoming training program for the SAP manufacturing program and Johnson is enrolled and currently a licenced inmate user. This inmate has proven to be the perfect example of what UNICOR needs in a employee and i recommend that he remain in his current position of responsibility and skill.

**Supervisor's Initials:** 5  5  5  5  20

---

**Name:** Coleman Leake Johnson, Jr. **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium **Industry Code:** 1001 **Work Assignment:**

| Evaluation Begin Date | Evaluation End Date |
|---|---|
| 4/1/2022 | 9/30/2022 |

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
This evaluation period closes at the conclusion of the fiscal year. Johnson's Fiscal Year Data sheets have been 100% accurate in Production and his QA files remain current and prepared for Program Review. Staff finds no negative issues with this worker and suggests that he remain in his current position. Johnson has proven to be the valued choice as a clerk trainer with inmate D. Waters and has worked closely in preparing inmates that are releasing to society. Staff recommends a score of 20 points.

**Supervisor's Initials:** 5  5  5  5  20