# Recommendation for Special Achievement Award

Inmate's Name: **Johnson, Coleman**          Reg. No. **51933-083**

Current Job Position & Assignment: **Payroll Clerk**     Location: **PEDC – MED**

Pay Grade:  **1**                          How Long: **16 Months**

Time in FCI Petersburg UNICOR: **16 Months**     RE: **BONUS**

Supervisor's Name: **F. Ward, Factory Foreman**     Date: **December 19, 2018**

**Basis for Recommendation**: This payroll clerk has been extraordinarily instrumental in the everyday operation here at the Distribution Center. He has been extremely dependable, worked closely with the staff, and have always gone above and beyond what would be expected of him to ensure that the UNICOR Distribution Center runs as efficiently as possible. He has consistently maintained a professional level of performance in his duties and responsibilities. Therefore, I strongly recommend he be considered for and receive a one time monetary bonus for $25.00.

$ Amount of Award Recommended:   $25.00

Awards Committee: _____    _____
                    COMMITTEE MEMBER              COMMITTEE MEMBER

**Awards Committee Recommendation:**   [✓] Yes   [ ] No

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

## Department Head Review and Recommendation

Signature: _____     Date: _12/19/18_

[✓] Approved    [ ] Denied:

Proposed Amount: _____    Funds Available: [ ] Yes  [ ] No

Comments: _____

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★
PEDC UNICOR FACTORY MANGER

[✓] Approved       Amount of Award $ _25.00_

[ ] Denied         Signature: _____
                              Mr. J. McIntosh, Factory Mgr.