# Recommendation for Special Achievement Award

Inmate's Name: <u>Coleman leake Johnson, Jr.</u>   Reg. No. <u>51933-083</u>

Current Job Position & Assignment: <u>CLERK</u>   Location: <u>PEDC – MED</u>

Pay Grade: <u>0</u>   How Long: <u>141 Months</u>

Time in FCI Petersburg UNICOR: <u>141 Months</u>   RE: <u>BONUS</u>

Supervisor's Name: <u>R. Dave, Factory Foreman</u>   Date: <u>February 23, 2022</u>

**Basis for Recommendation:** This inmate is a Payroll Clerk, whose work in the factory has been nothing short of exemplary for the nearly five years he has worked at the PEDC Factory. He has always been extremely dependable, worked closely with the staff, and has gone above and beyond what would be expected of him to ensure that the Distribution Center runs as efficiently as possible. This award is based on Inmate Johnson going above and beyond, once again, by stepping up while a co-worker was unavailable to ensure that not only his job was getting done, but also working diligently to ensure that his co-workers job was getting done as well. Therefore, I strongly recommend that inmate Johnson be considered for and receive a one-time monetary bonus award for seventy-five dollars.

$ Amount of Award Recommended: **$75.00**

Awards Committee: _____   _____
                    COMMITTEE MEMBER                 COMMITTEE MEMBER

**Awards Committee Recommendation:**   [✓] Yes   [ ] No

★★★★★★★★★★★★★★★★★★★★★★★★★★★

PEDC UNICOR FACTORY MANAGER
[ ] Approved    Amount of Award $ ~~75.00~~   *See below*

[ ] Denied    Signature: _____
                          Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★★★★

## Department Head Review and Recommendation

Signature: _____   Date: 2/24/22
           M.R. Danzey, Senior Operations Mgr.

[✓] Approved    [ ] Denied

Proposed Amount: $50.00    Funds Available: [✓] Yes   [ ] No

Comments: