## UNICOR WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr.  **Unit:** D/A  **Reg.#** 51933-083
**FLP (USP Florence)** / INSTITUTIONAL CODE  **1001** / INDUSTRY CODE  **Mill II** / WORK ASSIGNMENT
**Evaluation Begin Date:** 6/19/2006  **Evaluation End Date:** 9/30/2006

Rating Scale: 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:** Mr. Johnson was hired at the furnature factory on 06/19 and quickly progressed to a floor position to Mill II on 07/28. Upon discovery of his computer training and college Business certificates, he is being considered for the clerk position that is soon to become vacant. Johnson has displayed quick learning capabilities and competence in his present position while the factory foremen feel that Johnson would benefit UNICOR by being assigned to a position requiring added responsibility.

Safety 5  Quality Assurance 5  Personal Conduct/Hygiene 5  Punctuality/Productivity 5  **Total 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**FLP (USP Florence)**  **1001**  **Admin. Clerk - Business Office**
**Evaluation Begin Date:** 10/1/2006  **Evaluation End Date:** 3/31/2007

**Comments:** Mr. Johnson was assigned to a clerk position and cleared for computer access on 11/06. He was granted SAP access along with our current Microsoft business suite. His job duties include monthly, quarterly, and annual financial reports of the losses and calculations of the defect rates for Quality Assurance. His current position also requires that he absorb the Document Control responsibilities to remain compliant to ISO standards. Johnson is additionally responsible for writing the training material and recording the inmate training files. He is now being considered as the training clerk for internal inmate audits. At this point, Johnson has shown to be competent and his performance is above average.

Safety 5  Quality Assurance 5  Personal Conduct/Hygiene 5  Punctuality/Productivity 5  **Total 20**

Original - Stays with UNICOR                 FPI - 44

---

## UNICOR WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr.  **Unit:** B/A  **Reg.#** 51933-083
**FLP (USP Florence)**  **1001**  **Admin. Clerk - Business Office**
**Evaluation Begin Date:** 4/1/2007  **Evaluation End Date:** 9/30/2007

**Comments:** Johnson has displayed exceptional work ethics and leadership in his current clerical duties. I am comfortable with his employment placement and I feel that he is shall be considered for cross-training as a backup for other clerk positions. Currently, he is working closely with staff and other inmates to write our ISO required JDP manuals. His ability to work efficiently under pressing schedule and the patience he has with coworkers is impressive. Johnson has graduated the CODE program and no longer needs to leave the factory for group which is also a benefit to UNICOR's scheduling. He is currently preparing a Powerpoint Presentation for the inmate ISO Audit training.

Safety 5  Quality Assurance 5  Personal Conduct/Hygiene 5  Punctuality/Productivity 5  **Total 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**FLP (USP Florence)**  **1001**  **Admin. Clerk - Business Office**
**Evaluation Begin Date:** 10/1/2007  **Evaluation End Date:** 1/27/2008

**Comments:** Mr. Johnson's productivity is impressive and I recommend that he remain in his current position if the institution is restored back to normal operations following the riot. It is my understanding that he might be transferred and was NOT involved in the institution's disruption. Unit Team has informed this office that Johnson has remained clear of any disciplinary infractions. I would recommend him to a similar position at any other UNICOR when he arrives at his destination.

Safety 5  Quality Assurance 5  Personal Conduct/Hygiene 5  Punctuality/Productivity 5  **Total 20**

Original - Stays with UNICOR                 FPI - 44

---

## UNICOR WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr.  **Unit:** Charlie - 4  **Reg.#** 51933-083
**EDG (Edgefield FCI)**  **1001**  **TEXTILE - Small Components II**
**Evaluation Begin Date:** 8/12/2010  **Evaluation End Date:** 9/30/2010

**Comments:** Mr. Johnson was hired in the 8/12 group and assigned to the components crew to manufacture the "Generation III" military soft-shell outer wear. It has been reported on multiple occasions that Mr. Johnson has caught on to his assigned operation and has quickly achieved competence in the craft. Mr. D. Jorner has recommended that Johnson be a candidate for his clerk position after his departure. Staff has also endorsed the recommendation. A review of Johnson's UNICOR employment record shows favorable work history at USP Florence and a followup inquiry is considered in the event that Johnson is to be placed in Jorner's template clerk position.

Safety 5  Quality Assurance 5  Personal Conduct/Hygiene 5  Punctuality/Productivity 5  **Total 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**EDG (Edgefield FCI)**  **1001**  **TEXTILE - Small Components II**
**Evaluation Begin Date:** 10/1/2010  **Evaluation End Date:** 3/31/2011

**Comments:** Work reports of Johnson's performance is above satisfactory. All quotas have been met and the skill level required for his assigned sewing operation is advanced. Johnson is still being considered as UNICOR's replacement clerk for template operations and for R&D Special Projects as well as assembly line set up operations. It is believed that such position is best suited for Johnson due to his civilian technical training and vocational skills as well as his ability to read and decipher and modify blueprints. Johnsons has been interviewed and has agreed to fill the position following Jordan's departure.

Safety 5  Quality Assurance 5  Personal Conduct/Hygiene 5  Punctuality/Productivity 5  **Total 20**

Original - Stays with UNICOR                 FPI - 44

---

## UNICOR WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr.  **Unit:** Charlie - 4  **Reg.#** 51933-083
**EDG (Edgefield FCI)**  **1001**  **TEXTILE - Small Components II**
**Evaluation Begin Date:** 4/1/2011  **Evaluation End Date:** 9/30/2011

**Comments:** Following a 26-day factory lay-in 4/2 to 4/28 Johnson was first to be brought back. Staff has reported exceptional feedback as to Johnson's performance and people skills. His knowledge of the crafts and operations of the factory is to be commended. He is relied upon and will be assigned additional responsibilities involving the T-shirt press once it arrives and is in operation. Due to the cost involved in the tooling, Johnson has been selected as the inmate in charge of setting and manufacturing the cut-plates. Johnson will be trained by the machine's factory representative. His attention to detail has left management confident and therefore comfortable with the decision of his placement. Johnson will additionally be responsible for D. Jorner's clerical duties and maintaining and modifying the template drawings from engineering and customer support.

Safety 5  Quality Assurance 5  Personal Conduct/Hygiene 5  Punctuality/Productivity 5  **Total 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**EDG (Edgefield FCI)**  **1001**  **Clerk - Template & ISO/QA**
**Evaluation Begin Date:** 10/1/2011  **Evaluation End Date:** 3/31/2012

**Comments:** Johnson was in the first group to return to duty after a brief factory lay-in (8/20 to 8/23) due to contract negotiations. Johnson assisted in the factory's ISO audit and was thereafter promoted to the Business Office as the template clerk and ISO clerk. He has shown extraordinary comprehension of the responsibilities assigned to him and it is believed that he was the perfect choice to fill these positions. Johnson was removed from piece-rate and given standard-pay starting 12/31/11. Staff feedback has shown that Johnson was the appropriate choice. It is recommended that he be given grades once he reaches minimum eligible longevity requirements.

Safety 5  Quality Assurance 5  Personal Conduct/Hygiene 5  Punctuality/Productivity 5  **Total 20**

Original - Stays with UNICOR                 FPI - 44

## UNICOR WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr. **Unit:** Charlie - 4 **Reg.#** 51933-083
**EDG (Edgefield FCI)** / INSTITUTIONAL CODE | **1001** / INDUSTRY CODE | **Clerk - Template & ISO/QA** / WORK ASSIGNMENT

**EVALUATION BEGIN DATE:** 4/1/2012  **EVALUATION END DATE:** 9/30/2012

Rating Scale: 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
There are no complaints regarding the performance of Johnson's work history over this past 6-month evaluation. Staff is reportedly pleased with Johnson's placement and it is agreed that he is more than competent in his obligations. It is recommended that Johnson be cross-trained to potentially fill other clerk positions. The current Production Clerk position will be vacated in 2 years. It is felt that Johnson would be the appropriate nominee for future assignment of those responsibilities due to the complexity of the position. Johnson's computer knowledge and organization skills have shown to be an asset to the operation of the factory and the administrative duties that he is entrusted with. His aptitude to learn and to be trained in challenging areas will permit administration to fill diverse positions that may otherwise be problematic.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

---

**Name:** Coleman Leake Johnson, Jr. **Reg.#** 51933-083
**EDG (Edgefield FCI)** | **1001** | **Clerk - Template & ISO/QA**

**EVALUATION BEGIN DATE:** 10/1/2012  **EVALUATION END DATE:** 3/31/2013

**Comments:**
It was brought to the attention of the Factory Manager that Johnson's participation in the recent ISO audit resulted in a favorable review, thus illuminating a audit return in 6 months. Johnson's drawings, QA records, and document control system was reportedly in superb ISO compliance. It was noticed by factory foremen that Johnson's new template color-coding system has proven to be very effective in eliminating the ongoing miss-match template issues due to the language barriers with the INS inmates. The factory's Quality has improved significantly which has enticed more proactive measures to be implemented in the QA Department. Mr. Johnson will be entrusted with the responsibility of continued improvement of the EDG Quality Assurance System under the supervision of quality management.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

Original - Stays with UNICOR   FPI - 44

---

## UNICOR WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr. **Unit:** Charlie - 4 **Reg.#** 51933-083
**EDG (Edgefield FCI)** | **1001** | **Business Office & QA**

**EVALUATION BEGIN DATE:** 4/1/2013  **EVALUATION END DATE:** 9/30/2013

**Comments:**
Inmate Coleman Johnson's UNICOR work performance exceeds expectations and it is recommended that an accelerated grade be granted and a performance bonus consideration. The factory's 3-day layin (7/23-7/25) permitted the opportunity for an aggressive audit thereby exposing the deficiencies and strengths of EDG. It was thereafter discovered that Johnson's areas of responsibility were particularly organized with a meticulous record accountability system in place. His electronic files are especially systematized for efficient record retrieval, function, and staff understanding. Mr. Barnes has given favorable feedback as to Johnson's ability to catch on in the cross-training for the Production clerical position. It is recommended that a follow-up evaluation for this position be conducted for Johnson's next review.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

---

**Name:** Coleman Leake Johnson, Jr. **Reg.#** 51933-083
**EDG (Edgefield FCI)** | **1001** | **Business Office & QA**

**EVALUATION BEGIN DATE:** 10/1/2013  **EVALUATION END DATE:** 3/31/2014

**Comments:**
Clerk Johnson's current review mimics his predecessor evaluations with the added accomplishment of being trained as the designated tool/die maker for the T-shirt press. He was trained by the machine manufacturer's technical support engineer and found to be competent for this added responsibility. Mr. Johnson's QA audit for the ISO review was satisfactory with no noncompliant areas of significance, and only one corrective action in his department was necessary. Overall review of Johnson's work performance remains high and favorable.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

Original - Stays with UNICOR   FPI - 44

---

## UNICOR WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr. **Unit:** Charlie - 4 **Reg.#** 51933-083
**EDG (Edgefield FCI)** | **1001** | **Business Office & QA**

**EVALUATION BEGIN DATE:** 4/1/2014  **EVALUATION END DATE:** 9/30/2014

**Comments:**
Inmate Johnson has displayed competence and trustworthiness with the addition of his new die-maker responsibilities. No known problems have arisen in regard to quality or accuracy in production. Johnson continues to participate in the Reasearch and Development of projected new product lines and prototypes, namely, the ammunition holsters, ballistic protection equipment, and FBI, and DEA vests. Production engineers from outside contractor "Point Blank" noted Johnson's helpfulness in creating the prototypes and determining the order of operations for the assembly line setup and processes. Johnson participated in the modifications to the manufacturing drawings for a functional assembly line to operate efficiently with maximum production. Johnson gave clerical support in drafting the work (assembly) instructions for that machine operators.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

---

**Name:** Coleman Leake Johnson, Jr. **Reg.#** 51933-083
**EDG (Edgefield FCI)** | **1001** | **Business Office & QA**

**EVALUATION BEGIN DATE:** 10/1/2014  **EVALUATION END DATE:** 3/31/2015

**Comments:**
This 6-month work evaluation of Inmate Johnson reports positive feedback from factory foremen. There was an injury on record. It appears that Johnson cut his right thumb and he admitted that he was in a hurry attempting to correct a malfunctioning machine guide that had bottle-necked the assembly line. There was no punitive incident report generated and no missed work time resulted. The accident did not qualify as OSHA recordable. Johnson's safety is rated at a "3" during this evaluation period while his work performance remains outstanding. His interaction with staff and his inmate co-workers is always on a professional level with a commendable amount of patience in training others.

Safety: 3  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 18**

Original - Stays with UNICOR   FPI - 44

---

## UNICOR WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr. **Unit:** Charlie - 4 **Reg.#** 51933-083
**EDG (Edgefield FCI)** | **1001** | **Business Office & QA**

**EVALUATION BEGIN DATE:** 4/1/2015  **EVALUATION END DATE:** 9/30/2015

**Comments:**
Johnson was scored the maximum of 20 points for this evaluation period. His accomplishments in the business office and on the assembly floor deserve recognition. Johnson was able to correct an issue with the snap installation machine which had been an ongoing hindrance that previously slowed production. After the modifications were set, Johnson amended the operator's instructions for compatibility to the factory's new procedures. Production improved significantly with no further complications or line shutdowns.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

---

**Name:** Coleman Leake Johnson, Jr. **Reg.#** 51933-083
**EDG (Edgefield FCI)** | **1001** | **Business Office & QA**

**EVALUATION BEGIN DATE:** 10/1/2015  **EVALUATION END DATE:** 1/16/2016

**Comments:**
This work performance of this employee exceeds satisfactory. It should be noted that Johnson played an instrumental role in the modifications to the cargo pocket design of the Gen-III military outer wear pant. The previous design had been a continued quality issue and a problematic and time consuming area in line assembly. Johnson's proposed revisions were sent to, and adopted by textile engineers at Customer Support. Remedial actions were implemented and Johnson wrote the new operator instructions and made the appropriate revisions to the drawings and templates for all Gen III sizes. Records indicate that Johnson's last day of employment at EDG UNICOR was January 16 due to an institutional transfer. I highly recommend Inmate Johnson for employment at the UNICOR at his designated institution.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

Original - Stays with UNICOR   FPI - 44

## unicor® WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr.  **Unit:** D-North  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 8/21/2017  **Evaluation End Date:** 9/30/2017

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

Inmate's Initials: CLJ
Supervisor's Initials

**Comments:**
Inmate Johnson was brought into the PEDC UNICOR factory as an unscheduled special hire on August 21 due to his skills and qualifications at USP Florence and FCI Edgefield. He was given a computer exam to test his proficiency level in the Microsoft suite currently used in the PEDC factory. Johnson easily passed the exams and is capable of building complex spreadsheets and writing advanced Excel formulas necessary in using, maintaining, and creating the spreadsheets necessary for the office operations at PEDC. Johnson's job duties include Payroll, Human Resources, Quality Control, and general bookkeeping. Due to policy Johnson's pay grade will start at (4), but it is expected to fast-track to advancements. The Administrative Clerk positions have the potential of the Premium rate.

Safety 5 | Quality Assurance 5 | Personal Conduct / Hygiene 5 | Punctuality / Productivity 5 | **Total 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 10/1/2017  **Evaluation End Date:** 3/31/2018

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
Johnson was promoted to Grade 3 on October 1, 2017 and has shown. Johnson seems to learn new skills with ease and appears to have the aptitude to cross-train in other areas. Johnson has great motivation and leadership skills. Johnson's performance is above average and this office is not disappointed with the decision of this hire.

Safety 5 | Quality Assurance 5 | Personal Conduct / Hygiene 5 | Punctuality / Productivity 5 | **Total 20**

Original - Stays with UNICOR    FPI - 44

---

## unicor® WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr.  **Unit:** D-North  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 4/1/2018  **Evaluation End Date:** 9/30/2018

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
There have been no complaints with C. Johnson's work performance. He was promoted from pay grade (3) to grade (2) on May 14th. Factory Manager McIntosh took notice to Johnson's organization and clerical skills and assigned him to lead the factory's preparation for Operations Review and Program Review. At McIntosh's request, Johnson built a spreadsheet to track inmate's excessive missed time for benefit qualification. On September 27th Johnson was awarded a $30.00 bonus for proactively retrieving "hard" contraband and returning it to staff. This act demonstrated strong work ethics and a great attitude with both staff and other inmates. Johnson was promoted to a pay grade (1) on September 4th. After proving to be a competent and reliable clerk.

Safety 5 | Quality Assurance 5 | Personal Conduct / Hygiene 5 | Punctuality / Productivity 5 | **Total 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 10/1/2018  **Evaluation End Date:** 3/31/2019

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
On December 19, 2018, Factory Manager McIntosh awarded C. Johnson a $25.00 Special Achievement Award for outstanding work performance and dependability (see UNICOR inmate file). On January 29, 2019, Factory Manager McIntosh awarded C. Johnson a $100.00 bonus noting: "This payroll clerk has been extraordinarily instrumental in the everyday operation here at the Distribution Center. He has been extremely dependable, worked closely with staff, and have always gone above and beyond what would be expected of him to ensure that the UNICOR Distribution Center runs as efficiently as possible. He has consistently maintained a professional level of performance in his duties and responsibilities."
This inmate will additionally be responsible for maintaing the the vacation vacation requests and PEDC Document Control.

Safety 5 | Quality Assurance 5 | Personal Conduct / Hygiene 5 | Punctuality / Productivity 5 | **Total 20**

Original - Stays with UNICOR    FPI - 44

---

## unicor® WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr.  **Unit:** D-North  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 4/1/2019  **Evaluation End Date:** 9/30/2019

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
Inmate C. Johnson continues to maintain strong work ethics and sets a positive example for his peers. Johnson is extremely motivated and great leadership material. He has been extraordinarily successful in developing complex spreadsheets and systems for corporate record keeping, QA tracking, human resources and payroll operations. Johnson was extremely influential to the factory's impressive scores for Program Review this past July. His contributions are very much appreciated. On May 8, 2019, Factory Manager Ms. Ward granted a $20.00 achievement award to inmate Johnson for proactively retrieving "hard" contraband and handing it over to staff assuring the safety of inmate population and staff and safe operation of the institution (see file).

Safety 5 | Quality Assurance 5 | Personal Conduct / Hygiene 5 | Punctuality / Productivity 5 | **Total 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 10/1/2019  **Evaluation End Date:** 3/31/2020

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
Clerk Johnson has been a great employee and staff has no negative issues with his work performance, attitude, or interaction with fellow workers. This office encourages any opportunity for Johnson's advancement and/or any additional cross-training that would provide a chance to further broaden his responsibilities and capabilities. There were no negative employment issues with this inmate during the last evaluation period. On 3/3, Foreman Mr. R. Daye successfully awarded inmate Johnson with a $20.00 achievement award for outstanding work performance (see admin. file).

Safety 5 | Quality Assurance 5 | Personal Conduct / Hygiene 5 | Punctuality / Productivity 5 | **Total 20**

Original - Stays with UNICOR    FPI - 44

---

## unicor® WORK PERFORMANCE EVALUATION RECORD

**Name:** Coleman Leake Johnson, Jr.  **Unit:** D-North  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 4/1/2020  **Evaluation End Date:** 9/30/2020

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
Inmate was one of 5 employees chosen to work the factory after laying in 273 workers in early April due to CDC guidelines for Covid-19. Office activities continued while Johnson was also an active participant in manufacturing the administrative hygiene kits to be sold to other institutions throughout the BOP during this ongoing pandemic. On August 6, a monetary achievement award of $40.00 was given to Johnson for his reliability and impressive work performance. The June Operations Review was a success and inmates Johnson and Atwood both played a major role in those accomplishments. Both inmates displayed the perfect example of positive teamwork.

Safety 5 | Quality Assurance 5 | Personal Conduct / Hygiene 5 | Punctuality / Productivity 5 | **Total 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 10/1/2020  **Evaluation End Date:** 12/15/2020

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:**
On 12/15 inmate Johnson asked for an updated work evaluation history of his UNICOR career. The record reflects 123-month accumulated longevity with an impressive employment history in UNICOR at three different institutions. There is no history of missed time, safety, or disciplinary discrepancies. In fact, this inmate has never used his vacation time and elected to instead let it cash in. The record reveals quite a diverse range of training and capabilities at other institutions which appears to be consistent with his varied responsibilities and accomplishments here at the PEDC factory. I would highly recommend Johnson for employment and find him employable in a wide range of professions.

Safety 5 | Quality Assurance 5 | Personal Conduct / Hygiene 5 | Punctuality / Productivity 5 | **Total 20**

Original - Stays with UNICOR    FPI - 44

## WORK PERFORMANCE EVALUATION RECORD (unicor)

**Name:** Coleman Leake Johnson, Jr.  **Unit:** D-North  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 12/16/2020  **Evaluation End Date:** 3/31/2021

**Rating Scale:** 1 = Much Worse Than Average  2 = Worse Than Average  3 = Average  4 = Better Than Average  5 = Much Better Than Average

**Comments:** Johnson's inmate worker file indicates that he earned a Special Achievement award in the amount of $75.00 on 03/16/21 for retrieving/ing "Hard Contraband." Johnson was promoted to a PREMIUM pay grade scoring (47) on the Premium Pay Industrial Inmate Program worksheet evaluated in the areas of: "Knowledge," "Leadership," "Initiative," "Past Performance," and "Attitude." Johnson's pay increase was effective 04/02/21. During this evaluation period, assembled an Operational Procedure Manual for the factory's new Vecoplan shredder. Staff reports positive feedback as to this worker's overall work performance.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:**

**Evaluation Begin Date:** 4/1/2021  **Evaluation End Date:** 9/30/2021

**Comments:** At the conclusion of this evaluation period there are no complaints or any other negative issues with this worker. The record does reflect an ongoing trend of dependability and value to the factory. Johnson had demonstrated an interest in the Production Operations side of UNICOR. Due to Jonson's commendable disciplinary history and no known involvement in threat groups, he is recommended for further cross-training. It appears that he has maintained his electronic files in an extremely organized and efficient manner. He was awarded a $40.00 performance bonus on 8/6/20.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

Original - Stays with UNICOR        FPI - 44

---

## WORK PERFORMANCE EVALUATION RECORD (unicor)

**Name:** Coleman Leake Johnson, Jr.  **Unit:** D-North  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001  **Work Assignment:** Business Office & QA

**Evaluation Begin Date:** 10/1/2021  **Evaluation End Date:** 3/31/2022

**Comments:** This evaluation period finds no complaints in the work performance of this inmate. Johnson's file contains numerous monitary bonuses for both work performance and retreival of hard contraband. The factory manager announced the upcoming training program for the SAP manufacturing program and Johnson is enrolled and currently a licenced inmate user. This inmate has proven to be the perfect example of what UNICOR needs in a employee and I recommend that he remain in his current position of responsibility and skill.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

---

**Name:** Coleman Leake Johnson, Jr.  **Reg.#** 51933-083
**Institutional Code:** PEM Petersburg - Medium  **Industry Code:** 1001

**Evaluation Begin Date:** 4/1/2022  **Evaluation End Date:** 9/30/2022

**Comments:** This evaluation period closes at the conclusion of the fiscal year. Johnson's Fiscal Year Data sheets have been 100% accurate in Production and his QA files remain current and prepared for Program Review. Staff finds no negative issues with this worker and suggests that he remain in his current position. Johnson has proven to be the valued choice as a clerk trainer with inmate D. Waters and has worked closely in preparing inmates that are releasing to society. Staff recommends a score of 20 points.

Safety: 5  Quality Assurance: 5  Personal Conduct/Hygiene: 5  Punctuality/Productivity: 5  **Total: 20**

Original - Stays with UNICOR        FPI - 44

---

## Recommendation for Special Achievement Award

**Inmate's Name:** Johnson, Coleman  **Reg. No.** 51933-083
**Current Job Position & Assignment:** Payroll Clerk  **Location:** PEDC – MED
**Pay Grade:** 1  **How Long:** 13 Months
**Time in FCI Petersburg UNICOR:** 13 Months  **RE:** C-18-09-08
**Supervisor's Name:** C. Ward, Factory Foreman  **Date:** September 27, 2018

**Basis for Recommendation:** This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for thirty dollars.

$ Amount of Award Recommended: **$30.00**

Awards Committee: _____  _____
Awards Committee Recommendation: [X] Yes  [ ] No

★★★★★★★★★★★★★★★★★★★★★★★★★

### Department Head Review and Recommendation

Signature: _____  Date: 9-27-2018
[X] Approved  [ ] Denied
Proposed Amount: _____  Funds Available: [ ] Yes  [ ] No
Comments:

★★★★★★★★★★★★★★★★★★★★★★★★★

**PEDC UNICOR FACTORY MANGER**
[X] Approved  Amount of Award $ 30.00
[ ] Denied  Signature: _____
Mr. J. McIntosh, Factory Mgr.

---

## Recommendation for Special Achievement Award

**Inmate's Name:** Johnson, Coleman  **Reg. No.** 51933-083
**Current Job Position & Assignment:** Payroll Clerk  **Location:** PEDC – MED
**Pay Grade:** 1  **How Long:** 16 Months
**Time in FCI Petersburg UNICOR:** 16 Months  **RE:** BONUS
**Supervisor's Name:** E. Ward, Factory Foreman  **Date:** December 19, 2018

**Basis for Recommendation:** This payroll clerk has been extraordinarily instrumental in the everyday operation here at the Distribution Center. He has been extremely dependable, worked closely with the staff, and have always gone above and beyond what would be expected of him to ensure that the UNICOR Distribution Center runs as efficiently as possible. He has consistently maintained a professional level of performance in his duties and responsibilities. Therefore, I strongly recommend he be considered for and receive a one time monetary bonus for $25.00.

$ Amount of Award Recommended: **$25.00**

Awards Committee: _____  _____
Awards Committee Recommendation: [✓] Yes  [ ] No

★★★★★★★★★★★★★★★★★★★★★★★★★

### Department Head Review and Recommendation

Signature: _____  Date: 12/19/18
[✓] Approved  [ ] Denied
Proposed Amount: _____  Funds Available: [ ] Yes  [ ] No
Comments:

★★★★★★★★★★★★★★★★★★★★★★★★★

**PEDC UNICOR FACTORY MANGER**
[✓] Approved  Amount of Award $ 25.00
[ ] Denied  Signature: _____
Mr. J. McIntosh, Factory Mgr.

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman  
Reg. No. 51933-083  
Current Job Position & Assignment: Payroll Clerk  
Location: PEDC – MED  
Pay Grade: 1  
How Long: 17 Months  
Time in FCI Petersburg UNICOR: 17 Months  
RE: BONUS  
Supervisor's Name: E. Ward, Factory Foreman  
Date: January 29, 2019  

Basis for Recommendation: This payroll clerk has been extraordinarily instrumental in the everyday operation here at the Distribution Center. He has been extremely dependable, worked closely with the staff, and have always gone above and beyond what would be expected of him to ensure that the UNICOR Distribution Center runs as efficiently as possible. He has consistently maintained a professional level of performance in his duties and responsibilities. Therefore, I strongly recommend he be considered for and receive a one time monetary bonus for $100.00.

$ Amount of Award Recommended: $100.00

Awards Committee: _____  
Awards Committee Recommendation: [X] Yes [ ] No

★★★★★★★★★★★★★★★★★★★★★★★★★  
**Department Head Review and Recommendation**

Signature: _____ Date: 1-29-2019  
[X] Approved [ ] Denied:  
Proposed Amount: _____ Funds Available: [ ] Yes [ ] No  
Comments: _____

★★★★★★★★★★★★★★★★★★★★★★★★★  
PEDC UNICOR FACTORY MANGER  
[X] Approved  Amount of Award $ 100.00  
[ ] Denied  Signature: _____  
Mr. J. McIntosh, Factory Mgr.

---

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman  
Reg. No. 51933-083  
Current Job Position & Assignment: Payroll Clerk  
Location: PEDC – MED  
Pay Grade: 1  
How Long: 21 Months  
Time in FCI Petersburg UNICOR: 21 Months  
RE: C-19-05-09  
Supervisor's Name: C. Ward, Factory Foreman  
Date: May 03, 2019  

Basis for Recommendation: This inmate was proactive at retrieving "hard" contraband and turning it to staff, thus contributing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for thirty-five dollars.

$ Amount of Award Recommended: $35.00

Awards Committee: _____  
Awards Committee Recommendation: [X] Yes [ ] No

★★★★★★★★★★★★★★★★★★★★★★★★★  
PEDC UNICOR FACTORY MANGER  
[X] Approved  Amount of Award $ 35.00  
[ ] Denied  Signature: _____  
Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★★  
**Department Head Review and Recommendation**

Signature: _____ Date: 5/9  
M. Danzey, Operations Mgr.  
[X] Approved [ ] Denied:  
Proposed Amount: $20.00  Funds Available: [X] Yes [ ] No  
Comments: _____

---

## Recommendation for Special Achievement Award

Inmate's Name: JOHNSON, COLEMAN  
Reg. No. 51933-083  
Current Job Position & Assignment: Pay Roll Clerk  
Location: PEDC – MED  
Pay Grade:  
How Long: 149 Months  
Time in FCI Petersburg UNICOR: 31 Months  
RE: BONUS  
Supervisor's Name: R. Dave, Factory Foreman  
Date: 3/3/20  

Basis for Recommendation: This inmate is a Pay Roll Clerk. This award is based on the inmate's duties and responsibilities and is instrumental in the everyday operation for production. He has been extremely dependable, worked closely with the staff, and has always gone above and beyond what would be expected of him to ensure that the Distribution Center runs as efficiently as possible. He has consistently maintained a professional level of performance in his duties and responsibilities. Therefore, I strongly recommend he be considered for and receive a one time monetary bonus for $20.00.

$ Amount of Award Recommended: $20.00

Awards Committee: _____  
Awards Committee Recommendation: [X] Yes [ ] No

★★★★★★★★★★★★★★★★★★★★★★★★★  
PEDC UNICOR FACTORY MANGER  
[X] Approved  Amount of Award $ 20.00  
[ ] Denied  Signature: _____  
Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★★  
**Department Head Review and Recommendation**

Signature: _____ Date: 3/9/2020  
M. Danzey, Operations Mgr.  
[X] Approved [ ] Denied:  
Proposed Amount: _____ Funds Available: [X] Yes [ ] No  
Comments: _____

---

## Recommendation for Special Achievement Award

Inmate's Name: JOHNSON, COLEMAN  
Reg. No. 51933-083  
Current Job Position & Assignment: Pay Roll Clerk  
Location: PEDC – MED  
Pay Grade:  
How Long: 149 Months  
Time in FCI Petersburg UNICOR: 31 Months  
RE: BONUS  
Supervisor's Name: C. Ward, Factory Foreman  
Date: 8/6/20  

Basis for Recommendation: This inmate is a Pay Roll Clerk. This award is based on the inmate's duties and responsibilities and is instrumental in the everyday operation for production. He has been extremely dependable, worked closely with the staff, and has always gone above and beyond what would be expected of him to ensure that the Distribution Center runs as efficiently as possible. He has consistently maintained a professional level of performance in his duties and responsibilities. Therefore, I strongly recommend he be considered for and receive a one time monetary bonus for $20.00.

$ Amount of Award Recommended: $40.00

Awards Committee: _____  
Awards Committee Recommendation: [X] Yes [ ] No

★★★★★★★★★★★★★★★★★★★★★★★★★  
PEDC UNICOR FACTORY MANGER  
[X] Approved  Amount of Award $ 40.00  
[ ] Denied  Signature: _____  
Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★★  
**Department Head Review and Recommendation**

Signature: _____ Date: 8/7/2020  
M. Danzey, Operations Mgr.  
[X] Approved [ ] Denied:  
Proposed Amount: _____ Funds Available: [ ] Yes [ ] No  
Comments: _____

## Recommendation for Special Achievement Award

Inmate's Name: Coleman leake Johnson, Jr.   Reg. No. 51933-083
Current Job Position & Assignment: CLERK   Location: PEDC – MED
Pay Grade: 0   How Long: 141 Months
Time in FCI Petersburg UNICOR: 141 Months   RE: BONUS
Supervisor's Name: R. Dave, Factory Foreman   Date: February 23, 2022

**Basis for Recommendation:** This inmate is a Payroll Clerk, whose work in the factory has been nothing short of exemplary for the nearly five years he has worked at the PEDC Factory. He has always been extremely dependable, worked closely with the staff, and has gone above and beyond what would be expected of him to ensure that the Distribution Center runs as efficiently as possible. This award is based on inmate Johnson going above and beyond, once again, by stepping up while a co-worker was unavailable to ensure that not only his job was getting done, but also working diligently to ensure that his co-workers job was getting done as well. Therefore, I strongly recommend that inmate Johnson be considered for and receive a one-time monetary bonus award for seventy-five dollars.

$ Amount of Award Recommended: $75.00   "50"
Awards Committee: [signatures]
Awards Committee Recommendation: ☑ Yes ☐ No

★★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANAGER
☐ Approved   Amount of Award $ 75.00   See below
☐ Denied   Signature: [signature] Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★
**Department Head Review and Recommendation**
Signature: [signature] M.R. Danzey, Senior Operations Mgr.   Date: 2/24/22
☑ Approved ☐ Denied
Proposed Amount: $50.00   Funds Available: ☑ Yes ☐ No
Comments: [signature]

---

U.S Department of Justice
Federal Prison Industries
Federal Correctional Institute
Petersburg, Virginia 23803

### PREMIUM PAY INDUSTRIAL INMATE PROGRAM

REGISTER # 51933-083

1. INSTITUTION: FCC PETERSBURG--MEDIUM
2. NAME OF CANDIDATE: JOHNSON, COLEMAN
3. DEPARTMENT: UNICOR   POSITION: PAYROLL CLERK

#### RATING FOR PREMIUM PAY

| CATEGORY | POINTS (1-10) |
|---|---|
| KNOWLEDGE | 9 |
| LEADERSHIP ABILITY | 9 |
| INITIATIVE | 10 |
| PAST PERFORMANCE | 9 |
| POSITIVE ATTITUDE | 10 |
| TOTAL | 47 |

4. ADD ANY OTHER DISTINGUISHING FACTORS OTHER THAN THOSE LISTED ABOVE WHICH SHOULD BE CONSIDERED IN RATING IN RATING THIS WORKER'S CANDIDACY BELOW:

5. CERTIFICATION OF INFORMATION:
Inmate Johnson has been extremely dependable, worked closely with staff and has always gone above and beyond what would be expected of him to ensure that the UNICOR Distribution Center runs as efficiently as possible. He has consistently maintained a professional level of performance in his duties and responsibilities.

[signature] Supervisor   [signature] Department Head   DATE: APRIL 02, 2021

6. CANDIDATE WAS SELECTED: ✓   WAS NOT SELECTED: ___   DATE: 4-2-21

---

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman   Reg. No. 51933-083
Current Job Position & Assignment: Payroll Clerk   Location: PEDC – MED
Pay Grade: 1   How Long: 130 Months
Time in FCI Petersburg UNICOR: 43 Months   RE: C-20-12-02
Supervisor's Name: C. Ward, Factory Foreman   Date: March 16, 2021

**Basis for Recommendation:** This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for seventy five dollars.

$ Amount of Award Recommended: $75.00
Awards Committee: [signatures]
Awards Committee Recommendation: ☑ Yes ☐ No

★★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
☑ Approved   Amount of Award $ 75.00
☐ Denied   Signature: [signature] Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★
**Department Head Review and Recommendation**
Signature: [signature] M. Danzey, Operations Mgr.   Date: 3/17/2021
☐ Approved ☐ Denied
Proposed Amount: _____   Funds Available: ☐ Yes ☐ No
Comments:

---

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman   Reg. No 51933-083
Current Job Position & Assignment: SORTER   Location: PEDC – MED.
Pay Grade: 1   How Long: 132 Months
Time in FCI Petersburg UNICOR: 45 Months   RE: C-21-04-04
Supervisor's Name: C. Ward, Factory Foreman   Date: May 06, 2021

**Basis for Recommendation:** This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for twenty five dollars.

$ Amount of Award Recommended: $25.00
Awards Committee: [signatures]
Awards Committee Recommendation: ☑ Yes ☐ No

★★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
☑ Approved   Amount of Award $ 25.00
☐ Denied   Signature: [signature] Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★
**Department Head Review and Recommendation**
Signature: [signature] M. Danzey, Operations Mgr.   Date: 5/6/21
☑ Approved ☐ Denied ✓
Proposed Amount: _____   Funds Available: ☐ Yes ☐ No
Comments:

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman  Reg. No 51933-083
Current Job Position & Assignment: SORTER  Location: PEDC – MED.
Pay Grade: 1  How Long: 133 Months
Time in FCI Petersburg UNICOR: 46 Months  RE: C-21-05-01
Supervisor's Name: C. Ward, Factory Foreman  Date: JUNE 09, 2021

Basis for Recommendation: This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for twenty five dollars.

$ Amount of Award Recommended: $25.00
Awards Committee: [signatures]
Awards Committee Recommendation: ☑ Yes ☐ No

★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
☑ Approved   Amount of Award $ 25.00
☐ Denied   Signature: [signature] Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★
Department Head Review and Recommendation
Signature: [signature] Date: 6/14/2021
M. Danzey, Operations Mgr.
☑ Approved ☐ Denied
Proposed Amount: _____ Funds Available: ☐ Yes ☐ No
Comments: _____

---

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman ✓  Reg. No 51933-083 ✓
Current Job Position & Assignment: SORTER  Location: PEDC – MED.
Pay Grade: 1  How Long: 134 Months
Time in FCI Petersburg UNICOR: 47 Months ✓  RE: C-21-06-01
Supervisor's Name: C. Ward, Factory Foreman  Date: JULY 09, 2021

Basis for Recommendation: This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for twenty five dollars.

$ Amount of Award Recommended: $25.00
Awards Committee: [signatures]
Awards Committee Recommendation: ☑ Yes ☐ No

★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
☑ Approved   Amount of Award $ 25.00
☐ Denied   Signature: [signature] Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★
Department Head Review and Recommendation
Signature: [signature] Date: 7/19/2021
M. Danzey, Operations Mgr.
☑ Approved ☐ Denied
Proposed Amount: _____ Funds Available: ☐ Yes ☐ No
Comments: 07-30-2021

---

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman  Reg. No 51933-083
Current Job Position & Assignment: CLERK  Location: PEDC – MED.
Pay Grade: 1  How Long: 135 Months
Time in FCI Petersburg UNICOR: 48 Months  RE: C-21-07-01
Supervisor's Name: R. Daye, Factory Foreman  Date: AUGUST 02, 2021

Basis for Recommendation: This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for twenty five dollars.

$ Amount of Award Recommended: $25.00
Awards Committee: [signatures]
Awards Committee Recommendation: ☑ Yes ☐ No

★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
☑ Approved   Amount of Award $ 25.00
☐ Denied   Signature: [signature] Mr. C. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★
Department Head Review and Recommendation
Signature: [signature] Date: 8/20/2021
M. Danzey, Operations Mgr.
☑ Approved ☐ Denied
Proposed Amount: _____ Funds Available: ☐ Yes ☐ No
Comments: _____

---

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman  Reg. No 51933-083
Current Job Position & Assignment: CLERK  Location: PEDC – MED.
Pay Grade: 1  How Long: 137 Months
Time in FCI Petersburg UNICOR: 50 Months  RE: C-21-10-04
Supervisor's Name: C. Ward, Factory Foreman  Date: OCTOBER 19, 2021

Basis for Recommendation: This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for fifty dollars.

$ Amount of Award Recommended: $50.00
Awards Committee: [signatures]
Awards Committee Recommendation: ☑ Yes ☐ No

★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
☑ Approved   Amount of Award $ 50.00
☐ Denied   Signature: [signature] Mrs. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★
Department Head Review and Recommendation
Signature: [signature] Date: 10/20/2021
M. Danzey, Operations Mgr.
☑ Approved ☐ Denied
Proposed Amount: _____ Funds Available: ☐ Yes ☐ No
Comments: _____

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman                Reg. No 51933-083
Current Job Position & Assignment: CLERK       Location: PEDC – MED.
Pay Grade: 1                                   How Long: 139 Months
Time in FCI Petersburg UNICOR: 52 Months       RE: C-21-11-04
Supervisor's Name: C. Ward, Factory Foreman    Date: DECEMBER 9, 2021

**Basis for Recommendation:** This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for fifty dollars.

$ Amount of Award Recommended: $50.00

Awards Committee: [signatures]
Awards Committee Recommendation: ✓ Yes  ☐ No

★★★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
✓ Approved    Amount of Award $ 50.00
☐ Denied      Signature: Mrs. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★★
Department Head Review and Recommendation
Signature: M.R. Danzey, Operations Mgr.    Date: 12/9/2021
✓ Approved   ☐ Denied
Proposed Amount: _____   Funds Available: ☐ Yes ☐ No
Comments:

---

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman                Reg. No 51933-083
Current Job Position & Assignment: CLERK       Location: PEDC – MED.
Pay Grade: 1                                   How Long: 140 Months
Time in FCI Petersburg UNICOR: 53 Months       RE: C-22-1-04
Supervisor's Name: C. Ward, Factory Foreman    Date: JANUARY 13, 2022

**Basis for Recommendation:** This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for twenty five dollars.

$ Amount of Award Recommended: $25.00

Awards Committee: [signatures]
Awards Committee Recommendation: ✓ Yes  ☐ No

★★★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
✓ Approved    Amount of Award $ 25.00
☐ Denied      Signature: Mrs. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★★
Department Head Review and Recommendation
Signature: M.R. Danzey, Senior Operations Mgr.    Date: 1/14/22
✓ Approved   ☐ Denied
Proposed Amount: _____   Funds Available: ☐ Yes ☐ No
Comments:

---

## Recommendation for Special Achievement Award

Inmate's Name: Coleman Leake Johnson, Jr.      Reg. No. 51933-083
Current Job Position & Assignment: CLERK       Location: PEDC – MED
Pay Grade: 0                                   How Long: 141 Months
Time in FCI Petersburg UNICOR: 141 Months      RE: BONUS
Supervisor's Name: R. Dave, Factory Foreman    Date: February 23, 2022

**Basis for Recommendation:** This inmate is a Payroll Clerk, whose work in the factory has been nothing short of exemplary for the nearly five years he has worked at the PEDC Factory. He has always been extremely dependable, worked closely with the staff, and has gone above and beyond what would be expected of him to ensure that the Distribution Center runs as efficiently as possible. This award is based on Inmate Johnson going above and beyond, once again, by stepping up while a co-worker was unavailable to ensure that not only his job was getting done, but also working diligently to ensure that his co-workers job was getting done as well. Therefore, I strongly recommend that inmate Johnson be considered for and receive a one-time monetary bonus award for seventy-five dollars.

$ Amount of Award Recommended: $75.00

Awards Committee: [signatures]
Awards Committee Recommendation: ✓ Yes  ☐ No

★★★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANAGER
☐ Approved    Amount of Award $ 75.00  See below
☐ Denied      Signature: Ms. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★★
Department Head Review and Recommendation
Signature: M.R. Danzey, Senior Operations Mgr.    Date: 2/24/22
✓ Approved   ☐ Denied
Proposed Amount: $50.00   Funds Available: ✓ Yes ☐ No
Comments:

---

## Recommendation for Special Achievement Award

Inmate's Name: Johnson, Coleman                Reg. No 51933-083
Current Job Position & Assignment: CLERK       Location: PEDC – MED.
Pay Grade: 1                                   How Long: 142 Months
Time in FCI Petersburg UNICOR: 55 Months       RE: C-22-3-01
Supervisor's Name: T. Jones, Factory Foreman   Date: MARCH 24, 2022

**Basis for Recommendation:** This inmate was proactive at retrieving "hard" contraband and returning it to staff, thus continuing to ensure the safety and security of the factory and the institution. Inmate Johnson consistently demonstrates a strong work ethic and great attitude with both staff and other inmates. For this reason, I am strongly recommending that Inmate Johnson be considered for and receive a one time monetary bonus award for twenty five dollars.

$ Amount of Award Recommended: $25.00

Awards Committee: [signatures]
Awards Committee Recommendation: ✓ Yes  ☐ No

★★★★★★★★★★★★★★★★★★★★★★★★★
PEDC UNICOR FACTORY MANGER
✓ Approved    Amount of Award $ 25.00
☐ Denied      Signature: Mrs. E. Ward, Factory Mgr.

★★★★★★★★★★★★★★★★★★★★★★★★★
Department Head Review and Recommendation
Signature: M.R. Danzey, Senior Operations Mgr.    Date: 3/28/22
✓ Approved   ☐ Denied
Proposed Amount: _____   Funds Available: ☐ Yes ☐ No
Comments: