

**Pueblo Community College**

## *OFFICE OF THE REGISTRAR*

February 16, 2007

Coleman Leake Johnson Jr.
144 Wythe Parkway
Hampton, VA 23661

Dear Mr. Johnson:

Congratulations! You have reached your academic objective and Pueblo Community College is proud to present you with your well-deserved Certificate of Completion, which is enclosed.

You will receive a diploma cover at the commencement ceremony on May 4. If you do not plan to attend, you may pick up a cover in the Records Office, located in the College Center, Room 224, by simply presenting this letter.

On behalf of the faculty and staff at Pueblo Community College, may I take this opportunity to wish you the best with your future.

Sincerely,

*Mary L Santoro*
Mary L. Santoro
Registrar

lla

Enclosure

PUEBLO CAMPUS
900 West Orman Avenue
Pueblo, CO 81004
719.549.3200

FREMONT CAMPUS
51320 West Highway 50
Cañon City, CO 81212
719.296.6100

SOUTHWEST CENTER
701 Camino del Rio
Durango, CO 81301
970.247.2929

Toll Free 888.642.6017 | Visit www.pueblocc.edu

NAME: LEMAN LEAKE JOHNSON
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
BIRTH DATE: 09-01-71
STUDENT NUMBER



900 West Orman Avenue
Pueblo, CO 81004
FICE # 021163
(719) 549-3016

| COURSE I.D. | COURSE TITLE | GRADE | CREDIT HOURS | QUAL POINTS | COURSE I.D. | COURSE TITLE | GRADE | CREDIT HOURS | QUAL POINTS |
|---|---|---|---|---|---|---|---|---|---|

Official Undergraduate Academic Record

Current Academic Program:
Business and Technologies
  CERTIFICATE
    Major: BUSINESS MANAGEMENT

------------------------SPRING 2006------------------------

| ACC -101 | FUNDS OF ACCOUNTING | B | 3.00 | 9.00 |
| ACC -103 | FUNDS OF ACCOUNTING LAB | B | 1.00 | 3.00 |
| ACC -115 | PAYROLL ACCOUNTING | A | 3.00 | 12.00 |
| BTE -125 | RECORDS MANAGEMENT | A | 3.00 | 12.00 |
| BUS -115 | INTRO TO BUSINESS | A | 3.00 | 12.00 |

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 13.00 | 13.00 | 13.00 | 48.00 | 3.692 |
| Cumulative | 13.00 | 13.00 | 13.00 | 48.00 | 3.692 |

------------------------SUMMER 2006------------------------

| ENG -113 | BUSINESS ENGLISH | A | 3.00 | 12.00 |
| MAN -128 | HUMAN RELATIONS IN ORGANIZATNS | A | 3.00 | 12.00 |
| MAN -200 | HUMAN RESOURCE MANAGEMENT I | B | 3.00 | 9.00 |
| MAT -112 | FINANCIAL MATHEMATICS | A | 3.00 | 12.00 |

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 12.00 | 12.00 | 12.00 | 45.00 | 3.750 |
| Cumulative | 25.00 | 25.00 | 25.00 | 93.00 | 3.720 |

---------END OF Undergraduate Academic Record---------



12-04-06

COLEMAN LEAKE JOHNSON JR.      PAGE 1 OF 1
51933-083
U.S.P. FLORENCE
PO BOX 7000
FLORENCE, CO    812267000

# Pueblo Community College

Certifies That

## Coleman Leake Johnson Jr.

has satisfactorily completed a course of study prescribed for the

### Business Management

### Certificate

Awarded by the State Board for Community Colleges and Occupational Education
Upon the recommendation of the faculty
In testimony thereof we have affixed our signatures.

December 16, 2006
Date

Barbara M'Kellar
Chair
State Board for Community Colleges
& Occupational Education

President
Pueblo Community College

President
Colorado Community College System



| Course Description | Clock Hours | Completion Date | Grade |
|---|---|---|---|
| 0809 - Electric Motor Controls | 72 | 10/29/2004 | B |
| 1304 - Plumbing Design And Install. | 72 | 10/24/2006 | A |