The FCI-Beckley BRAVE Program certifies to all that

# COLEMAN JOHNSON

has successfully completed the requirements for graduation from the FCI-Beckley Responsibility and Values Enhancement Program, with Cohort Thirty-One on June 21, 2002.

*Patti Butterfield, Ph.D., BRAVE Coordinator*

The BRAVE Program is a six month residential program encouraging the development of positive, pro-social values. The BRAVE Program is based on the belief that individuals have the power to change and grow, even in the darkest of circumstances.

## THE BRAVE PROGRAM

The FCI-Beckley Responsibility and Values Enhancement (BRAVE) Program is a pilot project of the Federal Bureau of Prisons. The BRAVE Program is a unit-based, residential program with three primary objectives (1) stressing the development of positive, pro-social values, such as honesty, respect, responsibility and tolerance; (2) teaching participants to "stop and think" before engaging in inappropriate behaviors with negative consequences; and (3) encouraging participants to develop a plan for the future, both within the federal prison system and upon their release to community. The Program serves newly committed, young offenders facing lengthy terms of incarceration in the Federal Bureau of Prisons. Criteria for admission to the BRAVE Program are as follows: (1) new commitment, (2) thirty-two years of age or younger, and (3) sentence of five years or more.

The BRAVE Program is a voluntary, six month, half-day program. Participants attend classes half of the day, and, work a job assignment half of the day. Classes cover a variety of topics, such as: Pro-Social Values, Communication Skills, Current Events, Cognitive Skills, Victim Impact, Relapse Prevention, Peer Influences, Anger Management, Prison Policy, Criminal Lifestyle Confrontation, Wellness, and Drug Education. Participants are required to complete homework assignments, pass written examinations, and participate in class discussions.

### Verification of Participation

Inmate Coleman Johnson began BRAVE group 31 on December 28, 2001 and graduated June 21, 2002. He was rated overall as an average participant.

_____    6-21-02
C. Green                           Date
BRAVE Treatment Specialist