**Bureau of Prisons** - **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**General Administrative Note**

| Inmate Name: | JOHNSON, COLEMAN LEAKE JR | | | | Reg #: | 51933-083 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/01/1971 | Sex: | M | Facility: PEM | Unit Team: | 1 GP |
| Date: | 05/04/2023 14:07 | Provider: | Hahn, A. Psy.D. Staff | | | |

**Comments**

Inmate Johnson has been a member of the PEM Suicide Companion Program since 8/22/2022. Members of the suicide companion are selected and trained by Psychology Services staff to watch inmates who are currently on suicide observation. Cadre members are used to observe the potentially suicidal inmate and are instructed to immediately inform staff if the suicidal inmate's actions are inappropriate (i.e., engages in self-harm behaviors while on observation). Job duties include: maintaining constant visual observation of the inmate currently on suicide observation, reporting observations in the logbook at least every 15 minutes and documenting significant events, reporting any routine issues, reporting emergencies immediately, and talking with the inmates on suicide observation.

Completed by Hahn, A. Psy.D. Staff Psychologist on 05/04/2023 14:09



# SUICIDE WATCH CADRE SHIFTS

3:30AM – 7:30AM
7:30AM – 11:30AM
11:30AM – 3:30PM
3:30PM – 7:30PM
7:30PM – 11:30PM
11:30PM – 3:30AM

Cadre **ONLY** report to their scheduled shift unless otherwise noted.
Cadre are **ONLY** to work 1 shift in a 24-hour period.