IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

*FILED IN OPEN COURT*
*DATE: 25 May 2001*
*Mary J. Thurman*
*DEPUTY CLERK*

UNITED STATES OF AMERICA,          )
                                   )
v.                                 )
                                   )    Criminal No. 3:00CR00026
COLEMAN LEAKE JOHNSON, JR.,        )
                                   )
        Defendant.

## DECISION FORM E

We, the jury, having considered and evaluated the evidence presented in light of the instructions of the Court, do not unanimously find that the aggravating factors proved in this case so outweigh the mitigating factors that justice mandates a sentence of death. We, therefore, return a decision that Coleman Leake Johnson, Jr. not be sentenced to death. We also do not unanimously find that Coleman Leake Johnson, Jr. should be sentenced to life imprisonment without possibility of release. We do unanimously vote to allow the judge to sentence Coleman Leake Johnson, Jr. to a term of imprisonment of life imprisonment without possibility of release.

*Sandra J. Merrick*
FOREPERSON

May 25, 2001