







**CERTIFICATE OF**

# Achievement

PRESENTED TO

*Coleman Johnson*

This 16ᵗʰ day of November 2006
In recognition for completing the
Pueblo Community College
Business Management Program
USP Florence, Colorado

11-16-06
DATE

J. BELLANTONI, SUPERVISOR OF EDUCATION

---

## *Certificate of Achievement*

awarded to:

## Coleman Johnson

on this     28ᵗʰ     day of     October 2004
for

**Completing Basic Computer Concepts**

USP Florence, CO



10-28-04
Date

Signed

---

## Pueblo Community College



## *Fremont Campus*

Recognizes

Coleman Johnson

For the Completion of
A Certificate of Business Fundamentals
November 16, 2006

Your official diploma will be issued January 2007 provided all academic requirements are met.

Jennifer Herman
Dean of PCC, Fremont Campus

---



*Certificate of*

# ACHIEVEMENT

PRESENTED TO

*Coleman Johnson*

This 16ᵗʰ day of November 2006
In recognition for completing the
VT Computer program
USP Florence, Colorado

11-16-06
DATE

J. BELLANTONI, SUPERVISOR OF EDUCATION

## CERTIFICATE OF ACHIEVEMENT

### AWARDED TO

## Coleman Johnson

This 20th day of October 2005
As participant of VT Computer,
Microsoft Windows XP.
USP Florence, Colorado

10-20-05
DATE

J. BELLANTONI, SUPERVISOR OF EDUCATION



# Certificate of Completion

This Certifies That

## Johnson, Coleman

Has Completed the 180 Hours Necessary
for the Completion of the

## Vocational Training Computer Program

Offered at the USP Florence Education Department
Florence, Colorado

April 5, 2004
Date

John Bellantoni, Supervisor of Education



# Certificate of Achievement

### Awarded to:

## Coleman Johnson

In recognition of your Completion of the
Vocational Training Computer Course

This 13th day of December 2005

**USP Florence, CO**

12-13-05
Date

J. Bellantoni, SOE

# Certificate of Completion

Let it be known that

## Coleman L. Johnson

Has satisfactorily completed
all required course work for the

## ISO 9000

## Internal Auditor

On November 21, 2006

at

## U.S.P. Florence, Colorado

*Michael Bailey*

Michael Bailey, UNICOR Quality Assurance Manager



National Institute for
## AUTOMOTIVE
## SERVICE
## EXCELLENCE

*Be it known that*

COLEMAN L JOHNSON

has successfully passed the examinations and met the experience requirement prescribed by the National Institute for Automotive Service Excellence and is awarded this CERTIFICATE in evidence of COMPETENCE in the service areas listed below:

### AUTOMOBILE TECHNICIAN

AREAS OF DEMONSTRATED COMPETENCE                    EXPIRES

BRAKES                                           JUNE 30, 2014

GIVEN THIS 30TH DAY OF JUNE 2009, AT LEESBURG, VIRGINIA

H55LY4XM6JOHN5
IDENTIFICATION NUMBER



Operator Certificate

Coleman Johnson # 519 33083

OPERATOR # 24847- 235

i ES
CERTIFIED TRAINEE

Trainer / Evaluator:
M. BARGLOF
Trainer ID # 24847

Counterbalanced Forklift

EXPIRES:
7/28/25

ISSUED:
7/28/22



Victor Valley College
Automotive Technology Department

Certificate of completion
Auto 68 Automotive Brake Systems

Coleman Johnson

Spring 2009

Automotive Department Chair

Auto 68 Instructor



## TPC Training Systems
# Certificate of Completion

COLEMAN JOHNSON
*Name*

*has successfully completed
the study of TPC Unit No.* 104

MAKING MEASUREMENTS
*Unit Title*

11-25-01
*Date of Completion*

*Signature*

A division of
Telemedia, Inc.

*Certificate of Completion*

Awarded to

## Coleman Johnson Jr

*for successfully completing*
**72 hours**
Plumbing Design And Instal

*In acknowledgement thereof these signatures are affixed on this day,*
**October 24, 2006**

Michael Cattaham
Instructor/Program Director

CenturyCollege
Mary McKee
Vice President of Continuing Education & Customized Training

An Equal Opportunity Institution • Member of The Minnesota State Colleges and Universities System

---

*Certificate of Achievement*

*Awarded to:*

## Coleman Johnson

In recognition of your Completion of the
*Vocational Training Electric Motor Controls Course*

*This 13th day of December 2005*

**USP Florence, CO**

12-13-05
Date

J. Bellantoni, SOL

---

**TPC Training Systems**

## Certificate of Completion

Coleman Johnson
*Name*

**has successfully completed**
**the study of TPC Unit No.** 367

Plumbing
*Unit Title*
1/27/2002
*Date of Completion*

*Signature*

A division of
Telemedia, Inc.

---



CONTINUING EDUCATION & CUSTOMIZED TRAINING

Student's Name: Coleman Johnson Jr

Course Title: Plumbing Design Inst/1304

Lesson/Grade:
1. 95 A
2. 95 A
3. 95 C
4. 95 A
5. 95 A
6. 97 A

CenturyCollege



EXAM FORM NO. 4534
CERTIFICATE NO. 7184787

# **ServSafe® Certification**

TO **COLEMAN L JOHNSON**

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

**6/18/2010**
DATE OF EXAMINATION

**6/18/2015**
DATE OF EXPIRATION
Local level apply. Check with your local regulatory agency for recertification requirements.

David Grieve
Chief Operating Officer, National Restaurant Association
Executive Director, National Restaurant Association Solutions



NATIONAL
RESTAURANT
ASSOCIATION®

---

# *CDL Preparation*
### USP VICTORVILLE, CALIFORNIA
## *Certificate of Completion*
# *Coleman Johnson*

*Has Successfully Completed the Commercial Driver's License Preparation course on September 15th, 2008!*

L. Gutierrez
ACE Coordinator

● **Congratulations, you have reached a new level of achievement!** ●

---

## CONTINUING EDUCATION
### & CUSTOMIZED TRAINING

*Certificate of Completion*



Awarded to

## Coleman Johnson

*for successfully completing*

**72 hours**
**Electric Motor Controls**

*In acknowledgement thereof these signatures are affixed on this day,*
**October 29,** 2004



**Century**College

Instructor/Program Director

Vice President of Continuing Education & Customized Training

An Equal Opportunity Institution • Member of The Minnesota State Colleges and Universities System

---

# Vocational Training
# Culinary Arts

This certificate is awarded to
Coleman Johnson
for completing 20 hours and requirements
for graduation in the
Culinary Arts Exploratory Course
April 5, 2010 @ FCI Edgefield, SC

M.
Culinary Arts Instructor

Valarie Skipper
Supervisor of Education



**TPC Training Systems**

## Certificate of Completion

Coleman Johnson
*Name*

**has successfully completed**
**the study of TPC Unit No.** 107

USING HAND TOOLS
*Unit Title*

12-02-01
*Date of Completion*

*Signature*

A division of
Telemedia, Inc.





The FCI-Beckley BRAVE Program certifies to all that

# COLEMAN JOHNSON

has successfully completed the requirements for graduation from the FCI-Beckley Responsibility and Values Enhancement Program, with Cohort Thirty-One on June 21, 2002.

Patti Butterfield, Ph.D., BRAVE Coordinator

The BRAVE Program is a six month residential program encouraging the development of positive, pro-social values. The BRAVE Program is based on the belief that individuals have the power to change and grow, even in the darkest of circumstances.



## Certificate of Participation

is awarded to

### Coleman Johnson

for the

### Nature of Spirituality
### BRAVE Program

Carl Johnson, Supv. Chaplain

Dewey Bland, Staff Chaplain



## This is to certify that:

### Coleman Johnson

has completed the Drug Abuse Education Course

June 19, 2002

Maynard Wills, BRAVE Treatment Specialist

Dr. Patti Butterfield, BRAVE Coordinator

**THE BRAVE PROGRAM**

The FCI-Beckley Responsibility and Values Enhancement (BRAVE) Program is a pilot project of the Federal Bureau of Prisons. The BRAVE Program is a unit-based, residential program with three primary objectives (1) stressing the development of positive, pro-social values, such as honesty, respect, responsibility and tolerance; (2) teaching participants to "stop and think" before engaging in inappropriate behaviors with negative consequences; and (3) encouraging participants to develop a plan for the future, both within the federal prison system and upon their release to community. The Program serves newly committed, young offenders facing lengthy terms of incarceration in the Federal Bureau of Prisons. Criteria for admission to the BRAVE Program are as follows: (1) new commitment, (2) thirty-two years of age or younger, and (3) sentence of five years or more.

The BRAVE Program is a voluntary, six month, half-day program. Participants attend classes half of the day, and, work a job assignment half of the day. Classes cover a variety of topics, such as: Pro-Social Values, Communication Skills, Current Events, Cognitive Skills, Victim Impact, Relapse Prevention, Peer Influences, Anger Management, Prison Policy, Criminal Lifestyle Confrontation, Wellness, and Drug Education. Participants are required to complete homework assignments, pass written examinations, and participate in class discussions.

**Verification of Participation**

Inmate Coleman Johnson began BRAVE group 31 on December 28, 2001 and graduated June 21, 2002. He was rated overall as an average participant.

C. Green
BRAVE Treatment Specialist

6-21-02
Date



The Psychology Department of
**USP FLORENCE, COLORADO**
has conferred on
**Coleman Johnson**

# KC MODEL

The certificate of completion of the
**ANGER MANAGEMENT**

portion of the KC MODEL program. In witness thereof this award is recognized by
the Psychology Department upon the recommendation of the instructor.

**Robert L. Krick Ph.D.**
**CODE Coordinator**

**J.D. Shaffer, B.A.**
**Instructor**

---

The Psychology Department of
**USP FLORENCE, COLORADO**
has conferred on
**COLEMAN JOHNSON**

# KC MODEL

The certificate of completion of the
**COMMITMENT TO CHANGE**

portion of the KC MODEL program. In witness thereof this award is recognized by
the Psychology Department upon the recommendation of the instructor.
**NOVEMBER 6, 2003**

**ROBERT L. KRICK**
**CODE COORDINATOR**

**T. Yuill B.S.**
**Instructor**

| Emphasized Modules | 60 DAY CHALLENGE TREATMENT PLAN REVIEW<br>Name: Coleman Johnson   Reg #: 51933-083 |
|---|---|
| RATIONAL THINKING | **Problem:** Anger.<br>**Goal:** You have stated that anger has been a huge issue in your life since childhood and you would like to learn to manage it more effectively.<br>**Activity:** I will identify why I do not exercise control over my anger and use the tools taught in the Anger Management and Cognitive portions of the program to eliminate the negative self-talk that ignites my anger.<br>**Progress:** Johnson has made great strides in controlling his anger. He has gone from being very volatile to very pleasant. |
| INTERPERSONAL | **Problem:** Minimizing criminal behavior.<br>**Goal:** Start to think about the consequences of your behavior such as how your illegal dealings made you a suspect in your current offense.<br>**Progress:** Johnson is now aware that his lifestyle may have costed his freedom forever.<br>**Tx Activity:** I proclaim my innocence but admit to many illegal dealings. I will work on identifying and eraticating all illegal acts and not engaging in any activities that may compromise my freedom.<br>**Progress:** Johnson has been born again as a Christian and is inquiring into possibly donating organs so his misspent life does not go to waste.<br>**Problem:** Bad associates.<br>**Goal:** I estimated that 70-80% of my friends engaged in illegal activities on the street. I will stay away from friends who influence me negatively.<br>**Progress:** Johnson is now aware that nobody can influence him unless he permits them to.<br>**Tx Activity:** I will identify friends who have positive goals and share my faith. |
| | |
| | |

| Emphasized Modules | 60 DAY CHALLENGE TREATMENT PLAN REVIEW<br>Name: Coleman Johnson   Reg #: 51933-083 |
|---|---|
| WELLNESS | **Problem:** Depression.<br>**Goal:** Continue with current training program and help others whose knowledge of fitness is not as advanced and recognize that fitness is a vital part of a balanced life.<br>**Tx Activity:** I only need to continue in the same program with the same fitness goals.<br>**Progress:** Johnson has lost a considerable amount of weight in the past couple of years. |
| TRANSITION PLANNING | **Goal:** Establish realistic plan, reestablish family and community ties because in spite of your LIFE sentence, you still may receive action from the court as you persist in pursuing appeals.<br>**Tx Activity:** Discuss transition in relapse prevention plan. |
| | Inmate Signature_____ Date_____<br><br>CODE Specialist _____ Date_____<br><br>CODE Coordinator _____ Date_____ |



The Psychology Department of
## USP FLORENCE, COLORADO
### has conferred on

### COLEMAN JOHNSON

The certificate of completion of the
## COMMUNICATION SKILLS

portion of the CHALLENGE program. In witness thereof
this award is recognized by the Psychology Department
upon the recommendation of the CHALLENGE instructor.

Robert L. Krick, Ph.D.
**CHALLENGE**
**Coordinator**

J.D. Shaffer, B.A.
**CHALLENGE**
**Instructor**

---

The Psychology Department of
## USP Florence
### has conferred on

### COLEMAN JOHNSON

the Award of
## Challenge Core Program Achievement
In witness thereof this certificate is awarded by the Psychology
Department upon the recommendation of the Challenge Treatment Specialist.
Given at USP Florence on the eighth day of November A.D.
Two Thousand Six

Robert L. Krick, Ph.D
CODH Coordinator

Joey Passarelli, B.A.
Challenge Specialist

---



The Psychology Department of
## USP Florence
### has conferred on

### COLEMAN JOHNSON

the Award of
## Challenge Core Program Graduate
In witness thereof this certificate is awarded by the Psychology
Department upon the recommendation of the Challenge Treatment Specialist.
Given at USP Florence on the Third day of October A.D.
Two Thousand Six

Robert L. Krick, Ph.D
CODE Coordinator

Joey Passarelli, B.A.
Challenge Specialist

---



The Psychology Department of
## USP FLORENCE, COLORADO
### has conferred on

### COLEMAN JOHNSON

The certificate of completion of the
## LIVING FREE

portion of the CODE program. In witness thereof this
award is recognized by the Psychology Department upon
the recommendation of the CODE instructor.

Robert L. Krick, Ph.D.
**CODE Coordinator**

J.D. Shaffer, B.A.
**CODE Instructor**

# CHALLENGE

THE PSYCHOLOGY DEPARTMENT OF USP Florence,
Colorado has conferred on
**COLEMAN JOHNSON**
the certificate of completion of the
**TRANSITION**

portion of the CHALLENGE Program. In witness thereof this award
is recognized by the Psychology Department upon recommendation
of the CODE instructor.
10/03/2006

Robert L. Krick, Ph.D.
CODE Coordinator

JOEY PASSARELLI, B.A.
CHALLENGE SPECIALIST

---



The Psychology Department of
**USP FLORENCE, COLORADO**
has conferred on

**COLEMAN JOHNSON**

The certificate of completion of the

**CRIMINAL LIFESTYLES**

portion of the CHALLENGE program. In witness thereof
this award is recognized by the Psychology Department
upon the recommendation of the CHALLENGE instructor.

Robert L. Krick, Ph.D.
CODE Coordinator

J. D. Shaffer, B.A.
CODE Instructor

---



The Psychology Department of
**USP FLORENCE, COLORADO**
has conferred on

**COLEMAN JOHNSON**

The certificate of completion of the

**COMMITMENT TO CHANGE**

portion of the CHALLENGE program. In witness thereof
this award is recognized by the Psychology Department
upon the recommendation of the CHALLENGE instructor.

Robert L. Krick, Ph.D.
CHALLENGE
Coordinator

J. D. Shaffer, B.A.
CHALLENGE
Instructor

---

# CHALLENGE

THE PSYCHOLOGY DEPARTMENT OF USP Florence,
Colorado has conferred on
**COLEMAN JOHNSON**
the certificate of completion of the
**RATIONAL THINKING**

portion of the CHALLENGE Program. In witness thereof this award
is recognized by the Psychology Department upon recommendation
of the CODE instructor.
5/24/2006

Robert L. Krick, Ph.D.
CODE Coordinator

TODD YUILL, B.A.
CODE SPECIALIST

# CHALLENGE

THE PSYCHOLOGY DEPARTMENT OF USP Florence,
Colorado has conferred on
**Coleman Johnson**
the certificate of completion of the
**VIOLENCE PREVENTION**

portion of the CHALLENGE Program. In witness thereof this award
is recognized by the Psychology Department upon recommendation
of the CODE instructor.
09/06/2006

Robert L. Krick, Ph.D.
**Robert L. Krick, Ph.D.**
**CODE Coordinator**

Todd Yuill
**Todd Yuill, B.A.**
**CODE SPECIALIST**

---

The Psychology Department of
**USP FLORENCE, COLORADO**
has conferred on

**COLEMAN JOHNSON**

The certificate of completion of the
**LIFESTYLE BALANCE**

portion of the CODE program. In witness thereof this
award is recognized by the Psychology Department upon
the recommendation of the CODE instructor.

Robert L. Krick, Ph.D.
**Robert L. Krick, Ph.D.**
**CODE Coordinator**

J.D. Shaffer, B.A.
**J.D. Shaffer, B.A.**
**CODE Instructor**

---



The Psychology Department of
**USP FLORENCE, COLORADO**
have conferred on

**COLEMAN JOHNSON**

The certificate of completion of the

**ORIENTATION**
MODULE

portion of the Challenge program. It witness thereof this
award is recognized by the psychology department upon
the recommendation of the Challenge instructor.

Robert L. Krick, Ph.D.
**Robert L. Krick, Ph.D.**
**ChallengeCoordinator**

J.D. Shaffer, B.A.
**J.D. Shaffer, B.A.**
**Challenge Instructor**

The Psychology Department of
USP Florence
has conferred on

**COLEMAN JOHNSON**

the Award of

Anger Management Program Graduate
In witness thereof this certificate is awarded by the Psychology
Department upon the recommendation of the Challenge Treatment Specialist.

Robert L. Krick, Ph.D
Challenge Coordinator

J. D. Shaffer, B.A.
Challenge Treatment Specialist

---

# Decision Making

**USP VICTORVILLE, CALIFORNIA**

*Certificate of Completion*

*Coleman Johnson*

*Has Successfully Completed the Decision
Making ACE Course on April 24, 2009!*

L. Gutierrez
ACE Coordinator

● Congratulations, you have reached a new level of achievement! ●

---

FCI-Beckley Psychology Services Department
certifies to all that

# COLEMAN   JOHNSON

successfully completed the Psychology Service
16-hour Basic Anger Management Course
on March 14, 2002.

Patti Butterfield, Ph.D., BRAVE Coordinator

---

The Psychology Department of
USP Florence
has conferred on

**COLEMAN JOHNSON**

the Award of

Anger Management Program Graduate
In witness thereof this certificate is awarded by the Psychology
Department upon the recommendation of the Challenge Treatment Specialist.

Robert L. Krick, Ph.D.
Challenge Coordinator

J. D. Shaffer, B.A.
Challenge Treatment Specialist

## Certificate of Achievement

Awarded to

**Coleman Johnson**

For the successful completion of the Adult Continuing Education Course

## Handling Conflict

At USP Victorville Education Department
Victorville, California



L. Gutierrez, ACE Coordinator

---

## Certificate of Completion

Awarded to:

**Coleman Johnson**

for successfully completing all aspects of
**ANGER MANAGEMENT**
at FCI Edgefield

July 10, 2012



L. Smsak, B.S.
Psychology Practicum Student

A. Eberle, Psy.D.
Staff Psychologist

---

## Certificate of Achievement

Awarded to

**Coleman Johnson**

For the successful completion of the Adult Continuing Education Course

## Attitude & Self Esteem

At USP Victorville Education Department
Victorville, California

L. Gutierrez, ACE Coordinator

---

## Certificate of Completion

awarded to:

Coleman Johnson

for successfully completing all aspects
of the Stressbusters Program
at FCI Edgefield, S.C.

April 9, 2012





A. Eberle, Psy. D.
Staff Psychologist

## CERTIFICATE OF COMPLETION

This certificate verifies that

# COLEMAN JOHNSON

Has successfully completed the

### TIME TO CHANGE GROUP

Presented On this 24ᵗʰ day of April 2017

Federal Correctional Complex Petersburg Medium, Petersburg, Virginia

S. Engle, C-South Unit Counselor

K. Williams, C & D Unit Manager

---

## CERTIFICATE
## of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

### Coleman Johnson

HAS SUCCESSFULLY COMPLETED THE

Trauma & Resilience

September 28, 2022

J. Tate, Ph.D.
Staff Psychologist



Federal Bureau of
Prisons

---

# Class Completion Certificate

Awarded to:

## *Coleman Johnson*

for satisfactorily completing Challenge Your Thinking,
a one-hour introduction to Basic Cognitive Skills at FCI Edgefield.

March 10, 2015

A. Garber, Ph.D.
Staff Psychologist, FCI Edgefield

---

# Class Completion Certificate

Awarded to:

## *Coleman Johnson*

for satisfactorily completing Challenge Your Thinking,
a one-hour introduction to Basic Cognitive Skills at FCI Edgefield.

March 10, 2015

A. Garber, Ph.D.
Staff Psychologist, FCI Edgefield

# Parenting

### USP VICTORVILLE, CALIFORNIA

## Certificate of Completion

## Coleman Johnson

Has SuccesHas Successfully Completed the ACE
Parenting on March 23, 2009!

L. Gutierrez
ACE Coordinator

• Congratulations, you have reached a new level of achievement! •

EX.

---

## CERTIFICATE OF ACHIEVEMENT

### AWARDED TO

## Coleman Johnson

This 19th day of December 2005
As a participant of the Parenting Class.
USP Florence, Colorado

12-19-05
DATE

J. BELLANTONI, SUPERVISOR OF EDUCATION



# Certificate of Completion

## 3K Walk/Run

### Awarded

To

Coleman Leake Johnson

in Dedication to

Avery Earls

October 30, 2016

Petersburg, Virginia

In The Fight Against

Cancer

**Bureau of Prisons**   ·   **SENSITIVE BUT UNCLASSIFIED**

**Psychology Services**

**General Administrative Note**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, COLEMAN LEAKE JR | | | | Reg #: | 51933-083 |
| Date of Birth: | 09/01/1971 | Sex: | M | Facility:  PEM | Unit Team:  1 GP | |
| Date: | 05/04/2023 14:07 | Provider: | Hahn, A. Psy.D. Staff | | | |

**Comments**

Inmate Johnson has been a member of the PEM Suicide Companion Program since 8/22/2022. Members of the suicide companion are selected and trained by Psychology Services staff to watch inmates who are currently on suicide observation. Cadre members are used to observe the potentially suicidal inmate and are instructed to immediately inform staff if the suicidal inmate's actions are inappropriate (i.e., engages in self-harm behaviors while on observation). Job duties include: maintaining constant visual observation of the inmate currently on suicide observation, reporting observations in the logbook at least every 15 minutes and documenting significant events, reporting any routine issues, reporting emergencies immediately, and talking with the inmates on suicide observation.

Completed by Hahn, A. Psy.D. Staff Psychologist on 05/04/2023 14:09

```
PEM24                          INMATE EDUCATION DATA           *    10-04-2022
PAGE 001                            TRANSCRIPT                 *    08:18:12

REGISTER NO: 51933-083    NAME..: JOHNSON              FUNC: PRT
FORMAT....: TRANSCRIPT    RSP OF: PEM-PETERSBURG MED FCI
```

```
PEM24                                                         *    10-04-2022
PAGE 002                            TRANSCRIPT                 *    08:18:12

REGISTER NO: 51933-083    NAME..: JOHNSON              FUNC: PRT
FORMAT....: TRANSCRIPT    RSP OF: PEM-PETERSBURG MED FCI
```

```
----------------------------- EDUCATION INFORMATION -----------------------------
FACL ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP DATE/TIME
PEM  ESL HAS   ENGLISH PROFICIENT                11-13-2001 0001 CURRENT
PEM  GED HAS   COMPLETED GED OR HS DIPLOMA       11-26-2001 1127 CURRENT

----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL  DESCRIPTION                      START DATE  STOP DATE  EVNT AC LV  HRS
PEM   ALGEBRA FOR HOUSING UNT              11-22-2021 12-15-2021   P   C  P    8
PEM   SOCIAL STUDIES FOR HOUSING UNT       09-20-2021 10-04-2021   P   C  P    8
PEM   SOCIAL STUDIES FOR HOUSING UNT       09-20-2021 10-31-2021   P   C  P    8
PEM   PHYSICAL SCI FOR HOUSING UNT         08-02-2021 09-03-2021   P   C  P    8
PEM   PERSONAL FINANCE FOR HOUS UNT        09-14-2020 09-14-2020   P   C  P    8
PEM   SELF PACED WELLNESS                  06-30-2020 07-21-2020   P   C  P   20
PEM   RE-YOUR CREDIT REPORT                01-16-2019 01-16-2019   P   C  P    2
PEM   MONEY SMART                          08-13-2017 08-08-2017   C   W  I    2
PEM   JOURNALISM                           04-17-2017 06-22-2017   P   C  P   15
PEM   BASIC ANATOMY                        04-07-2017 06-10-2017   P   C  P   40
PEM   TIME TO CHANGE (NOT AN RPP)          02-13-2017 04-24-2017   P   C  P    6
PEM   STARTING A NON-PROFIT (ACE)          01-25-2017 03-28-2017   P   C  P   15
PEM   CIVICS COURSE - ACE                  10-19-2016 12-08-2016   P   C  P   15
PEM   HIV/AIDS AWARENESS RPP 1             10-06-2016 10-06-2016   C   C  P    2
PEM   BECOMING AN AUTHOR                   07-21-2016 09-15-2016   P   C  P   15
EDG   CONFLICT RESOLUTION                  02-17-2015 06-17-2015   P   C  P   20
EDG   CULARY VT, HOCTI CERT M-F 9-11       06-15-2010 07-28-2010   P   C  M  100
EDG   CULINARY VT SERV SAFE MTF            04-05-2010 06-16-2010   P   C  H  100
EDG   EXPLORATORY CULINARY ARTS            03-04-2010 04-05-2010   P   C  K   20
EDG   RPPI - AIDS AWARENESS                02-25-2010 02-25-2010   P   C  P    3
VIP   CONFIDENCE & SELF ESTEEM             11-02-2009 12-17-2009   P   C  P   10
VIP   HANDLING CONFLICT                    11-02-2009 12-17-2009   P   C  P   10
VIP   VVCC ASE AUTO TRANS OVRHAUL          05-28-2008 09-28-2008   P   C  C  162
VIP   ACE NOVEL READING                    08-03-2008 09-30-2008   P   C  P   10
VIP   READY TO WORK UIPO'S                 07-01-2009 07-01-2009   P   C  P    4
VIP   CLASSIC LITERATURE-IVAN HOE          01-01-2009 05-31-2009   P   C  P   10
VIP   BIOGRAPHIES-SPORTS                   01-01-2009 05-31-2009   P   C  P   10
VIP   VVCC ASE BRAKES                      02-18-2009 05-07-2009   P   C  C  108
VIP   20 THOUSAND LEAGUES UNDER SEA        04-01-2009 04-24-2009   P   C  P   10
VIP   HALF HOUSE PREP                      01-03-2009 05-31-2009   P   C  P   10
VIP   DECISION MAKING PRBLV SOLVING        02-02-2009 05-01-2009   P   C  P   10
VIP   LISTENING & OBSERVATION              03-02-2009 04-24-2009   P   C  P   10
VIP   ENTREPRENEURS SKILLS                 03-02-2009 04-04-2009   P   C  P   10
VIP   RELEASE EMPOWERMENT                  03-02-2009 04-24-2009   P   C  P   10
VIP   CREATIVE MARKETING                   03-02-2009 04-24-2009   P   C  P   10
VIP   CLASSIC LAST OF THE MOCHICANS        04-01-2009 04-24-2009   P   C  P   10
VIP   CLASSIC LIT. SHERLOCK HOLMES         04-01-2009 04-24-2009   P   C  P   10
VIP   PARENTING PROGRAM L41 (C4)           01-05-2009 03-18-2009   P   C  P   10
VIP   SELF MANAGEMENT & GOAL SETTING       09-01-2008 09-30-2008   P   C  P   10
VIP   DECISION MAKING PRBLM SOLVING        09-02-2008 09-30-2008   P   C  P   10

G0002       MORE PAGES TO FOLLOW . . .
```

```
----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL  DESCRIPTION                      START DATE  STOP DATE  EVNT AC LV  HRS
VIP   COMMERCIAL DRIVING PREP (G2)         08-25-2008 08-25-2008   P   C  P   10
VIP   RPP USP CMC RPP OVERVIEW (C5)        08-22-2008 08-22-2008   P   C  P    1
FLP   LEISURE                              10-23-2007 01-29-2008   P   C  P   40
FLP   PUBLIC SPEAKING SAT/12:30-2:00       03-06-2007 05-18-2007   P   C  P   10
FLP   AOE BIG MGT CERTIFICATE PROM         12-15-2005 05-15-2006   P   C  C  400
FLP   FINANCIAL MATH- MAT 112              07-31-2006 09-15-2006   C   C  P    0
FLP   BUSINESS ENGLISH                     08-01-2006 09-15-2006   C   C  P    0
FLP   THEOLOGY/H-W, 6-8PM                  12-07-2005 09-06-2006   P   C  P   18
FLP   T-TH/2-3:00P                         05-23-2006 08-05-2006   P   C  P   24
FLP   HUMAN RESOURCE MGT                   05-16-2006 08-01-2006   C   C  P    0
FLP   HUMAN RELATIONS/ORGANIZATIONS        05-15-2006 07-31-2006   C   C  P    0
FLP   BASIC LEGAL WORKSHOP                 03-10-2006 07-01-2006   P   C  P   20
FLP   LEISURE                              03-18-2006 05-20-2006   P   C  P   40
FLP   PAYROLL ACCOUNTING                   03-03-2006 05-16-2006   C   C  P    0
FLP   INTRO TO BUSINESS- BUS 115           03-06-2006 05-15-2006   C   C  P    0
FLP   RECORD'S MANAGEMENT                  12-23-2005 03-06-2006   C   C  P    0
FLP   FUNDAMENTALS OF ACCOUNTING           12-15-2005 03-03-2006   C   C  P    0
FLP   BASIC LEGAL WORKSHOP                 10-01-2005 01-07-2006   P   C  P   24
FLP   PARENTING CLASS                      09-26-2005 12-19-2005   P   C  P   24
FLP   PUB-SPEAK ACE WED 6:00-8:00PM        08-17-2005 10-26-2005   P   C  P   20
FLP   BASIC COMPUTER M-W 12:30-1:30        07-25-2005 10-21-2005   P   C  H   90
FLP   TUESDAY 6-8PM                        08-09-2005 10-18-2005   P   C  P   22
FLP   JAZZ AND SWING DANCE/SAT 1-3PM       08-07-2005 10-13-2005   P   C  P   20
FLP   AFTERNOON WELLNESS                   07-21-2005 09-20-2005   P   C  P   30
FLP   WELLNESS P.M.                        07-17-2005 09-20-2005   P   C  P   30
FLP   MEDICINE BALL                        07-24-2005 09-20-2005   P   C  P   30
FLP   WALKING/RUNNING                      07-21-2005 09-20-2005   P   C  P   30
FLP   ABDOMINAL CLASS                      04-26-2005 06-08-2005   P   C  P   30
FLP   MODERN MATH                          05-04-2005 07-29-2005   P   C  P   18
FLP   FILM CRITIC                          04-18-2005 07-05-2005   P   C  P   20
FLP   WELLNESS P.M.                        05-12-2005 06-23-2005   P   C  P   30
FLP   AFTERNOON WELLNESS                   04-25-2005 06-23-2005   P   C  P   30
FLP   COLLEGE PREP WRITING/LANGUAGE        02-19-2005 04-29-2005   P   C  P   20
FLP   COLLEGE PREP MATHEMATICS             02-19-2005 04-29-2005   P   C  P   20
FLP   ELRC MOTOR 2:00-3:30 TUES/TH/F       08-29-2004 11-13-2004   P   C  P   24
FLP   PERSONAL GROWTH/DEVELOPMENT          11-06-2003 11-06-2003   P   C  P   24
FLP   BASIC LEGAL WORKSHOP                 03-13-2004 07-03-2004   P   C  P   22
FLP   BASIC COM CONCEPTS 12:30-2:00        12-04-2003 03-19-2004   P   C  H  104
FLP   BASIC COMPUTER CONCEPTS 7:30-9       10-02-2003 12-04-2003   C   W  V    0
BEC BRAVE  SRAVE PGM 730-1130 AM           12-13-2001 04-18-2002   P   W  I    1
BEC BRAVE  ACE ECONOMICS CLASS             02-20-2002 04-24-2002   P   C  P   18
BEC BRAVE  ACE BASIC MATH CLASS            01-19-2002 03-30-2002   P   C  P   18
BEC BRAVE  ACE SPANISH CLASS               01-18-2002 03-30-2002   P   C  P   16
BEC BRAVE  ACE TPS CONSTRUCTING THE BUILD  01-28-2002 02-03-2002   P   C  P   25
BEC BRAVE  ACE TPS PLUMBING MAINTENANCE    01-20-2002 01-27-2002   P   C  P   25

G0002       MORE PAGES TO FOLLOW . . .
```

```
PEM24                          INMATE EDUCATION DATA           *    10-04-2022
PAGE 003 OF 003 *                   TRANSCRIPT                 *    08:18:12

REGISTER NO: 51933-083    NAME..: JOHNSON              FUNC: PRT
FORMAT....: TRANSCRIPT    RSP OF: PEM-PETERSBURG MED FCI

----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL  DESCRIPTION                      START DATE  STOP DATE  EVNT AC LV  HRS
BEC BRAVE  ACE TPS CLEANING CHEMICALS      01-13-2002 01-20-2002   P   C  P   25
BEC BRAVE  ACE TPS HAND TOOLS              11-25-2001 12-02-2001   P   C  P   25
BEC BRAVE  ACE TPC MAKING MEASUREMENTS     11-18-2001 11-25-2001   P   C  P   25
BEC BRAVE  ACE TPC BLUEPRINT               11-11-2001 11-18-2001   P   C  P   25

G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



CERTIFICATE OF ACHIEVEMENT

AWARDED TO

BROTHER COLEMAN L. JOHNSON JR.

FOR YOUR COMMITMENT TO THE BIBLE CLASS IN THE STUDY OF

SPIRITUAL MATURITY

AT THE FEDERAL BUREAU OF PRISONS, FCC PETERSBURG, MEDIUM CHAPEL

AWARDED THIS  1ST DAY OF OCTOBER IN THE YEAR OF OUR LORD, 2017

Pastor Andrew Clark, Volunteer, FBOP

Ex.

# Certificate of Baptism

## for:

## Coleman Johnson

### Baptized in the name of the Father, the Son, and the Holy Spirit

D. Grooters, Chaplain
USP Florence, Colorado

David Grooters Chaplain
ordained of Reformed Church in America

April 11th, 2004



**The Voice of Prophecy**
WORLD ... BROADCASTERS

**Diploma**

This Certifies that

Coleman L. Johnson

BIBLE SCHOOL DIRECTOR

DIRECTOR-SPEAKER



PRISON FELLOWSHIP.
Changing Lives, Minds, and Communities through Jesus Christ

*In recognition of participation in the seminar,*

## "Building on God's Foundation  A New Freedom"

COLEMAN JOHNSON  51933-083

*A child of God, is hereby awarded this*

### Certificate of Participation

*"Finally, be strong in the Lord and in his mighty power.  Put on the full armor of God, so that you can take your stand against the devil's schemes." Ephesians 6:10-11 (NIV)*

**Charles Colson**
Founder

John Pfaff
Instructor

7-11-09
Date



PRISON FELLOWSHIP.

*In recognition of participation in the seminar,*

## "H.I.R.E"
## Here is a New Employee

Coleman Johnson

*A child of God, is hereby awarded this*

### Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks." Ephesians 6:10-11 (New Century Version)*

**Charles Colson**
Founder

**John Pfaff**
Instructor

June 13, 2009
Date



## Set Free Prison Ministries
### Rehabilitation by Regeneration

*NAVPRESS*



This certifies that

**COLEMAN L JOHNSON JR**
has successfully completed

**WHAT THE BIBLE TEACHES**
by correspondence

**Grade:** 95%        **Units:** 1

**Dec 28, 2005**        *Leonard Dare*
Correspondence School Director



CERTIFICATE OF COMPLETION

AWARDED TO
C. JOHNSON

FOR
BASIC ANATOMY CLASS

ON THIS  9  DAY OF    JUNE   , 20 17

Recreation Department

FCC PETERSBURG MEDIUM

Q. Kelly   Recreation Specialist



## Set Free Prison Ministries
### Rehabilitation by Regeneration

*NAVPRESS*

This certifies that

**COLEMAN L JOHNSON JR**
has successfully completed

**BORN TO WIN**
by correspondence



**Grade:** 99%        **Units:** 1

**Sep 28, 2005**        *Leonard Dare*
Correspondence School Director






# Class Completion Certificate

Awarded to:

*Coleman Johnson*

for satisfactorily completing Challenge Your Thinking,
a one-hour introduction to Basic Cognitive Skills at FCI Edgefield.

*March 10, 2015*

A. Garber, Ph.D.
Staff Psychologist, FCI Edgefield

## ≈ Certificate of Achievement ≈



This certifies that

**Coleman Johnson**

has satisfactorily completed
**How to Start a Non-Profit**

Consisting of ___15___ Hours of Training

This certificate is hereby issued this ___30th___ day of ___March___ , 20 17

_____
ACE Coordinator          FCC Petersburg          Supervisor of Education

## ≈ Certificate of Achievement ≈



This certifies that

**Coleman Johnson**

has satisfactorily completed
**Becoming an Author**

Consisting of ___15___ Hours of Training

This certificate is hereby issued this ___4th___ day of ___October___ , 20 16

_____
ACE Coordinator          FCC Petersburg          Supervisor of Education

## ≈ Certificate of Achievement ≈

This certifies that

**Coleman Johnson**

has satisfactorily completed
**Journalism**

Consisting of ___15___ Hours of Training

This certificate is hereby issued this ___30th___ day of ___June___ , 20 17

_____
ACE Coordinator          FCC Petersburg          Supervisor of Education

## ≈ Certificate of Achievement ≈



This certifies that

Coleman Johnson

has satisfactorily completed
**Civics**

Consisting of ___15___ Hours of Training

This certificate is hereby issued this ___8th___ day of ___December___, 20 16

_____
ACE Coordinator          FCC Petersburg          Supervisor of Education

## Certificate of Achievement

**USP Victorville Education Department**
**Victorville, California**

Certifies that

*Coleman Johnson*

has successfully completed the ACE Course

Twenty Thousand Leagues Under The Sea

This certificate is hereby issued this fourteenth day of April 2009

Education Staff

---

## Certificate of Achievement

**USP Victorville Education Department**
**Victorville, California**

Certifies that

*Coleman Johnson*

has successfully completed the ACE Course

Ivanhoe

Education Staff

---

## Certificate of Achievement

**USP Victorville Education Department**
**Victorville, California**

Certifies that

*Coleman Johnson*

has successfully completed the ACE Course

Sports Legend Biographies

Education Staff

---

## Listening

USP VICTORVILLE, CALIFORNIA

### Certificate of Completion

*Coleman Johnson*

Has Successfully Completed the Listening Course on
*April 27, 2009!*

L. Gutierrez
ACE Coordinator

• **Congratulations, you have reached a new level of achievement!** •

# Certificate of Achievement

## USP Victorville Education Department
### Victorville, California

Certifies that

## Coleman Johnson

has successfully completed the ACE Course

### Sherlock Holmes

This certificate is hereby issued this eighth day of April 2009

Education Staff

---

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## Coleman Johnson

This 5th day of June 2007
For completion of Public Speaking class
USP Florence, Colorado

6-8-07
DATE

J. BELLANTONI, SUPERVISOR OF EDUCATION

---

# Certificate of Achievement

## USP Victorville Education Department
### Victorville, California

Certifies that

## Coleman Johnson

has successfully completed the ACE Course

### Last of the Mohicans

This certificate is hereby issued this thirteenth day of April 2009

Education Staff

---

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## Coleman Johnson

This 10th day of November 2005
As a participant of Public Speaking Class
USP Florence, Colorado

11-10-05
DATE

J. BELLANTONI, SUPERVISOR OF EDUCATION

















CERTIFICATE OF COMPLETION

9-27-05



# CERTIFICATE OF ACHIEVEMENT

### AWARDED TO

## Coleman Johnson

This 18th day of October 2005
For Completion of Music Theory
Class
USP Florence, Colorado

10-18-05
DATE

J. BELLANTONI, SUPERVISOR OF EDUCATION



# PM WELLNESS

## CONGRATULATIONS

### THIS CERTIFIES

### THAT

## C. JOHNSON# 51933-083

### HAS COMPLETED THE PM WELLNESS CLASS

Dahlquist, Rec Specialist

Date



CERTIFICATE OF COMPLETION

This certifies that

C. JOHNSON # 51933-083

HAS COMPLETED THE WALKING/RUNNING
CLASS AT USP FLORENCE.

J. Dahlquist, Rec Specialist

9-29-05
DATE

## Certificate of Completion

This Certifies That:

### Johnson Jr., Coleman

Has Successfully Completed the Required Course of Study in:

### Basic Legal Workshop

And is Awarded This Certificate by the
Florence Education Department
Florence Colorado

This 28th Day of June, 2004

_John Bellantoni, Supervisor of Education_



## Certificate of Achievement

awarded to:

### Coleman Johnson

on this     28th     day of     October 2004
for
Completing the **BASIC LEGAL WORKSHOP COURSE**

USP Florence, CO

10-29-04
_Date_

_Signed_



*THIS CERTIFIES THAT*

## C. JOHNSON # 51933-083



**This certifies that**

**C. JOHNSON # 51933-083**

**HAS COMPLETED THE WALKING/RUNNING CLASS AT USP FLORENCE.**

J. Dahlquist, Rec Specialist                    DATE



*Presidential Sports Award*

This certificate is hereby awarded to
CORESSA JOHNSON
for participating in the Presidential Sports Award

*Running Program*

This certifies that Phase ___ TWO ___ has been completed.

MARCH 6, 2002
*Date*

*Program Coordinator*

# Certificate Of Achievement





# Ready to Work

### USP VICTORVILLE, CALIFORNIA

## Certificate of Completion

## Coleman Johnson

### Has Successfully Completed the Ready to Work course on July 1, 2009.

M. Baca
Asst. Supervisor of Education

Ric Lugo
Supervising United States Probation Office

● **Congratulations, you have reached a new level of achievement!** ●

## Skills for Entrepreneurs
#### USP VICTORVILLE, CALIFORNIA

### Certificate of Completion

#### Coleman Johnson Jr.

*Has Successfully Completed the Skills for Entrepreneurs- MRKT Course on April 24, 2009.*

L. Gutierrez
ACE Coordinator

• **Congratulations, you have reached a new level of achievement!** •

## Creative Marketing
#### USP VICTORVILLE, CALIFORNIA

### Certificate of Completion

#### Johnson Coleman

*Has Successfully Completed the Creative Marketing Course on April 24, 2009 !*

L. Gutierrez
ACE Coordinator

• **Congratulations, you have reached a new level of achievement!**



**Operator Certificate**

Coleman Johnson #51933082

OPERATOR # 24847- 235

Trainer / Evaluator:
M. BARGLOF
Trainer ID # 24847

i ES CERTIFIED TRAINING

Counterbalanced Forklift

ISSUED: 7/28/22

EXPIRES: 7/28/25

### Certificate of Completion

*Is granted to*

#### Coleman Johnson

*to certify that he has completed*

#### Money Smart 1

*on August 29, 2017*


K. Blankenship


K. Williams





## Certificate of Achievement

This certifies that

Coleman Johnson
has satisfactorily completed

## ACE Economics

consisting of 18 hours of instruction.
This certificate is hereby issued this 24th day of April, 2002

B. Barkley, ACE Coordinator          V. Blankenship, SOE



## Certificate of Achievement

This certifies that

Coleman Johnson
has satisfactorily completed

## ACE Spanish 1

consisting of 16 hours of instruction.
This certificate is hereby issued this 30th day of March, 2002

B. Barkley, ACE Coordinator          V. Blankenship, SOE

*Half-Way House Prep*

**USP VICTORVILLE, CALIFORNIA**

*Certificate of Completion*

## Coleman Johnson

*Has Successfully Completed the Half-Way House Release Preparation course on April 24, 2009!*

L.Gutierrez
ACE Coordinator

• Congratulations, you have reached a new level of achievement! •

# Parenting

### USP VICTORVILLE, CALIFORNIA

## Certificate of Completion

## Coleman Johnson

Has SuccesHas Successfully Completed the ACE
Parenting on March 23, 2009!

L. Gutierrez
ACE Coordinator

• Congratulations, you have reached a new level of achievement! •

---

# CERTIFICATE OF ACHIEVEMENT

## AWARDED TO

## Coleman Johnson

This 19th day of December 2005
As a participant of the Parenting Class.
USP Florence, Colorado

12-19-05
DATE

J. BELLANTONI, SUPERVISOR OF EDUCATION



Certificate of Completion

3K Walk/Run

Awarded

To

Coleman Leake Johnson

in Dedication to

Avery Earls

October 30, 2016

Petersburg, Virginia

In The Fight Against

Cancer