

The Living Bank International
P.O. Box 6725, Houston, TX 77265 – 1-800-528-2971
www.livingbank.org
E-mail: info@livingbank.org

Uniform Anatomical Gift Act
## DONOR REGISTRATION FORM

**Instructions:** When this form is completed and mailed to the above address, a donor card will be sent to you to be carried with you at all times. The form and the card are legal documents in all 50 states under the Uniform Anatomical Gift Act and similar laws. You must sign the form and have it witnessed by two persons of legal age. Your next of kin is preferred as a witness, to make sure he/she knows of your decision. If you are under 18, a parent or guardian must sign. Federal law prohibits any payment or charge to you for signing this form, and any payment or charge to you for your donated organs.

PLEASE TYPE OR PRINT IN BLACK INK. COMPLETE LINES 1 THROUGH 17.

1. Social Security # ▓▓▓▓▓▓▓      2. Date of Birth ▓▓▓▓▓▓ 71

3. Donor's Full Name: COLEMAN LEAKE JOHNSON JR.      Phone: (757) VIRGINIA NUMBER ▓▓▓▓▓  RESIDENTS IN
U.S.P. FLORENCE

4. Mailing Address: P.O. BOX 7000 ~~FLORENCE~~      E-mail: _____

5. City: FLORENCE      6. State: COLORADO      7. Zip: 81226 - 7000
PRISON BOP# FEDERAL

8. Driver's License or I.D. #: 51933-083      9. State Issued: _____

10. Name of Donor's Next of Kin: CATHY EARLS      11. Relationship: SISTER

12. Full Address: ▓▓▓▓▓▓▓▓▓▓▓▓      Phone: ▓▓▓▓▓▓▓▓

13. In the hope that I may help others, I hereby make this anatomical gift, if medically acceptable, to take effect upon my death. The words and marks below indicate my desires.

I give    [✓] Any needed organs and tissues.      [ ] Only the organs and tissues listed below:

_____

14. Donor's Signature: _[signature]_      15. Date Signed: 05 - 11 - 04

16. Witnessed: _[signature]_      17. Witnessed: _[signature]_



FOR INFORMATION ON HOW TO BECOME A
LOCAL LIVING BANKER
A LOCAL VOLUNTEER REPRESENTATIVE OF
THE LIVING BANK
CALL 1-800-528-2971
LOCALLIVINGBANKER@LIVINGBANK.ORG

Please cut along dotted line before mailing

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

| TO:(name and title of staff member) | DATE: |
|---|---|
| Health Administration U.S.P. Florence FROM: | December 30th., 2007 REGISTER NO: |
| Inmate Coleman Leake Johnson Jr. WORK ASSIGNMENT: | 51933-083 UNIT: |
| Unicor Factory Manager's Office (Clerk) | Unit B/A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request)

RE: Permission to donate living organ[s] - Please see attachments

As you are probably aware; over the past two years I have inquired with the previous medical administration about the possibility of living organ donations. I am a healthy and willing donor that could give the gift of life to innocent people.

I am asking the medical department to please evaluate the options and many resources available and consider allowing me to save a life by donating living organs[s] and save lives. Please know that I am also willing to help with any cost that might be involved, and have approximately $1,400.00 saved on my inmate account. The ultimate goal is to save lives, and I am willing to help any way possible.

Please let me know if there is anything we can do to implement this process.

Thank you,

Coleman Leake Johnson Jr.
51933-083

**(DO NOT WRITE BELOW THIS LINE)**

DISPOSITION:

1/14/08

I have contacted the Living Bank organ and Tissue registry at 1-800-528-2971 to discuss your request. I found exactly what I have found in my previous inquiries in past years. That is individuals who are incarcerated, and those who have been incarcerated in the past twelve (12) months are considered to be "high risk" and are not eligible to be tissue donors. While I applaud you for your willingness to be a tissue donor, you must wait until you have been out of custody for at least 12 months.

| SIGNATURE OF STAFF MEMBER: AHSA | DATE: 1-14-2008 |
|---|---|

In the hope that I may help others, I hereby make this anatomical gift, if medically acceptable, to take effect upon my death. The words and marks below indicate my desires.

I give: (a) ☒ any needed organs or tissues
(b) ☐ only the following organs or tissues
ONLY ORGANS & TISSUES (NOT WHOLE BODY)

Specify which organ(s) or tissues

To donate your entire body for anatomical study you must register with a medical school.

Signed by the Donor and the following two witnesses in the presence of each other

DOB ████ 71

Signature of Donor                    Donor's Birthdate
FLORENCE COLORADO
City & State                    08-29-05
                              Date Signed

Witness

This is a legal document under the Uniform Anatomical Gift
• or similar laws.



THE LIVING BANK • 1 (800) 528-2971
FOR INFORMATION IN AN EMERGENCY, CONTACT

Phone or next of kin

Print, type of next of kin & relationship

CATHY EAVES    (SISTER)

Donor's Social Security No

Keep ... card with your driver's license.

THE LIVING BANK
ORGAN AND TISSUE REGISTRY
P.O. BOX 6725, HOUSTON, TEXAS 77265
1-800-528-2971 • WWW.LIVINGBANK.ORG

Donor Card

EMERGENCY

Coleman L. Johnson Jr.
51933-083
U.S.P. Florence
P.O. Box 7000
Florence, Co. 81226

March 13, 2007

Mr. Gerry Spence
15 South Jackson St.
P.O. Box 548
Jackson, Wyoming
83001

## RE: Living Organ Donation

Dear Mr. Spence,

I know you are extremely busy and I thank you for your time. After reading 3 of your books, I wanted to contact you for advice and/or a referral for representation. My idea is for a positive cause, but I may need some guidance.

I am 35, serving a life sentence with no parole. I have never been a smoker or drug user and am in outstanding health. Unfortunately, there are many productive people out in the real world that are expected to die soon because they need healthy organs.

More than likely, I will live another 45 – 50 years. Those years will be spent behind concrete and steel – wasting away in good health while doing some mindless / worthless prison job, just waiting to leave in a body bag. Meanwhile, free sick people are dying. It's just not fair to them.

I can only dream of the day that the government would give me a chance at life and let me walk out of these gates. Could you imagine how a poor child on a waiting list would feel if a healthy organ was available and he/she got a chance at life? Well, I am willing to make that person's dream become a reality, but I have continually been ignored and lied too. BOP staff and

doctors simply don't want to get involved. Bottom line, the government doesn't care.

Around a year ago, I presented the idea of inmate organ donation to BOP staff. One individual in the psychology department was very positive and thought it would be worth checking in too. Months went by, and many lies later, it was obvious that this stuff was going nowhere. Of course, most people would suspect this to be a publicity stunt, and/or have some kind of selfish motive. To be honest, I can't really blame them. However, there is nothing I can do that would make any difference in my sentence or gain me any advantage with my legal situation. I have LIFE with no possibility of release and the courts continue to deny anything I file. Secondly, I requested that everything be done discreetly. The only selfish motive that exist would be the satisfaction of saving a life.

Attached, please find copies of my correspondence with The Living Bank and Dr. Shiffman. Also, please know that Dr. Shiffman completely ignored my letter. One would think that a doctor that specializes in saving lives with organ transplants would at least contact a willing donor.

Thank you again for your time and any advice you can provide.

Sincerely,

Coleman Leake Johnson Jr.

GERRY L. SPENCE, PC
J. DOUGLAS McCALLA, PC
ROY A. JACOBSON, JR., PC
KENT W. SPENCE, PC
ROBERT A. KRAUSE, PC
R. DANIEL FLECK, PC
G. BRYAN ULMER, III, PC
MEL C. ORCHARD, III, PC



# THE
# SPENCE LAW FIRM
*Spence & M<sup>c</sup>Calla*

LARISSA A. McCALLA
EMILY R. RANKIN
M. KRISTEEN HAND
PATRICIA A. ZIELKE
TYSON E. LOGAN
MARK L. ARONOWITZ

March 19, 2007

LEGAL MAIL - #51933-083
Mr. Coleman L. Johnson, Jr.
U.S.P. Florence
P.O. Box 7000
Florence, CO 81226

Dear Mr. Johnson:

Our firm is very pleased that you contacted us regarding your situation. One of the things that makes Mr. Spence and the rest of us feel badly is that it is impossible to help everybody. Sometimes we feel guilty about that.

We want you to know that if we could help you pursue your noble and selfless goal we would, but we can neither help nor provide any advice regarding organ donations by current inmates. We wish we could refer you to a specialist, but we do not know of anybody doing this kind of work.

We also want you to know how complimented we are that you cared enough to contact us. Our wishes go out to you for good success in your endeavor.

Sincerely,

R. Daniel Fleck
Of THE SPENCE LAW FIRM, LLC

RDF:ma

THE SPENCE LAW FIRM, LLC

15 SOUTH JACKSON STREET · POST OFFICE BOX 548 · JACKSON, WY 83001 · 307-733-7290 · FAX 307-733-5248 · www.spencelawyers.com

Nancy Scheper-Hughes, Ph.d.          Sept 18, 2011
Director, Organs Watch
University of California, Berkeley
2J2 Kroeber, Hall
Berkeley, Ca. 94720


Re: Inmate Organ Donations   info, help, advise


Dear, Dr, Scheper,

        I am a federal prisoner contacting you for advice
and/or help regarding a voluntary inmate organ donation idea.

        After recently finding part of a destroyed book "The
Fifth Vial", I noticed your address in the back concerning
illegal organ donations, sales of, and fraud, etc.
Coincidentally, I had just posted an ad on
www.PrisonPenPals.com seeking assistance in creating an inmate
organ donor program. Nevertheless, I thought that it wouldn't
hurt to present this idea to you for possible feedback, help,
or contact information

        Attached please find a copy of my ad along with the
little correspondence I still have (that wasn't taken away),
relating to inmate organ donations  You will see that prison
medical staff finally made contact with "The Living Bank  at
my request, but was allegedly told that I would have to have
been released for at least 12 months to be eligible to donate
organs due to being  high risk ' Unfortunately, I have a LIFE
sentence, therefore I will NEVER be an eligible donor because
of such conditions. However, the Georgia Dept. of Corrections
has recently been the subject of heated debates over the idea

of death-row inmates' sentences being commuted to life by donating an organ, I can't help but to wonder why Georgia inmates wouldn't also be considered "high-risk"? Secondly, they would have one heck of an incentive. Bottom line, a "high-risk" organ is better than none at all.

In short, I wish to save lives without any form of compensation and feel that the "high-risk" stipulation is merely some fabricated, lame excuse. Meanwhile, innocent people are dying . Please share any ideas with me.

Respectfully,
Coleman L. Johnson Jr. 51933-083
FCI Edgefield
P.O. Box 725
Edgefield, SC 29824

Dr. Mitchell L. Shiffman
Medical College of Virginia
1250 E. Marshall St.
Richmond, Va. 23294
July 19, 2006

Re: Living Organ Donation(s)

Dear Dr. Shiffman,

I was referred to you by Mr. Roberson of The Living Bank organ
and tissue donor registry, Houston Texas. I am contacting you regarding
the possibility of donating (while still alive) organ(s) to people in
need. I am in federal custody serving a life sentence and have been
inquiring through staff of the Bureau of Prisons on ways to implement
this process. It is our goal that you may help us open doors to a new
program involving inmate organ donations. There are many other inmates
in my situation, and they might be willing to help give unfortunate
people a chance to live.

The Federal Bureau of Prisons has several medical facilities
to accommodate inmates in need of serious medical attention, e.g.,
Springfield Mo. FMC, Rochester Mn. FMC, and Carswell Tx. FMC. Everything
from operations, dental care, to psychiatric evaluations are performed
at these facilities because of the need for constant security. The
U.S. Marshall Service routinely transports inmates to various institutio-
ns when such needs arise. An organ can be removed in the security of the
medical prison - then quickly shipped to a recipient.

In reality, an inmate organ donation (1) would pose no threat to
the safety and security of the public, (2) would be of no cost, and
most important, (3) would save lives. Basically, misspent lives such as
my own can give life to innocent and productive citizens.

Unfortunately, it was brought to my attention in the letter
from Mr. Roberson (see attached correspondence), that federal laws may
exist precluding "in custody" inmates from involvement in organ donation.
I am not aware of any laws or statutes of this nature and believe it
may just be some type of ethical issues. However, I do know that the
warden and the B.O.P. have a lot of control as to what can be done
concerning an inmate.

At this point, the psychology and medical departments want to present this idea to Washington, but we need more insight on proceedures and laws involved. Fortunately, when the Bureau has you in custody, their decisions many times override civilian laws, (especially for something unique and for a positive cause). Alternatively, a motion to the sentencing judge could easily eliminate any problems. The objective is to save lives. Please contact me with any information and ideas.

Thank you,

Coleman Leake Johnson Jr. 51933-083
U.S.P. Florence
P.O. Box 7000
Florence, Colorado 81226-7000


CC: CLJ File
    Staff B.O.P. FLorence

The Living Bank
Organ & Tissue Registry
P.O. Box 6725
Houston, Texas 77265
July 03, 2006


Living Bank,

I am registered with your organization as an organ and tissue donor. I am contacting you requesting information on also donating an organ while in excellent health (prior to my death or emergancy).

Specifically, I am requesting the following information:

1). What organs could I donate and still sustain good health?

2). What are the proceedures involved in matching myself with a compatible recipient?

3). If test indicate that my organ(s) would be compatible with a recipient, would The Living Bank assist in providing contact information to sources so that we can save a life?

4). Can all of this be done discreetly?

Thank You,

Coleman L. Johnson Jr.
51933-083
U.S.P. Florence
P.O. Box 7000
Florence, Colorado
81226-7000



**THE LIVING BANK**
*America's Organ and Tissue Donor Registry*
www.livingbank.org

7/10/2006

Coleman L Johnson Jr #51933-083
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226-7000

Dear Mr. Coleman L Johnson:

It would be five years after your release from prison before you could be considered for organ donation. This is due to the high risk for infection to both you and the potential recipient.

The organs that you could donate and still sustain good health would be: a kidney, part of the lung and part of the liver. If you would like more information regarding living donation we recommend you contact:

Dr. Mitchell L Shiffman
Medical College of Virginia
1250 E Marshall St
Richmond, VA 23294
804-828-4060

I do wish I had more encouraging news for you, however, these are federal laws not our own. If you have any friends or relatives that wish to donate, please feel free to send us their names and addresses and we will be happy to send them a donor form.

Again, thank you for your consideration of others, and if you have any further questions please feel free to contact us.

Thank you,

Chance Roberson
Database Administrative Assistant
Living Bank Int'l
PO Box 6725
Houston, TX 77265-6725

Type of ad - Personal / Basic

Ad Start Date 09-09-11 Ad Expiration Date 09-09-12

Site Search Info

Sex - Male

DOB - 09/01/71

Seeking - Friends, Legal Help

Race - Caucasian

Religion - Christian

Convicted Of - Capital Murder by Explosives. I Proclaim My Innocense

Release Date - Serving a Life Sentence

Main Directory



I'm a federal lifer requesting public help and/or advice and implementing a life-saving idea I've pursued since 2005. My idea is for healthy inmates to be allowed to discreetly make voluntary "living-organ" donations to dying citizens (without any form of compensation). • An inmate donor will thereafter continue to sustain quality health succeeding organ removal. Unfortunately, the Federal Bureau of Prisons (BOP) and several medical organizations have ignored countless inquiries regarding the issue. Meanwhile, organ-needy citizens died, while healthy willing donors wait to die in prison. Following many unsuccessful, discrete attempts, I have no choice but to go public with my idea, by way of this posting. There are several medical institutions within the BOP that perform all levels of medical procedures to inmates. Any costs incurred would be absorbed by the recipient. The surgeon would be provided by the recipients as well. In short, this organ-donor idea is far from impossible. Allowing a preventable death to occur is no different than taking a life.

I am most grateful for any and all help with this endeavor. Please feel free to share your ideas, assistance (no money), or just plain o'le friendship.

God Bless...

Donate Life America
701 East Bird Street 16TH Floor
Richmond, VA. 23219

May - 01, 2012

Re: Inmate Organ Donations ...

Dear D.L.A.,

I Am A Federal Inmate Serving My 12TH Year Of A LIFE Sentence. I Want To Share An Idea That I've Pursued Since 2005 (See Attachments). I Was Recently Referred To Your Organization And Would Have Made Contact Years Ago If I Had Known Of Your Existance.

First Of All, I Am A 40-Year-Old, In Perfect Health That Has Never Smoked, Used Drugs, Or Had Any Medical Issues. My Idea Has Been To Allow Prisoners In Similar Situations The Opportunity To Save The Lives Of Innocent, Dying Citizens In Need Of Organ Transplants.

I Have Presented The Idea To Prison Staff As Well As Medical Schools And Organ Registries Without Success, Most Refuse To Acknowledge My Inquiries. A Few Have Provided Very Little Information And Were Simply Not Interested. The Biggest Obstical (Or Excuse) Has Been The High Rate Of Infectous Diseases Carried By Many Prisoners, Therefore Any Salvaged Organs Would Put The Recipient At Risk. My Arguement Is That A Prisoner Can, And Would, Be Tested Just As Any Other Potential Living Donor Would. Secondly, A "Risky" Organ Would Be Far Better Than No Organ At All. When A Driver With "Organ Gift" On Their License Dies In A Collision, Who's To Say That Person Isn't Contaminated Or Risky? Doctors Waist No Time Harvesting Those Organs. My Point Is, This Idea Is Far From Impossible If I Get The Right "Outside" Help. Would You Be Interested?

I Am Merely Waiting To Die Behind Concrete And Steel And I Refuse To Get Much Older Doing So. Meanwhile, Sick People In Need Of Organs Are Trying To Live. I Can Only Dream Of The Day That The Government Will Return My Life. Could You Imagine How A Person On An Organ Waiting List Would Feel If An Organ Became Available, Thus Giving Their Life Back? Well, I'm Willing To Make That Person's Dream Become A Reality, But I Need Your Help. This May Also Open Doors For Other Willing (And Capible) Inmates To Do The Same.

Of Course Most People Would Suspect This To Be A Publicity Stunt And/Or Have Some Kind Of Selfish Motive. Honestly, I Can't Blame Them. However, There Is Nothing I Can Do That Would Gain Any Advantage With My Legal Situation. I Can Assure You That I No Longer Have The Slightest Bit Of Faith In The Justice/Court System And Therefore Don't Want Anything For This Type Of Gift. The Only Selfish Motive That Exists Is The Satisfaction Of Saving Lives. Ignoring This Idea Is Only Preventing Innocent Lives From Being Saved — No Different From Leaving An Innocent Person On Death-Row Or Permanately Behind Bars As A Dead Person With A Pulse.

If You Or Anybody You Know Wish To Get Involved And/or Have Ideas To Share, Please Contact Me Soon. We Can Either Save Lives Together Or Ignore My Offer And Let A Pathologist Destroy What Would Be Priceless To Unfortunate Others.

Respectfully,    Coleman L. Johnson Jr. 51933-083
F.C.I. Edgefield
P.O. Box 725
Edgefield, SC. 29824 - 0725

CNN NEWSOURCE
100 INTERNATIONAL BLVD.
1 CNN CENTER
ATLANTA, GA. 30303

06 - 25 - 13

RE: SARAH'S STORY — LUNG TRANSPLANT.

DEAR CNN,

I AM A FEDERAL INMATE (LIFER) CONTACTING YOU FOR INFORMATION REGARDING A RECENT STORY AIRED BY YOUR NETWORK. I ONLY CAUGHT A QUICK GLIMPSE OF THE STORY AS I WALKED PAST A TELEVISION ENROUTE TO MY PRISON JOB. IT IS MY UNDERSTANDING THAT A CHILD NAMED SARAH HAS BATTLED AN UNFORTUNATE LUNG CONDITION REQUIRING AN ADULT TRANSPLANT, COINCIDENTALLY, I HAVE LONG SOUGHT TO ASSIST PEOPLE IN SARAH'S SITUATION SINCE 2005. MY IDEA IS TO IMPLEMENT A PROGRAM ALLOWING LIVING ORGAN DONATIONS FROM INMATES, DISCREETLY, WITHOUT ANY FORM OF COMPENSATION. SADLY, THERE ARE POLICIES RESTRICTING MANY POTENTIAL DONORS FROM GIVING THE GIFT OF LIFE. IT IS HOPEFUL THAT CNN STAFF WILL PASS MY INFORMATION ON TO THOSE INVOLVED IN SARAH'S FIGHT TO CHANGE REGULATIONS PERTAINING TO ORGAN DONOR SOURCES AND RECIPIENT QUALIFICATION!

ATTACHED PLEASE FIND COPIES OF MY LETTERS AND AN EXPIRED (AND UNSUCCESSFUL) PEN-PAL AD. IT WOULD BE VERY MUCH APPRECIATED IF CNN COULD BE PART OF MY QUEST TO SAVE LIVES BY FORWARDING THESE DOCUMENTS TO AN AGENCY OR GROUP THAT WILL HELP. ALTERNATIVELY, PLEASE PROVIDE ME WITH CONTACT INFORMATION OF THOSE INVOLVED IN SARAH'S LEGAL DISPUTE.

VERY TRUELY YOURS,

COLEMAN LEAKE JOHNSON JR. 51933-083
EDGEFIELD FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 725
EDGEFIELD, SC. 29824-0725

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISON

| TO: (NAME AND TITLE OF STAFF MEMBER)<br>Assistant Warden E. Rucker &<br>Medical Administration, FCC Petersburg | DATE:<br>12/26/18 | |
|---|---|---|
| FROM:<br>Inmate: Coleman Leake Johnson, Jr. | REGISTER NO.:<br>51933-083 | |
| WORK ASSIGNMENT:<br>UNICOR: 1 | UNIT:<br>D-North | CELL:<br>33-Upper |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

# REQUESTING TO DONATE KIDNEY TO MY BIOLOGICAL FATHER, COLEMAN LEAKE JOHNSON, SR.

The United States Department of Justice, Federal Bureau of Prisons, Program Statement HSD/HPB Number: P6031.04. PATIENT CARE (38, ORGAN DONATION BY INMATES), require the following criteria:

1. [Inmate] organ donation is only permitted when the participant is a member of the inmate donor's immediate family (parents, siblings, and biological children.)

2. Hospitalizations or fees involved will not be at the Government's expense including all costs associated with guarding the inmate at off-site facilities. This includes the U.S. Marshals Service.

3. The inmate must sign a statement indicating the desire to donate an organ to a specific relative. The consent must state the following:

   a. The inmate understands the possible dangers of the operation.
   b. The inmate agrees at his/her free will.
   c. The government will not be held responsible for any complications or financial responsibilities.

## ✶ ✶ ✶ ATTACHED IS THE STATEMENT OF DESIRE, CONSENT, AND INTENT ✶ ✶ ✶

(DO NOT WRITE BELOW THIS LINE)

DISPOSITION:

| STAFF MEMBER SIGNATURE | DATE |
|---|---|
| Record Copy - File; Copy – Inmate<br>(This Form May Be Replicated Via WP) | This Form Replaces Bp-148.070 Dated Jun 86<br>And Bp-S148.070 Apr 94 |

TO: ASSISTANT WARDEN MR. E. RUCKER          DECEMBER 26, 2018
FROM: INMATE COLEMAN LEAKE JOHNSON, JR,
        51933-083, D-NORH, CELL 33

DEAR MR. RUCKER,

MINDFUL OF YOUR BUSY SCHEDULE I APPOLOGIZE FOR THIS INTERRUPTION.
HOWEVER, I HAVE AN ODD REQUEST FROM THE MEDICAL ADMINISTRATION AND THOUGHT
IT WOULD BE NECESSARY TO PROVIDE COURTESY COPIES TO EXPLAIN MY SITUATION.

MY GOAL IS TO DONATE A LIVING ORGAN TO MY BIOLOGICAL FATHER, COLEMAN
LEAKE JOHNSON, SR., HE IS A RESIDENT OF NEWPORT NEWS AND IN ADVANCE
STAGES OF KIDNEY FAILURE, PLEASE HELP ME SAVE HIS LIFE.

THE MEDICAL DEPARTMENT HAS ALSO BEEN NOTIFIED OF THIS REQUEST
AND WAS ALSO PROVIDED WITH THESE SAME DOCUMENTS. PLEASE LET ME KNOW
WHAT TO DO TO FURTHER THIS PROCESS. MEANWHILE MEDICAL STAFF HAS
PROMISSED TO TALK TO ME ABOUT THIS, SO POSSIBLY WE CAN WORK OUT A
GAME PLAN. IF ANY ADDITIONAL TASKS AND/OR MATERIAL ARE NEEDED FROM
MYSELF, MY FAMILY, OR OUTSIDE HEALTH CARE PROVIDERS, WE'LL BE HAPPY TO
PROMPTLY COMPLY.

        THANK YOU KINDLY,
                        COLEMAN L. JOHNSON, JR.

To:    Bureau of Prisons Medical Director, Dr. Jeffery D. Allen

From:  Inmate Coleman Leake Johnson, Jr. 51933-083

## REQUEST TO DONATE KIDNEY TO MY BIOLOGICAL FATHER

Thank you for reviewing this request to donate a living organ to my biological father, Coleman Leake Johnson, Sr., of Newport News, Virginia. He is in advanced stages of kidney failure and in desperate need of a kidney transplant. All the while, I am a 47-year-old with superb health, yet I have a LIFE sentence. Please assist us in saving the life of a productive and loved person by allowing myself to be tested for kidney matching. If my father and I are compatible, then I am additionally requesting to allow me to undergo the surgery and transplant process.

I am the only person that my father has available to give a living organ. Additionally, my health background and strong immune system probably makes me a preferable candidate. I have no drug history and haven't consumed alcohol in over two decades (and on rare occurrences before then). I have no hepatitis, HIV/AIDS, or any infectious diseases and haven't engaged in any risky behavior in my life, i.e. no drugs or intravenous drug activity; no tattoos; no smoking; and no homosexual behavior. With that in mind, please consider the catastrophe it would be for an honest citizen's life to end while a healthy kidney is available that could extend his life another twenty-some years. With your help, we can possibly turn an otherwise hopeless situation into a lifesaving victory. You have no idea how much my family and I value your assistance and how grateful we are for your consideration. The patience, help and professionalism from FCC Petersburg' medical staff are equally appreciated by myself and family as well.

Please know that I fully understand that all hospitalizations and medical costs, and the costs of custody (BOP guarding and/or U.S. Marshals) will be absorbed by my father and his health coverage while absolutely NO liability (financial or otherwise) will fall upon the government. I have arrived at this decision following lengthy and careful thought, under nobody's persuasion or outside influence.

The transplant will occur in nearby Richmond and we are currently waiting to be contacted by the surgeon and transplant coordinator, referred from Dr. Baher A. Basta of Newport News. I will pass their information onto you as soon as I get it. Meanwhile, please know that I am very much aware of the risks involved in this procedure and have researched organ donations before 2004 when I registered as an organ donaor through "*The Living Bank*" of Houston Texas. At that time, I never imagined that a family member would later be in need of anything like this. Nevertheless, the opportunity has come for us to save a life. Please bless us with your approval.

_____  01-03-18

Coleman Leake Johnson, Jr. 51933-083

* * * Attachment from 12-26-18 inmate request to donate kidney * * *

## STATEMENT OF DESIRE, CONSENT, AND INTENT TO DONATE KIDNEY

I, Coleman Leake Johnson Jr. federal register number 51933-083, social security number ▮▮▮▮▮ date of birth ▮▮▮ 71, hereby gives notice of desire, consent, and intent to give a living organ donation of my kidney to my biological father, Coleman Leake Johnson Sr. I am of sane mind and understanding and have arrived at this decision from rational consideration and research. I have also been a registered organ donor through "The living Bank" of Houston, Texas, since 2004, therefore it is verifiable that this action follows years of careful thought.

To satisfy the requirements specified in the Federal Bureau of Prisons Program Statement HSD/APB number: P6030.04, PATIENT CARE (38. ORGAN DONATION BY INMATES,) the following provisions are met:

1. The organ recipient is a member of my family.
2. Hospitalizations or fees, and all government expenses, will be absorbed by the insured recipient.
3. This is a statement of desire to donate my kidney to my father.
4. This is a statement of consent that I do understand, and concede to, the possible dangers of the operation and have thoroughly researched this procedure.
5. It is my desire to participate in this medical procedure and it is pursued at my own free will without any form of compensation or persuasion.
6. The recipient is insured and I am aware of, and in acceptance of, the government not being held responsible for any complications of financial responsibilities on behalf of myself or the organ recipient.
7. Recipient's transplant procedure is expected to take place in Richmond, Virginia and his health care providers wish for me to be tested for compatibility.
8. My witnessed signature to this document confirms that I agree to the statements contained herein, and to the criteria of this of the Bureau of Prisons Program Statement P6030.04.

Recipient:
Coleman Leake Johnson, SR.

Recipient's current care provider:
(Transplant surgeon will be different)
Dr. Baher A. Basta

_____, Coleman Leake Johnson, Jr.
COMMONWEALTH OF VIRGINIA, AT LARGE:
Sworn to and subscribed before me this 26 day of DECEMBER '18
by Coleman Leake Johnson, Jr.

_____, Notary Public

My Commission expires: 9-30-2022

NOTARY PUBLIC
REG. #7761406
MY COMMISSION
EXPIRES
9-30-22

AUTHORIZATION FOR RELEASE OF, AND ACCESS TO, MEDICAL RECORDS
& MEDICAL INFORMATION PERTAUINING TO COLEMAN LEAKE JOHNSON,JR.

I, Coleman Leake Johnson, Jr., federal register number 51933-083, social
security number ▮▮▮▮▮▮▮, date of birth ▮▮▮▮-71, hereby gives
authorization for the release of, and/or access to, and/or information
contained in my medical records, to be shared with, or distributed to, the
care providers of my biological father, Coleman Leake Johnson, Sr.

Additionally, I authorize the Federal Bureau of Prisons Medical Director
Jeffery D. Allen, M.D.; Assistant Medical Director Deborah G. Schult, Ph.D;
any mid-Atlantic regional administration; FCI Petersburg Assistant
Warden E. Richard; and FCI Petersburg medical staff, to be granted
unlimited access to my medical records or any pertinent information
contained in my medical records, since incarceration, and as a civilian,
for the purpose of my kidney donation to my father.

_____, Coleman Leake Johnson, Jr.
COMMONWEALTH OF VIRGINIA, AT LARGE:
Sworn to and subscribed before me this 26 day of DECEMBER '18
by Coleman Leake Johnson, Jr.

_____, Notary Public

My Commission expires: 9-30-2022



Notary seal:
CHRYSTAL GETER
NOTARY PUBLIC
REG. #7761406
MY COMMISSION
EXPIRES
9-30-22
COMMONWEALTH OF VIRGINIA

TO: ASSISTANT WARDEN MR. E. RUCKER     DECEMBER 26, 2018.

FROM: INMATE COLEMAN LEAKE JOHNSON, JR,

51933-083, D-NORH, CELL 33

DEAR MR. RUCKER,

MINDFUL OF YOUR BUSY SCHEDULE I APPOLOGIZE FOR THIS INTERRUPTION.
HOWEVER, I HAVE AN ODD REQUEST FROM THE MEDICAL ADMINISTRATION AND THOUGHT
IT WOULD BE NECESSARY TO PROVIDE COURTESY COPIES TO EXPLAIN MY SITUATION.

MY GOAL IS TO DONATE A LIVING ORGAN TO MY BIOLOGICAL FATHER, COLEMAN
LEAKE JOHNSON, SR., HE IS A RESIDENT OF NEWPORT NEWS AND IN ADVANCE
STAGES OF KIDNEY FAILURE. PLEASE HELP ME SAVE HIS LIFE.

THE MEDICAL DEPARTMENT HAS ALSO BEEN NOTIFIED OF THIS REQUEST
AND WAS ALSO PROVIDED WITH THESE SAME DOCUMENTS. PLEASE LET ME KNOW
WHAT TO DO TO FURTHER THIS PROCESS. MEANWHILE MEDICAL STAFF HAS
PROMISSED TO TALK TO ME ABOUT THIS, SO POSSIBLY WE CAN WORK OUT A
GAME PLAN. IF ANY ADDITIONAL TASKS AND/OR MATERIAL ARE NEEDED FROM
MYSELF, MY FAMILY, OR OUTSIDE HEALTH CARE PROVIDERS, WE'LL BE HAPPY TO
PROMPTLY COMPLY.

THANK YOU KINDLY,
COLEMAN L. JOHNSON, JR.

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98

## U.S. DEPARTMENT OF JUSTICE

### FEDERAL BUREAU OF PRISON

| TO: (NAME AND TITLE OF STAFF MEMBER) | DATE: |
|---|---|
| DR. LAYBOURNE & MS. BEASLEY<br>FROM: | MARCH 22, 2019<br>REGISTER NO: |
| COLEMAN LEAKE JOHNSON, JR.<br>WORK ASSIGNMENT: | 51933-083<br>UNIT:                    CELL: |
| UNITOR - BUSINESS OFFICE | D-NORTH        #33 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

RE: TRANSPLANT

DR. LAYBOURN & MS. BEASLEY

MY PARENTS JUST MET AT VCU YESTERDAY REGARDING MY DAD'S KIDNEY

TRANSPLANT. MS. MAUREEN BELL BSN, RN, CCM WANTS US TO CALL HER.

MAYBE IT WOULD BE EFFICIENT IF WE COULD ALL THREE TALK VIA SPEAKER

PHONE FROM YOUR OFFICE. IF THIS IS A POSSIBILITY, PLEASE CALL ME OVER

AND/OR PLACE ME ON CALL-OUT. THEIR PROJECTED TRANSPLANT SCHEDULING

IS 2 TO 3 WEEKS. THANK YOU, COLEMAN JOHNSON, JR.


MS. MAUREEN BELL, BSN, RN, CCM   1-804-628-0711

---

**(DO NOT WRITE BELOW THIS LINE)**

DISPOSITION:

504-1700

| STAFF MEMBER SIGNATURE: | DATE: |
|---|---|
| Record Copy- File; Copy – Inmate<br>(This Form May Be Replicated Via WP) | This Form Replaces Bp-148.070 Dated Jun 86<br>And Bp-S148.070 Apr 94 |

TRULINCS 51933083 - JOHNSON, COLEMAN LEAKE JR - Unit: PEM-D-N

---------------------------------------------------------------------------------------

FROM: 51933083
TO: Health Services
SUBJECT: ***Request to Staff*** JOHNSON, COLEMAN, Reg# 51933083, PEM-D-N
DATE: 12/26/2018 06:22:23 PM

To: Administration
Inmate Work Assignment: Unicor - 1

I wish to make a living organ donation (kidney) to my biological father, Coleman Leake Johnson, Sr., whom is currently in advanced stages of kidney failure and on dialysis. Through research, I understand that an inmate organ donation is permitted once certain criteria is met, outlined in Program Statement HSD/HPD Number: P6030.04 PATIENT CARE (38. ORGAN DONATION BY INMATES). I have also been a registered organ donor since 2004, therefore I am comfortable with this decision. A signed medical records release authorization and a statement of my intent has been sent to your department with a copy forwarded to Assistant Warden E. Rucker. Please help me save the life of a very special and deserving person that has spent most of his years doing nothing but good things for countless people.

Thank you kindly,
        Coleman Leake Johnson, Jr. 51933-083