**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:51933-083, Last Name:JOHNSON

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

```
Register Number: 51933-083              Risk Level Inmate....: R-MIN
Inmate Name                                General Level......: R-MIN (-10)
   Last.........: JOHNSON                  Violent Level......: R-MIN (0)
   First........: COLEMAN               Security Level Inmate: HIGH
   Middle.......: LEAKE                 Security Level Facl..: MEDIUM
   Suffix.......: JR                    Responsible Facility.: PEM
Gender..........: MALE                  Start Incarceration..: 09/24/2001
```

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 52 | 7 | 4 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | 257 | 0 | 0 |
| Time Since Last Serious Incident Report | 257 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 41 | -12 | -4 |
| Work Programs | 8 | -2 | -2 |
| | Total | -10 | 0 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 41
General Score: -12, Violent Score: -4
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | DRG E COMP | 06/18/2002 10:22 | |
| EDC | TPCACE101 | 11/11/2001 00:01 | 11/11/2001 00:01 |
| EDC | TPCACE104 | 11/18/2001 00:01 | 11/18/2001 00:01 |
| EDC | TPCACE107 | 11/25/2001 00:01 | 11/25/2001 00:01 |
| EDC | TPCACE354 | 01/13/2002 00:01 | 01/13/2002 00:01 |
| EDC | ACE SPAN 1 | 01/18/2002 00:01 | 01/18/2002 00:01 |
| EDC | ACE MATH | 01/19/2002 00:01 | 01/19/2002 00:01 |
| EDC | TPCACE367 | 01/20/2002 00:01 | 01/20/2002 00:01 |
| EDC | TPCACE362 | 01/28/2002 00:01 | 01/28/2002 00:01 |
| EDC | ACE ECON | 02/20/2002 00:01 | 02/20/2002 00:01 |

Assessment Date: 01/03/2024                  (1)                  Assessment# R-2146473978

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**
Register Number: 51933-083, Last Name: JOHNSON

| U.S. DEPARTMENT OF JUSTICE | | | | FEDERAL BUREAU OF PRISONS |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| EDC | COLLEGE-MA  | 02/19/2005 14:30 | 02/19/2005 14:30 |
| EDC | COLLEGE-WR  | 02/19/2005 14:31 | 02/19/2005 14:31 |
| EDC | FILM CRITI  | 04/18/2005 19:26 | 04/18/2005 19:26 |
| EDC | MODERNMATH  | 05/04/2005 08:14 | 05/04/2005 08:14 |
| EDC | JAZZ        | 08/07/2005 12:30 | 08/07/2005 12:30 |
| EDC | MUS THEORY  | 08/09/2005 07:01 | 08/09/2005 07:01 |
| EDC | PUB SPEAK   | 08/17/2005 19:37 | 08/17/2005 19:37 |
| EDC | THEOLOGY    | 12/07/2005 13:45 | 12/07/2005 13:45 |
| EDC | LGL WRKSHO  | 03/10/2006 09:13 | 03/10/2006 09:13 |
| EDC | GEOGRAPHY   | 05/23/2006 14:00 | 05/23/2006 14:00 |
| EDC | PUBLIC      | 03/06/2007 14:42 | 03/06/2007 14:42 |
| EDC | CDL PREP    | 08/25/2008 00:01 | 08/25/2008 00:01 |
| EDC | SELF MNG    | 09/01/2008 00:01 | 09/01/2008 00:01 |
| EDC | DEC MAKING  | 09/02/2008 00:01 | 09/02/2008 00:01 |
| EDC | PARENTING   | 01/05/2009 00:01 | 01/05/2009 00:01 |
| EDC | MOCHICANS   | 04/01/2009 18:39 | 04/01/2009 18:39 |
| EDC | HOLMES      | 04/01/2009 19:29 | 04/01/2009 19:29 |
| EDC | CLASSICLIT  | 04/01/2009 20:00 | 04/01/2009 20:00 |
| EDC | SPORTS BIO  | 05/01/2009 18:49 | 05/01/2009 18:49 |
| EDC | IVAN HOE    | 05/01/2009 18:58 | 05/01/2009 18:58 |
| EDC | NOVEL       | 08/03/2009 00:01 | 08/03/2009 00:01 |
| EDC | AUTHORING   | 07/21/2016 18:30 | 07/21/2016 18:30 |
| EDC | CIVICS      | 10/19/2016 18:30 | 10/19/2016 18:30 |
| EDC | NONPROFIT   | 01/25/2017 18:30 | 01/25/2017 18:30 |
| EDC | JOURNALISM  | 04/17/2017 18:30 | 04/17/2017 18:30 |
| EDC | UNTPERSFIN  | 09/14/2020 14:38 | 09/14/2020 14:38 |
| EDC | UNTPHYSCI   | 08/02/2021 10:13 | 08/02/2021 10:13 |
| EDC | UNT-CIVGOV  | 09/20/2021 14:27 | 09/20/2021 14:27 |
| EDC | UNTALGEBRA  | 11/22/2021 13:57 | 11/22/2021 13:57 |
| PTP | BRV COMP    | 06/24/2002 12:38 | |
| PTP | CHG COMP    | 11/22/2006 14:50 | |

Item: Work Programs, Value: 8
General Score: -2, Violent Score: -2
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | VT COMP C   | 12/04/2003 11:07 | 12/04/2003 11:07 |
| EDC | VT COMP PM  | 07/25/2005 12:30 | 07/25/2005 12:30 |
| EDC | CERT PRGM   | 12/15/2005 15:23 | 12/15/2005 15:23 |
| EDC | AUTO 068    | 02/18/2009 00:01 | 02/18/2009 00:01 |
| EDC | AUTO 056    | 05/28/2009 00:01 | 05/28/2009 00:01 |

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:51933-083, Last Name:JOHNSON

| U.S. DEPARTMENT OF JUSTICE | | | | FEDERAL BUREAU OF PRISONS |
|---|---|---|---|---|
| EDC | CULSERVSAF | 04/05/2010 13:15 | 04/05/2010 13:15 | |
| EDC | CULVTNOCTI | 06/16/2010 13:19 | 06/16/2010 13:19 | |
| WRK | UNICOR 1 | 12/19/2023 12:34 | | |

Assessment Date: 01/03/2024                                    (3)                                    Assessment# R-2146473978