**From:** █████████████████████
**Sent:** Monday, July 8, 2024 5:10 PM
**To:** Abigail Thibeault <Abigail_Thibeault@fd.org>
**Subject:** Coleman Leake Johnson, Jr.

EXTERNAL SENDER

Dear Attorney Thibeault,
 I am writing on behalf of Coleman Leake Johnson, Jr. your client, to offer him immediate employment once he is released.  I am a self-employed real estate agent and property manager licensed in both Virginia and North Carolina. I can greatly use Coleman's skills in general maintenance and  I am prepared to offer him an employment opportunity at the time of his release. I have known Coleman (Mike) his entire life and am very familiar with the details of his case and conviction.

Additionally, I am aware of the critical needs of his elderly mother, widowed sister, and handicapped niece, for whom Mike is the sole hope as a caregiver and supporter. During his 24 years of incarceration, Mike has made impressive achievements, including obtaining a business certificate and holding various administrative jobs. I have observed significant maturity and moral improvement in him over these years. Based on these observations, I strongly believe that he deserves a second chance. In the interest of justice and to support a deserving individual's reintegration into society, I respectfully request your assistance in facilitating his release.
Thank you for considering my recommendation.


Carmen Garrison
New Market Realty
█████████████
Licensed in Virginia & North Carolina
█████████████████████

**From:** ███████████████████████████
**Sent:** Tuesday, July 9, 2024 6:53 AM
**To:** Abigail Thibeault <Abigail_Thibeault@fd.org>
**Subject:** Coleman Leake Johnson

EXTERNAL SENDER

Dear Attorney Abigail Thibeault,
I am writing to express my full support for Coleman Leake Johnson, Jr. and to offer him immediate employment upon his release.

My name is Daniel Street, and I am a Class A Licensed General Contractor and the owner of Precision Properties and Design LLC. I have complete confidence in Mr. Johnson's ability to reintegrate into society and contribute positively. As a former trooper of the Virginia State Police, I understand the importance of community safety and the responsibility that comes with providing second chances. I firmly believe that Coleman poses no threat to the community and will be a valuable member of our society. He has demonstrated qualities such as trustworthiness, dedication, and a strong work ethic.

It is my understanding that Coleman will be residing in North Carolina while working with me in Virginia. He will be the sole provider and caregiver to his elderly sick mother and struggling sister, as well as his adolescent niece who is 100% disabled. Given his daily one-hour interstate commute, I am accommodating his necessary schedule to ensure he can fulfill his family responsibilities. Please consider this employment opportunity as a remedy to the needs of his desperate family.

I look forward to employing Mr. Johnson as quickly as possible and am committed to providing him with the necessary support and resources to ensure his successful transition.
Thank you for considering my recommendation and support for Coleman Leake Johnson, Jr.


Sincerely,
Daniel Street