```
 BECDT   531.01  *              INMATE HISTORY              *   06-26-2024
 PAGE 001         *                QUARTERS                 *   15:50:27

 REG NO..: 51933-083 NAME....: JOHNSON, COLEMAN LEAKE JR
 CATEGORY: QTR        FUNCTION: PRT         FORMAT:

 FCL   ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
 PEM   B04-059U   HOUSE B/RANGE 04/BED 059U     05-06-2024 1145 CURRENT
 PEM   B04-059U   HOUSE B/RANGE 04/BED 059U     12-07-2023 1609 05-06-2024 0915
 PEM   B04-060L   HOUSE B/RANGE 04/BED 060L     12-07-2023 1531 12-07-2023 1609
 PEM   Z03-213LAD HOUSE Z/RANGE 03/BED 213L AD  11-27-2023 2202 12-07-2023 1531
 PEM   Z03-210LAD HOUSE Z/RANGE 03/BED 210L AD  11-23-2023 1418 11-27-2023 2202
 PEM   Z03-207LAD HOUSE Z/RANGE 03/BED 207L AD  11-22-2023 0006 11-23-2023 1418
 PEM   Z03-219UAD HOUSE Z/RANGE 03/BED 219U AD  11-16-2023 2249 11-22-2023 0006
 PEM   Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD  11-16-2023 1652 11-16-2023 2249
 PEM   B04-059U   HOUSE B/RANGE 04/BED 059U     09-16-2022 0932 11-16-2023 1652
 PEM   B04-065U   HOUSE B/RANGE 04/BED 065U     10-05-2021 1030 09-16-2022 0932
 PEM   Z02-131LAD HOUSE Z/RANGE 02/BED 131L AD  10-04-2021 2231 10-05-2021 0434
 PEM   Z02-144LAD HOUSE Z/RANGE 02/BED 144L AD  10-04-2021 2037 10-04-2021 2231
 PEM   Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD  10-04-2021 1919 10-04-2021 2037
 PEM   B04-065U   HOUSE B/RANGE 04/BED 065U     06-08-2021 1234 10-04-2021 1919
 PEM   F03-043U   HOUSE F/RANGE 03/BED 043U     05-18-2021 1952 06-08-2021 1234
 PEM   F03-014U   HOUSE F/RANGE 03/BED 014U     05-18-2021 1015 05-18-2021 1952
 PEM   F03-014L   HOUSE F/RANGE 03/BED 014L     05-17-2021 1454 05-18-2021 1015
 PEM   B04-065U   HOUSE B/RANGE 04/BED 065U     09-09-2020 1209 05-17-2021 1013
 PEM   F03-044L   HOUSE F/RANGE 03/BED 044L     08-26-2020 1749 09-09-2020 1209
 PEM   Z01-119LAD HOUSE Z/RANGE 01/BED 119L AD  08-18-2020 2152 08-26-2020 1749
 PEM   Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD  08-18-2020 1450 08-18-2020 2152
 PEM   B04-065U   HOUSE B/RANGE 04/BED 065U     05-28-2020 1707 08-18-2020 1036
 PEM   B04-064U   HOUSE B/RANGE 04/BED 064U     05-28-2020 1102 05-28-2020 1707
 PEM   D03-013U   HOUSE D/RANGE 03/BED 013U     01-22-2020 1528 05-28-2020 1102
 PEM   D03-013U   HOUSE D/RANGE 03/BED 013U     10-22-2019 1925 01-22-2020 1317
 PEM   D03-015U   HOUSE D/RANGE 03/BED 015U     06-11-2019 1623 10-22-2019 1925
 PEM   D03-033L   HOUSE D/RANGE 03/BED 033L     06-12-2018 1057 06-11-2019 1623
 PEM   D03-033L   HOUSE D/RANGE 03/BED 033L     05-07-2018 1133 06-12-2018 0750
 PEM   D03-033L   HOUSE D/RANGE 03/BED 033L     10-12-2017 1425 05-07-2018 0807
 PEM   D03-033L   HOUSE D/RANGE 03/BED 033L     08-01-2017 1818 10-12-2017 0921
 PEM   D03-033L   HOUSE D/RANGE 03/BED 033L     07-27-2017 2024 07-27-2017 2025
 PEM   D03-033L   HOUSE D/RANGE 03/BED 033L     06-06-2016 1219 07-27-2017 1432
 PEM   D03-035U   HOUSE D/RANGE 03/BED 035U     01-20-2016 1845 06-06-2016 1219
 PEM   R01-001L   HOUSE R/RANGE 01/BED 001L     01-20-2016 1715 01-20-2016 1845
 ATL   J03-363L   HOUSE J/RANGE 03/BED 363L     01-14-2016 2206 01-20-2016 0705
 ATL   J03-374L   HOUSE J/RANGE 03/BED 374L     01-13-2016 1829 01-14-2016 2206
 ATL   R01-001L   HOUSE R/RANGE 01/BED 001L     01-13-2016 1359 01-13-2016 1829
 EDG   B08-425U   HOUSE B/RANGE 08/BED 425U     08-27-2015 0725 01-13-2016 1101
 EDG   B08-431U   HOUSE B/RANGE 08/BED 431U     02-04-2015 0913 08-27-2015 0725
 EDG   B08-428U   HOUSE B/RANGE 08/BED 428U     11-20-2013 0836 02-04-2015 0913
 EDG   B06-417L   HOUSE B/RANGE 06/BED 417L     07-22-2013 1343 11-20-2013 0836




 G0002        MORE PAGES TO FOLLOW . . .
```

```
BECDT  531.01  *                  INMATE HISTORY            *  06-26-2024
PAGE 002        *                     QUARTERS              *  15:50:27

REG NO..: 51933-083  NAME....: JOHNSON, COLEMAN LEAKE JR
CATEGORY: QTR        FUNCTION: PRT         FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                      START DATE/TIME  STOP  DATE/TIME
EDG   Z03-108UAD  HOUSE Z/RANGE 03/BED 108U AD     07-21-2013 2223  07-22-2013 1343
EDG   Z07-219UAD  HOUSE Z/RANGE 07/BED 219U AD     07-21-2013 2145  07-21-2013 2223
EDG   Z07-205LAD  HOUSE Z/RANGE 07/BED 205L AD     07-21-2013 1047  07-21-2013 2145
EDG   Z03-101LAD  HOUSE Z/RANGE 03/BED 101L AD     07-19-2013 1648  07-21-2013 1047
EDG   Z07-205UAD  HOUSE Z/RANGE 07/BED 205U AD     07-19-2013 0807  07-19-2013 1648
EDG   Z03-101LAD  HOUSE Z/RANGE 03/BED 101L AD     07-18-2013 1655  07-19-2013 0807
EDG   Z07-205LAD  HOUSE Z/RANGE 07/BED 205L AD     07-18-2013 1205  07-18-2013 1655
EDG   Z03-101LAD  HOUSE Z/RANGE 03/BED 101L AD     07-18-2013 1107  07-18-2013 1205
EDG   B06-417L    HOUSE B/RANGE 06/BED 417L        08-08-2012 1638  07-18-2013 1107
EDG   B05-304U    HOUSE B/RANGE 05/BED 304U        05-24-2012 1034  08-08-2012 1638
EDG   B08-404L    HOUSE B/RANGE 08/BED 404L        12-28-2011 1712  05-24-2012 1034
EDG   B08-404U    HOUSE B/RANGE 08/BED 404U        01-21-2011 1451  12-28-2011 1712
EDG   B08-404L    HOUSE B/RANGE 08/BED 404L        12-23-2010 1410  01-21-2011 1451
EDG   B08-404U    HOUSE B/RANGE 08/BED 404U        08-24-2010 0931  12-23-2010 1410
EDG   B05-311U    HOUSE B/RANGE 05/BED 311U        08-16-2010 0948  08-24-2010 0931
EDG   C08-407U    HOUSE C/RANGE 08/BED 407U        04-26-2010 1304  08-16-2010 0948
EDG   C07-314U    HOUSE C/RANGE 07/BED 314U        01-26-2010 1259  04-26-2010 1304
EDG   C07-301U    HOUSE C/RANGE 07/BED 301U        01-13-2010 1532  01-26-2010 1259
EDG   R01-001L    HOUSE R/RANGE 01/BED 001L        01-13-2010 1000  01-13-2010 1532
ATL   J04-445U    HOUSE J/RANGE 04/BED 445U        01-05-2010 1535  01-13-2010 0628
ATL   J04-446L    HOUSE J/RANGE 04/BED 446L        01-05-2010 1518  01-05-2010 1535
ATL   R01-001L    HOUSE R/RANGE 01/BED 001L        01-05-2010 1231  01-05-2010 1518
OKL   C05-323U    HOUSE C/RANGE 05/BED 323U        12-17-2009 1850  01-05-2010 0744
OKL   C05-322U    HOUSE C/RANGE 05/BED 322U        12-17-2009 1735  12-17-2009 1850
VIP   C34-225L    HOUSE C/RANGE 34/BED 225L        10-14-2009 0951  12-17-2009 0900
VIP   C34-216L    HOUSE C/RANGE 34/BED 216L        08-04-2009 0700  10-14-2009 0951
VIP   A34-216L    HOUSE A/RANGE 34/BED 216L        01-23-2009 1152  08-04-2009 0700
VIP   A34-216U    HOUSE A/RANGE 34/BED 216U        08-27-2008 1435  01-23-2009 1152
VIP   A34-228U    HOUSE A/RANGE 34/BED 228U        08-21-2008 1141  08-27-2008 1435
VIP   A34-201U    HOUSE A/RANGE 34/BED 201U        08-21-2008 1027  08-21-2008 1141
VIP   A12-212L    HOUSE A/RANGE 12/BED 212L        07-29-2008 1836  08-21-2008 1027
VIP   A11-101U    HOUSE A/RANGE 11/BED 101U        07-29-2008 1647  07-29-2008 1836
VIP   R01-001L    HOUSE R/RANGE 01/BED 001L        07-29-2008 1150  07-29-2008 1647
OKL   Z02-710LAD  HOUSE Z/RANGE 02/BED 710L AD     07-24-2008 2102  07-29-2008 0800
OKL   R01-001L    HOUSE R/RANGE 01/BED 001L        07-24-2008 1551  07-24-2008 2102
OKL   C04-417L    HOUSE C/RANGE 04/BED 417L        07-24-2008 1526  07-24-2008 1551
OKL   R01-001L    HOUSE R/RANGE 01/BED 001L        07-24-2008 1340  07-24-2008 1526
FLP   R01-001L    HOUSE R/RANGE 01/BED 001L        07-23-2008 2042  07-24-2008 0239
FLP   Z07-165L    HOUSE Z/RANGE 07/BED 165L        07-16-2008 1458  07-23-2008 2042
FLP   Z01-100L    HOUSE Z/RANGE 01/BED 100L        07-16-2008 1117  07-16-2008 1458
FLP   H01-001L    HOUSE H/RANGE 01/BED 001L        07-14-2008 1643  07-16-2008 1117




G0002        MORE PAGES TO FOLLOW . . .
```

```
BECDT  531.01  *              INMATE HISTORY              *   06-26-2024
PAGE 003       *                 QUARTERS                 *   15:50:27

 REG NO..: 51933-083 NAME....: JOHNSON, COLEMAN LEAKE JR
 CATEGORY: QTR       FUNCTION: PRT       FORMAT:

FCL  ASSIGNMENT DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
FLP  Z06-241L   HOUSE Z/RANGE 06/BED 241L    07-14-2008 1641 07-14-2008 1643
FLP  Z06-241L   HOUSE Z/RANGE 06/BED 241L    06-27-2008 1125 07-12-2008 1430
FLP  Z01-116L   HOUSE Z/RANGE 01/BED 116L    06-22-2008 1312 06-27-2008 1125
FLP  Z01-111L   HOUSE Z/RANGE 01/BED 111L    06-02-2008 1423 06-22-2008 1312
FLP  Z01-116L   HOUSE Z/RANGE 01/BED 116L    05-14-2008 1338 06-02-2008 1423
FLP  Z01-114L   HOUSE Z/RANGE 01/BED 114L    05-02-2008 1401 05-14-2008 1338
FLP  Z01-111L   HOUSE Z/RANGE 01/BED 111L    05-02-2008 1356 05-02-2008 1401
FLP  Z01-110L   HOUSE Z/RANGE 01/BED 110L    04-12-2008 0904 05-02-2008 1356
FLP  Z01-111L   HOUSE Z/RANGE 01/BED 111L    03-23-2008 1317 04-12-2008 0904
FLP  Z01-105U   HOUSE Z/RANGE 01/BED 105U    03-03-2008 0909 03-23-2008 1317
FLP  Z01-107U   HOUSE Z/RANGE 01/BED 107U    02-14-2008 2116 03-03-2008 0909
FLP  Z03-131UDS HOUSE Z/RANGE 03/BED 131U DS 02-09-2008 1530 02-14-2008 2116
FLP  Z04-228UDS HOUSE Z/RANGE 04/BED 228U DS 01-27-2008 1717 02-09-2008 1530
FLP  Z01-100L   HOUSE Z/RANGE 01/BED 100L    01-27-2008 1444 01-27-2008 1717
FLP  H01-002L   HOUSE H/RANGE 01/BED 002L    01-27-2008 0952 01-27-2008 1444
FLP  B01-108U   HOUSE B/RANGE 01/BED 108U    10-24-2007 0817 01-27-2008 0952
FLP  B04-224U   HOUSE B/RANGE 04/BED 224U    10-06-2007 1743 10-24-2007 0817
FLP  B04-224U   HOUSE B/RANGE 04/BED 224U    10-12-2006 1149 10-06-2007 1139
FLP  D03-201U   HOUSE D/RANGE 03/BED 201U    08-17-2005 1026 10-12-2006 1149
FLP  E03-208U   HOUSE E/RANGE 03/BED 208U    09-29-2004 1320 08-17-2005 1026
FLP  B08-221U   HOUSE B/RANGE 08/BED 221U    08-11-2004 1450 09-29-2004 1320
FLP  H01-001L   HOUSE H/RANGE 01/BED 001L    08-10-2004 1532 08-11-2004 1450
FLP  B08-221U   HOUSE B/RANGE 08/BED 221U    05-24-2004 1232 08-10-2004 1532
FLP  Z05-913LAD HOUSE Z/RANGE 05/BED 913L AD 05-23-2004 0338 05-24-2004 1232
FLP  Z13-001LAD HOUSE Z/RANGE 13/BED 001L AD 05-19-2004 0302 05-23-2004 0338
FLP  B08-221U   HOUSE B/RANGE 08/BED 221U    03-06-2004 1952 05-19-2004 0302
FLP  Z05-909LAD HOUSE Z/RANGE 05/BED 909L AD 03-03-2004 0338 03-06-2004 1952
FLP  Z07-215LAD HOUSE Z/RANGE 07/BED 215L AD 02-16-2004 0532 03-03-2004 0338
FLP  Z07-214LAD HOUSE Z/RANGE 07/BED 214L AD 02-11-2004 0450 02-16-2004 0532
FLP  Z13-002LAD HOUSE Z/RANGE 13/BED 002L AD 02-10-2004 1232 02-11-2004 0450
FLP  B08-221U   HOUSE B/RANGE 08/BED 221U    11-12-2003 1403 02-10-2004 1232
FLP  E04-216U   HOUSE E/RANGE 04/BED 216U    10-01-2003 1143 11-12-2003 1403
FLP  D05-110L   HOUSE D/RANGE 05/BED 110L    07-24-2003 1439 10-01-2003 1143
FLP  R01-001L   HOUSE R/RANGE 01/BED 001L    07-24-2003 1048 07-24-2003 1439
OKL  Z01-702LAD HOUSE Z/RANGE 01/BED 702L AD 07-10-2003 2202 07-24-2003 0715
OKL  R01-001L   HOUSE R/RANGE 01/BED 001L    07-10-2003 1725 07-10-2003 2202
BEC  Z02-019LAD HOUSE Z/RANGE 02/BED 019L AD 06-29-2003 2058 07-10-2003 1050
BEC  Z02-019UAD HOUSE Z/RANGE 02/BED 019U AD 06-28-2003 2025 06-29-2003 2058
BEC  Z04-002LDS HOUSE Z/RANGE 04/BED 002L DS 06-28-2003 1256 06-28-2003 2025
BEC  Z04-001LDS HOUSE Z/RANGE 04/BED 001L DS 06-07-2003 1108 06-28-2003 1256
BEC  Z04-003LDS HOUSE Z/RANGE 04/BED 003L DS 05-18-2003 0912 06-07-2003 1108




G0002         MORE PAGES TO FOLLOW . . .
```

```
 BECDT  531.01  *             INMATE HISTORY              *   06-26-2024
PAGE 004 OF 004 *                QUARTERS                 *   15:50:27

 REG NO..: 51933-083 NAME....: JOHNSON, COLEMAN LEAKE JR
 CATEGORY: QTR         FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME  STOP  DATE/TIME
BEC    Z04-001LDS HOUSE Z/RANGE 04/BED 001L DS  04-29-2003 1110  05-18-2003 0912
BEC    Z01-007UAD HOUSE Z/RANGE 01/BED 007U AD  04-20-2003 0816  04-29-2003 1110
BEC    Z01-014UAD HOUSE Z/RANGE 01/BED 014U AD  04-02-2003 1535  04-20-2003 0816
BEC    Z05-001LH  HOUSE Z/RANGE 05/BED 001L H   04-02-2003 1531  04-02-2003 1535
BEC    R01-001L   HOUSE R/RANGE 01/BED 001L     04-02-2003 1216  04-02-2003 1531
BEC    Z02-010LAD HOUSE Z/RANGE 02/BED 010L AD  03-01-2003 2121  03-04-2003 1155
BEC    Z02-010UAD HOUSE Z/RANGE 02/BED 010U AD  02-12-2003 0941  03-01-2003 2121
BEC    Z02-002UAD HOUSE Z/RANGE 02/BED 002U AD  01-28-2003 1357  02-12-2003 0941
BEC    Z05-001LH  HOUSE Z/RANGE 05/BED 001L H   01-28-2003 1341  01-28-2003 1357
BEC    R01-001L   HOUSE R/RANGE 01/BED 001L     01-28-2003 1200  01-28-2003 1341
BEC    R01-001L   HOUSE R/RANGE 01/BED 001L     01-16-2003 0703  01-16-2003 0835
BEC    Z01-023LAD HOUSE Z/RANGE 01/BED 023L AD  12-27-2002 1130  01-16-2003 0703
BEC    Z01-019LAD HOUSE Z/RANGE 01/BED 019L AD  12-07-2002 1135  12-27-2002 1130
BEC    Z01-007LAD HOUSE Z/RANGE 01/BED 007L AD  11-16-2002 1944  12-07-2002 1135
BEC    Z01-012LAD HOUSE Z/RANGE 01/BED 012L AD  11-01-2002 1450  11-16-2002 1944
BEC    Z05-001LH  HOUSE Z/RANGE 05/BED 001L H   11-01-2002 1422  11-01-2002 1450
BEC    R01-001L   HOUSE R/RANGE 01/BED 001L     11-01-2002 1130  11-01-2002 1422
BEC    Z02-012LAD HOUSE Z/RANGE 02/BED 012L AD  09-23-2002 1254  09-30-2002 1145
BEC    Z02-011LAD HOUSE Z/RANGE 02/BED 011L AD  09-13-2002 1435  09-23-2002 1254
BEC    Z05-001LH  HOUSE Z/RANGE 05/BED 001L H   09-13-2002 1410  09-13-2002 1435
BEC    R01-001L   HOUSE R/RANGE 01/BED 001L     09-13-2002 1307  09-13-2002 1410
BEC    Z02-011LAD HOUSE Z/RANGE 02/BED 011L AD  08-29-2002 1242  09-12-2002 1416
BEC    Z04-003LDS HOUSE Z/RANGE 04/BED 003L DS  08-29-2002 1029  08-29-2002 1242
BEC    Z02-011UAD HOUSE Z/RANGE 02/BED 011U AD  08-11-2002 0953  08-29-2002 1029
BEC    Z01-016UAD HOUSE Z/RANGE 01/BED 016U AD  08-01-2002 1434  08-11-2002 0953
BEC    Z02-017UAD HOUSE Z/RANGE 02/BED 017U AD  07-25-2002 1021  08-01-2002 1434
BEC    Z05-001LH  HOUSE Z/RANGE 05/BED 001L H   07-25-2002 0944  07-25-2002 1021
BEC    O02-230U   HOUSE O/RANGE 02/BED 230U     02-05-2002 0940  07-25-2002 0944
BEC    O02-207U   HOUSE O/RANGE 02/BED 207U     01-22-2002 0928  02-05-2002 0940
BEC    O02-210U   HOUSE O/RANGE 02/BED 210U     11-06-2001 1330  01-22-2002 0928
BEC    Z01-018UAD HOUSE Z/RANGE 01/BED 018U AD  10-30-2001 1803  11-06-2001 1330
BEC    Z05-001LH  HOUSE Z/RANGE 05/BED 001L H   10-30-2001 1647  10-30-2001 1803
BEC    R01-001L   HOUSE R/RANGE 01/BED 001L     10-30-2001 1231  10-30-2001 1647




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```