```
 BECDT           *           INMATE DISCIPLINE DATA         *      06-26-2024
PAGE 001 OF 001 *        CHRONOLOGICAL DISCIPLINARY RECORD  *      15:53:53

REGISTER NO: 51933-083 NAME..: JOHNSON, COLEMAN LEAKE JR
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-26-2024

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1754331 - NOT RESP   INCIDENT DATE/TIME: 07-12-2008 1207
UDC HEARING DATE/TIME: 07-17-2008 0900
FACL/UDC/CHAIRPERSON.: FLP/C/(b)(6);
REPORT REMARKS.......: CLINICIAN NOT RESPONSIBLE
   CHARGES: 302  MISUSING AUTH MEDICATION
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1013226 - SANCTIONED INCIDENT DATE/TIME: 07-25-2002 0715
DHO HEARING DATE/TIME: 04-29-2003 0940
FACL/CHAIRPERSON.....: BEC/(b)(6); (b)(7)(C)
APPEAL CASE NUMBER(S): 302094
REPORT REMARKS.......: DENIED THE CHARGE. ISM HIM TRYING TO MAIL OUT A SHOPING
                       LIST OF ITEMS NEEDED TO MAKE A PIPE BOMB, IN LEGAL MAIL.
   104A POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS            / 60 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 18 MONTHS / CS
        COMP:    LAW:    IN EFFECT UNTIL OCT 29, 2004.
        TRANSFER   / CS
        COMP:    LAW:    RECOMMEND DISCIPLINARY TRANSFER. ALSO RECOMMEND HE
                         BE PLACED ON RESTRICTED CORRESPONDENCE FOR 3 YEARS




 G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```