```
 BECDT           *           INMATE EDUCATION DATA    *    06-26-2024
 PAGE 001        *              TRANSCRIPT            *    15:52:57

REGISTER NO: 51933-083   NAME..: JOHNSON                    FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: PEM-PETERSBURG MED FCI

--------------------------  EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
PEM  ESL HAS    ENGLISH PROFICIENT             11-13-2001 0001 CURRENT
PEM  GED HAS    COMPLETED GED OR HS DIPLOMA    11-26-2001 1127 CURRENT


---------------------------  EDUCATION COURSES  -----------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
PEM        ALGEBRA FOR HOUSING UNT       11-22-2021 12-15-2021   P   C  P    8
PEM        SOCIAL STUDIES FOR HOUSING UNT 09-20-2021 10-04-2021  P   C  P    8
PEM        SOCIAL STUDIES FOR HOUSING UNT 09-20-2021 10-01-2021  P   C  P    8
PEM        PHYSICAL SCI FOR HOUSING UNT  08-02-2021 09-03-2021   P   C  P    8
PEM        PERSONAL FINANCE FOR HOUS UNT 09-14-2020 09-14-2020   P   C  P    8
PEM        SELF PACED WELLNESS           06-30-2020 07-21-2020   P   C  P   20
PEM        RE-YOUR CREDIT REPORT         01-16-2019 01-16-2019   P   C  P    2
PEM        MONEY SMART                   06-13-2017 08-08-2017   C   W  I    2
PEM        JOURNALISM                    04-17-2017 06-22-2017   P   C  P   15
PEM        BASIC ANATOMY                 04-07-2017 06-10-2017   P   C  P   40
PEM        TIME TO CHANGE (NOT AN RPP)   02-13-2017 04-24-2017   P   C  P    6
PEM        STARTING A NON-PROFIT (ACE)   01-25-2017 03-28-2017   P   C  P   15
PEM        CIVICS COURSE - ACE           10-19-2016 12-08-2016   P   C  P   15
PEM        HIV/AIDS AWARENESS  RPP 1     10-04-2016 10-04-2016   C   C  P    2
PEM        BECOMING AN AUTHOR            07-21-2016 09-15-2016   P   C  P   15
EDG        CONFLICT RESOLUTION           02-17-2015 06-17-2015   P   C  P   20
EDG        CULART VT, NOCTI CERT M-F 9-11 06-16-2010 07-28-2010  P   C  M  100
EDG        CULINARY VT SERV SAFE MTF     04-05-2010 06-16-2010   P   C  M  100
EDG        EXPLORATORY CULINARY ARTS     03-04-2010 04-05-2010   P   C  E   20
EDG        RPP1 - AIDS AWARENESS         02-25-2010 02-25-2010   P   C  P    1
VIP        CONFIDENCE & SELF ESTEEM      11-02-2009 12-17-2009   P   C  P   10
VIP        HANDLING CONFLICT             11-02-2009 12-17-2009   P   C  P   10
VIP        VVCC ASE AUTO TRANS OVRHAUL   05-28-2009 09-28-2009   P   C  C  162
VIP        ACE NOVEL READING             08-03-2009 09-30-2009   P   C  P   10
VIP        READY TO WORK USPO'S          07-01-2009 07-01-2009   P   C  P    4
VIP        CLASSIC LITERATURE-IVAN HOE   05-01-2009 05-31-2009   P   C  P   10
VIP        BIOGRAPHIES-SPORTS            05-01-2009 05-31-2009   P   C  P   10
VIP        VVCC ASE BRAKES               02-18-2009 05-07-2009   P   C  C  108
VIP        20 THOUSAND LEAGUES UNDER SEA 04-01-2009 04-24-2009   P   C  P   10
VIP        HALF HOUSE PREP               03-02-2009 05-01-2009   P   C  P   10
VIP        DECISION MAKING PRBLM SOLVING 03-02-2009 05-01-2009   P   C  P   10
VIP        LISTENING & OBSERVATION       03-02-2009 04-24-2009   P   C  P   10
VIP        ENTREPRENEURS SKILLS          03-02-2009 04-04-2009   P   C  P   10
VIP        RELEASE EMPOWERMENT           03-02-2009 04-24-2009   P   C  P   10
VIP        CREATIVE MARKETING            03-02-2009 04-24-2009   P   C  P   10
VIP        CLASSIC LAST OF THE MOCHICANS 04-01-2009 04-24-2009   P   C  P   10
VIP        CLASSIC LIT. SHERLOCK HOLMES  04-01-2009 04-24-2009   P   C  P   10
VIP        PARENTING PROGRAM L&L (C6)    01-05-2009 03-18-2009   P   C  P   10
VIP        SELF MANAGEMENT & GOAL SETTING 09-01-2008 09-30-2008  P   C  P   10
VIP        DECISION MAKING PRBLM SOLVING 09-02-2008 09-30-2008   P   C  P   10

G0002       MORE PAGES TO FOLLOW . . .
```

```
 BECDT            *         INMATE EDUCATION DATA        *    06-26-2024
 PAGE 002         *            TRANSCRIPT                *    15:52:57

REGISTER NO: 51933-083    NAME..: JOHNSON                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: PEM-PETERSBURG MED FCI

------------------------------ EDUCATION COURSES -----------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE EVNT AC LV   HRS
VIP         COMMERCIAL DRIVING PREP (C2)   08-25-2008 08-25-2008  P   C  P    10
VIP         RPP USP CMC RPP OVERVIEW (C5)  08-22-2008 08-22-2008  P   C  P     1
FLP         LEISURE                        10-23-2007 01-29-2008  P   C  P    40
FLP         PUBLIC SPEAKING SAT/12:30-2:00 03-06-2007 05-18-2007  P   C  P    10
FLP         AOE BUS MGT CERTIFICATE PRGM   12-15-2005 09-15-2006  P   C  C   400
FLP         FINANCIAL MATH- MAT 112        07-31-2006 09-15-2006  C   C  P     0
FLP         BUSINESS ENGLISH               08-01-2006 09-15-2006  C   C  P     0
FLP         THEOLOGY/M-W, 6-8PM            12-07-2005 09-06-2006  P   C  P    18
FLP         T-TH/2-3:00P                   05-23-2006 08-05-2006  P   C  P    24
FLP         HUMAN RESOURCE MGT             05-16-2006 08-01-2006  C   C  P     0
FLP         HUMAN RELATIONS/ORGANIZATIONS  05-15-2006 07-31-2006  C   C  P     0
FLP         BASIC LEGAL WORKSHOP           03-10-2006 07-01-2006  P   C  P    20
FLP         LEISURE                        03-18-2006 05-20-2006  P   C  P    40
FLP         PAYROLL ACCOUNTING             03-03-2006 05-16-2006  C   C  P     0
FLP         INTRO TO BUSINESS- BUS 115     03-06-2006 05-15-2006  C   C  P     0
FLP         RECORD'S MANAGEMENT            12-23-2005 03-06-2006  C   C  P     0
FLP         FUNDAMENTALS OF ACCOUNTING     12-15-2005 03-03-2006  C   C  P     0
FLP         BASIC LEGAL WORKSHOP           10-01-2005 01-07-2006  P   C  P    24
FLP         PARENTING CLASS                09-26-2005 12-19-2005  P   C  P    24
FLP         PUB.SPEAK ACE WED 6:00-8:00PM  08-17-2005 10-26-2005  P   C  P    20
FLP         BASIC COMPUTER M-W 12:30-1:30  07-25-2005 10-21-2005  P   C  M    90
FLP         TUESDAY 6-8PM                  08-09-2005 10-18-2005  P   C  P    22
FLP         JAZZ AND SWING DANCE/SAT 1-3PM 08-07-2005 10-15-2005  P   C  P    20
FLP         AFTERNOON WELLNESS             07-21-2005 09-20-2005  P   C  P    30
FLP         WELLNESS P.M.                  07-17-2005 09-20-2005  P   C  P    30
FLP         MEDICINE BALL                  07-24-2005 09-20-2005  P   C  P    30
FLP         WALKING/RUNNING                07-21-2005 09-20-2005  P   C  P    30
FLP         ABDOMINAL CLASS                04-26-2005 06-08-2005  P   C  P    30
FLP         MODERN MATH                    05-04-2005 07-29-2005  P   C  P    18
FLP         FILM CRITIC                    04-18-2005 07-05-2005  P   C  P    20
FLP         WELLNESS P.M.                  05-12-2005 06-23-2005  P   C  P    30
FLP         AFTERNOON WELLNESS             04-25-2005 06-23-2005  P   C  P    30
FLP         COLLEGE PREP WRITING/LANGUAGE  02-19-2005 04-29-2005  P   C  P    20
FLP         COLLEGE PREP MATHEMATICS       02-19-2005 04-29-2005  P   C  P    20
FLP         ELEC MOTOR 2:00-3:30 TUES/TH/F 08-29-2004 11-13-2004  P   C  E    20
FLP         PERSONAL GROWTH/DEVELOPMENT    11-06-2003 11-06-2003  P   C  P    24
FLP         BASIC LEGAL WORKSHOP           03-13-2004 07-03-2004  P   C  P    22
FLP         BASIC COM CONCEPTS 12:30-2:00  12-04-2003 03-19-2004  P   C  M   104
FLP         BASIC COMPUTER CONCEPTS 7:30-9 10-02-2003 12-04-2003  C   W  V     0
BEC BRAVE   BRAVE PGM 730-1130 AM          12-13-2001 04-18-2002  P   W  I     1
BEC BRAVE   ACE ECONOMICS CLASS            02-20-2002 04-24-2002  P   C  P    18
BEC BRAVE   ACE BASIC MATH CLASS           01-19-2002 03-30-2002  P   C  P    18
BEC BRAVE   ACE SPANISH CLASS              01-18-2002 03-30-2002  P   C  P    16
BEC BRAVE   ACE TPS CONSTRUCTING THE BUILD 01-28-2002 02-03-2002  P   C  P    25
BEC BRAVE   ACE TPS PLUMBING MAINTENANCE   01-20-2002 01-27-2002  P   C  P    25

G0002         MORE PAGES TO FOLLOW . . .
```

```
 BECDT            *         INMATE EDUCATION DATA     *      06-26-2024
PAGE 003 OF 003 *              TRANSCRIPT             *       15:52:57

REGISTER NO: 51933-083    NAME..: JOHNSON                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: PEM-PETERSBURG MED FCI

----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
BEC BRAVE  ACE TPS CLEANING CHEMICALS  01-13-2002 01-20-2002  P   C  P    25
BEC BRAVE  ACE TPS HAND TOOLS          11-25-2001 12-02-2001  P   C  P    25
BEC BRAVE  ACE TPC MAKING MEASUREMENTS 11-18-2001 11-25-2001  P   C  P    25
BEC BRAVE  ACE TPC BLUEPRINT           11-11-2001 11-18-2001  P   C  P    25




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```