CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/2/2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
        DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) Case No. 3:00-cr-00026 |
| v. | ) |
| | ) **ORDER** |
| **COLEMAN LEAKE JOHNSON, JR.** | ) |
| | ) Judge Norman K. Moon |
| **Defendant.** | ) |

Defendant Coleman Leake Johnson has filed a Motion to Seal one exhibit attached to his Reply to the Government's Opposition to his Motion for Compassionate Release. *See* Dkt. 268 (motion for compassionate release); Dkt. 279 (response in opposition to compassionate release); Dkt. 281 (reply in support of compassionate release); Dkt. 282 (motion to seal). After considering the Defendant's motion and his proposed justification, it appears to the Court that sealing is warranted under the Local Rules and applicable case authority. Therefore, the Motion to Seal (Dkt. 282) is **GRANTED** and the Clerk is directed to file Exhibit 1 to the Defendant's Reply in support of his motion for compassionate release, under seal.

It is so **ORDERED**.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

Entered this 2nd day of December, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE